**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Fuse, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | FKA  SiTV, LLC<br>FKA  SiTV, Inc.<br>FKA  NY Fuse, LLC<br>FKA  nuvotv |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-0461888 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 700 North Central Avenue<br>Suite 600<br>Glendale, CA 91203<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    www.fuse.tv

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Fuse, LLC**
      Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5152__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*
    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ■ A plan is being filed with this petition.
    ■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See Rider 1** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Delaware**    When _____ | Case number, if known | _____ |

Debtor **Fuse, LLC**
 Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Fuse, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/22/2019
             MM / DD / YYYY

X  /s/ [signature]
Signature of authorized representative of debtor

**Miguel Roggero**
Printed name

Title  **Chief Financial Officer and Secretary**

---

**18. Signature of attorney**

X  /s/ James E. O'Neill
Signature of attorney for debtor

Date  4/22/2019
      MM / DD / YYYY

**James E. O'Neill**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 N. Market Street**
**17th Floor**
**Wilmington, DE 19899**
Number, Street, City, State & ZIP Code

Contact phone  302-652-4100     Email address  joneill@pszjlaw.com

**4042 DE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Fuse, LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Corporate Ownership Statement; Equity Holders List; Creditor Matrix Certification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/22/2019     X _____[signature]_____
                            Signature of individual signing on behalf of debtor

**Miguel Roggero**
Printed name

**Chief Financial Officer and Secretary**
Position or relationship to debtor

## Rider 1 to Voluntary Petition

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "<u>Debtors</u>"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting an order authorizing joint administration of the cases with that of Fuse, LLC, the Lead Debtor for administrative purposes only.

FM Networks LLC
Fuse Finance, Inc.
Fuse Holdings LLC
Fuse Media, Inc.
Fuse Media, LLC
Fuse, LLC
JAAM Productions, LLC
Latino Events LLC
SCN Distribution, LLC

# WRITTEN CONSENT OF
# SOLE MEMBER
# OF
# FUSE, LLC
## (a Delaware Limited Liability Company)

The undersigned, being the sole member of Fuse, LLC, a Delaware limited liability company f/k/a SiTV, LLC, does hereby consent to the adoption of the following resolutions in accordance with its Limited Liability Company Agreement dated June 25, 2014 and the Delaware Limited Liability Company Act:

WHEREAS, the sole member (the "**Sole Member**") of Fuse, LLC, a Delaware limited liability company f/k/a SiTV, LLC (the "**Company**"), has considered the financial and operational aspects of the Company's business;

WHEREAS, the Sole Member has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

WHEREAS, the Sole Member has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company;

WHEREAS, the Sole Member has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Sole Member, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**");

RESOLVED, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of FTI Consulting as the Company's financial advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of FTI Consulting;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of KCC as the Company's claims, noticing, solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of KCC;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to the develop, file and prosecute to confirmation of a chapter 11 plan and related disclosure statement; and

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned has duly executed this Written Consent of Sole Member as of April 22, 2019.

**SOLE MEMBER:**

FUSE MEDIA, LLC (f/k/a SiTV Media, LLC),
a Delaware limited liability company

By: _____
Name: Miguel Roggero
Title: Chief Financial Officer

*SIGNATURE PAGE TO WRITTEN CONSENT OF*
*SOLE MEMBER OF FUSE, LLC*

DOCS_LA:318940.1 29402/001

**Fill in this information to identify the case:**

Debtor name  Fuse, LLC

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 19-

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims (on a Consolidated Basis) and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims, on a consolidated basis.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Showtime Networks Domestic 2450 Colorado Ave, Suite 500 Santa Monica, CA 90404 | Tina Tran Tel: 310-264-3585 TINA.TRAN@CBS.COM | Acquired Programming | | | | $600,000.00 |
| 2 | Buena Vista Television 500 South Buena Vista Street Burbank, CA 91521-3933 | Kathleen Castano Tel: 321-939-7736 kathleen.z.castano@disney.com | Acquired Programming | | | | $402,266.00 |
| 3 | Universal City Studios Productions 30 Rockefeller Plaza, 15 Floor E New York, NY 10112 | Attn: Michal Sziek Tel: 760-231-0800 michal.szlek@nbcuni.com | Acquired Programming | | | | $386,733.34 |
| 4 | Comcast Spotlight 13431 Collections Center Drive Chicago, IL 60693 | Catherine Brooks Tel: 1-888-877-9799 Catherine_Brooks@comcast.com | Trade Debt | | | | $170,105.17 |
| 5 | Metro Goldwyn Mayer Studios Inc. Attn: Nicholas Kaleel 245 N. Beverly Drive Beverly Hills, CA 90210-5317 | Nicholas Kaleel Tel: 310-586-8845 nkaleel@mgm.com | Acquired Programming | | | | $150,000.00 |
| 6 | Akin Gump Strauss Hauer One Bryant Park Bank of America Tower New York, NY 10036-6745 | Ira S. Dizengoff Tel: 212-872-1000 idizengoff@akingump.com | Professional Fees | | | | $69,170.51 |
| 7 | Adobe Systems Incorporated 3900 Adobe Way Lehi, UT 84043 | Fax: 801-437-2883 rgcordus@adobe.com | Other | | | | $60,000 |
| 8 | American Society Of Composers, Authors And Publishers 1 Lincoln Plaza New York, NY 10023 | Ray Schwind Tel: 212-621-6461 rschwind@ascap.com | Music Licensing | | | | $59,819.46 |

Debtor   Fuse, LLC
         Name                                                                                    Case number (if known) 19-_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Broadcast Music, Inc.<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007-0030 | John Polly<br>Tel: 615-401-2950<br>jpolly@bmi.com | Music Licensing | | | | $59,001.71 |
| 10 Facebook Inc.<br>15161 Collections Center Drive<br>Chicago, IL 60693 | | Other | | | | $40,000 |
| 11 Epicor Software<br>PO Box 204768<br>Dallas, TX 75320-4768 | Fax: 512-356-0500<br>BusinessOps@epicor.com | Software | | | | $38,367.00 |
| 12 Association of National Advertisers, Inc.<br>708 Third Avenue, 33rd Floor<br>New York, NY 10017 | Sarah Oltman<br>Tel: 212-697-5950<br>soltman@ana.net | Trade Debt | | | | $25,000.00 |
| 13 Banijay Rights Limited<br>The Gloucester Building<br>Kensington Village<br>London, England W14 8RF | Andreas Lemos<br>Tel: (+44) 20-7013-4000<br>Fax: (+44) 20-7013-4012<br>finance@banijayrights.com | Acquired Programming | | | | $22,680.00 |
| 14 Defy Media, LLC<br>498 7th Avenue, 19th Floor<br>New York, NY 10018 | Deborah Donaldson<br>Tel: 212-244-4307<br>info@defymedia.com | Trade Debt | | | | $21,044.30 |
| 15 T. Howard Foundation<br>601 13th Street, NW<br>Suite 710 North<br>Washington, DC 20005 | Tel: 301-588-6767<br>Fax: 301-588-6766<br>T-HOWARD.ORG | Other | | | | $17,500.00 |
| 16 Seville International<br>455 rue St. Antoine<br>Bureau 300<br>Montreal, Canada H2Z 1J1 | Tel: 514-878-2282<br>sevilleinternational@filmsseville.com | Acquired Programming | | | | $11,250.00 |
| 17 Creative Circle<br>PO Box 74008799<br>Chicago, IL 60674-8799 | Tel: 323-381-7909<br>COLLECTIONSLA@CREATIVECIRCLE.COM | Staffing | | | | $9,975.00 |
| 18 Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | IMFSCUSTOMERSERVICE@IRONMOUNTAIN.COM | Storage | | | | $4140.22 |
| 19 24 Seven, LLC<br>105 Maxess Road<br>Suite 201<br>Melville, NY 11747 | Tel: 212-966-4426<br>Fax: 516-927-0501 | Staffing | | | | $3,044.80 |
| 20 One Penn Plaza, LLC<br>Rec Acct<br>PO Box 371486<br>Pittsburgh, PA 15250-7486 | jglick@vno.com | Rent | | | | $2,068.58 |

Debtor    Fuse, LLC
         Name                                                                    Case number (if known) 19-___

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 21 | Talent Hub Worldwide Inc.<br>52 Vanderbilt Ave., Suite 1410<br>New York, NY 10017 | Fax: 646-682-7424 | Staffing | | | | $1,935.75 |
| 22 | Warner Bros Domestic Cable Distribution<br>4000 Warner Blvd, Bldg. 118<br>Room 1062<br>Burbank, CA 91522-1181 | Deanna Valdez<br>Tel: 818-954-4264<br>Deanna.Valdez@warnerbros.com | Acquired Programming | | | | $1,522.38 |
| 23 | Vision Service Plan (CA)<br>PO Box 45210<br>San Francisco, CA 94145 | | Benefits | | | | $1,019.22 |
| 24 | Imagerights International, Inc.<br>105 Maxess Road, Suite 201<br>Melville, NY 11747 | support@imagerights.com | Other | C,U, D | | | $800.00 |
| 25 | Aflac<br>1932 Wynnton Road<br>Columbus, GA 31999-6005 | Fax: 877-844-0201 | Benefits | | | | $561.22 |
| 26 | Public Storage<br>3810 Eagle Rock Blvd<br>Los Angeles, CA 90065 | | Storage | | | | $486.00 |
| 27 | Coffee Distributing Corp.<br>200 Broadway<br>PO Box 766<br>Garden City Park, NY 11040-1055 | Tel: 516-746-7010<br>Fax: 516-742-7018 | Office Supplies | | | | $222.26 |
| 28 | GLOBE STORAGE AND MOVING CO. INC.<br>665 BROADWAY - SUITE 301<br>New York, NY 10012 | info@globemoving.com | Storage | | | | $190.53 |
| 29 | Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | | Postage | | | | $163.22 |
| 30 | XUMO LLC<br>4 PARK PLAZA<br>Suite 1500<br>Irvine, CA 92614 | info@xumo.com | Media Placement | | | | $145.56 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FUSE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-\_\_\_\_\_ (\_\_\_) |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐ None [*check if applicable*]

      Name:      Fuse Media, LLC
      Address:   700 North Central Avenue
                      Suite 600
                      Glendale, CA 91203

DOCS_SF:98983.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FUSE, LLC, | Case No. 19-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fuse Media, LLC<br>700 North Central Avenue<br>Suite 600<br>Glendale, CA 91203 | | | 100% ownership interest |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FUSE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-_____ (___) |

## CERTIFICATION OF CREDITOR MATRIX

    Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor (the "Debtor") hereby certifies that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtor's creditors. To the best of the Debtor's knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtor's books and records.

    The information contained herein is based upon a review of the Debtor's books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.