**EXHIBIT C**

**Katzenstein Declaration**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FUSE, LLC, *et al.*,[1] | ) Case No.: 19-10872 (___) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |

**DECLARATION OF MICHAEL E. KATZENSTEIN IN SUPPORT OF APPLICATION FOR ORDER, PURSUANT TO 11 U.S.C. §§ 327(A), FED. R. BANKR. P. 2014(A) AND DEL. BANKR. L.R. 2014-1 (I) AUTHORIZING EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, Michael E. Katzenstein, declare as follows:

1.    I am a Senior Managing Director at FTI Consulting, Inc. ("FTI"), which maintains offices at Three Times Square, 9th Floor, New York, New York.  I submit this declaration on behalf of FTI in support of the application (the "Application")[2] of the debtors and the debtors in possession (the "Debtors") in the above-captioned chapter 11 cases for an order employing FTI as financial advisors to the Debtors.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**Scope of Services**

2.    FTI will provide such consulting and advisory services as FTI and the Debtors deem appropriate and feasible in order to advise the Debtors in the course of these chapter 11 cases, including but not limited to the following:

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include:  Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distribution, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

**Restructuring Services**

FTI will continue to provide restructuring services ("Restructuring Services"), including the following:

- Preparation and negotiation of one or more restructuring term sheets and proposals

- Assisting the Company and the Company with the Company's ongoing restructuring diligence process, including:

    o Preparation of diligence materials
    o Creation, population and management of a digital data room
    o Response to parties' diligence questions and follow up requests

- Participating in restructuring negotiations with various parties including equity holders, bondholders, trade creditors, and other parties as deemed necessary

- Preparation, updating and variance reporting of a 13-week cash flow forecast in support of cash collateral negotiations and for any required debtor-in-possession financing, including the implications of various restructuring scenarios

- Valuation and market analysis, as requested by the Company or its counsel.

**Bankruptcy Services**

FTI will continue to provide bankruptcy services ("Bankruptcy Services"), including the following:

- Assisting the Company in implementing all first-day and second-day orders

- Assistance with cash management and reporting as required by creditors and the court

- Assisting the Company and counsel in preparing required motions throughout the course of the cases

- Responding to creditor groups and vendors throughout the cases

- Assisting the Company in developing and implementing external and internal communications strategies and plans

- Assisting the Company and its counsel in preparation and updating of one or more Chapter 11 plans, disclosure statements and plan supplements

- Assisting the Company and its counsel in drafting plan documents

- Assisting the Company and its counsel in the financial analysis of potential avoidance actions

- If requested by the Company, preparation of the Company's statement of financial affairs (SOFA) and schedules of assets and liabilities (SOAL), it being understood that FTI shall not be required to prepare SOFA or SOAL unless requested by the Company but may be

requested by the Company to review SOFA and/or SOAL prepared by the employees of the Company

- If requested by the Company, analysis and preparation of the Company's objections to proofs of claim filed by case parties, it being understood that FTI shall not be required to prepare claim analyses or objections unless requested by the Company but may be requested by the Company to review claim analyses or objections prepared by the employees of the Company

- Providing testimony and other litigation support as the circumstances warrant

- Such other bankruptcy advisory services as are customary for this type of engagement

3.      Subject to this Court's approval of the relief requested in this Application, FTI is willing to provide the Services to the Debtors.  FTI will coordinate with the Debtors' other retained professionals to avoid unnecessary duplication of services

## Compensation

4.      The Company shall pay FTI's fees and reimburse FTI's expenses incurred in providing the Services as follows:

a) Restructuring Services

Fees for the Restructuring Services will be comprised of the following:

(i) *Monthly Restructuring Fees*:  The Company shall pay FTI in advance a nonrefundable cash fee of $75,000 for each month of Restructuring Services ("Monthly Restructuring Fee"); provided, however, that in the event services are not provided by FTI for an entire calendar month on account of a termination of this Agreement or the consummation of a Restructuring Transaction (as defined below), the Monthly Restructuring Fee shall be prorated through the date of such termination or consummation of a Restructuring Transaction (the "Prorated Amount").  Each installment of Monthly Restructuring Fee shall be earned upon FTI's receipt thereof in consideration of FTI accepting this engagement and performing services as described herein.  The first monthly billing period for postpetition Monthly Restructuring Fees shall commence on May 4, 2019 to give the Company the benefit of having paid monthly advance fees under the Prior Engagement Agreement.

(ii) *Restructuring Performance Fee*: In addition to the other fees provided for herein, the Company agrees to pay FTI a performance fee of $1,500,000 (the "Restructuring Performance Fee") upon completion of a restructuring of a substantial portion of the obligations of the Company and/or one or more of its subsidiaries, the sale of a majority of the assets of the Company and/or one or more of its subsidiaries, confirmation of a pre-packaged or other Chapter 11 plan in respect of the Company and/or one or more of its subsidiaries (including a plan of reorganization of Fuse LLC and one or more of its

subsidiaries that that does not include Fuse Media, Inc. or Fuse Media LLC), the closing of a sale of a majority of the assets of the Company and/or one or more of its subsidiaries pursuant to a Chapter 11 plan or otherwise, any merger of the Company and/or one or more of its subsidiaries with another entity, pursuant to a Chapter 11 plan or a transaction approved by the Bankruptcy Court, whereby the current holders of the equity securities of the Company cease to control the merged entity, or any combination of the foregoing (a "Restructuring Transaction").

b) Bankruptcy Services

FTI's fees for Bankruptcy Services shall be in addition to fees charged for the Restructuring Services and shall be based on the time incurred providing the Bankruptcy Services, multiplied by our standard hourly rates.

|  | Per Hour (USD) |
|---|---|
| Senior Managing Directors | $895 - 1,195 |
| Directors / Senior Directors / Managing Directors | $670 -  880 |
| Consultants/Senior Consultants | $355 -  640 |
| Administrative / Paraprofessionals | $145 -  275 |

c) Expenses

In addition to the fees outlined above, FTI will bill for reasonable allocated and direct expenses which are likely to be incurred on your behalf during this Engagement. Allocated expenses include the cost of items which are not billed directly to the engagement but are incurred centrally, including out-of-pocket costs for data services and research materials which FTI subscribes to that we expect to use on your engagement, copying, phone charges, and other overhead expenses that are not billed through as direct reimbursable expenses and are calculated at 6.0% of FTI's fees as described above. Direct expenses include reasonable and customary out-of-pocket expenses which are billed directly to the engagement such as internet access, telephone, overnight mail, messenger, travel, meals, accommodations and other expenses specifically related to this engagement. Further, if FTI and/or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating to this matter, FTI will be compensated by you at its regular hourly rates and reimbursed for reasonable allocated and direct expenses (including counsel fees) with respect thereto.

5.      FTI's hourly rates are generally revised periodically. To the extent this engagement requires services of FTI's international divisions or personnel, the time will be multiplied by our standard hourly rates applicable on International engagements.

6.      FTI intends to apply to the Court for allowances of compensation and reimbursement of expenses in accordance with the Application, as well as the applicable

10

provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of this Court for all services performed and expenses incurred after the Petition Date.

7.    The fee structure is consistent with and typical of compensation arrangements entered into by FTI and other comparable firms in connection with the rendering of similar services under similar circumstances.

8.    As noted above, FTI has provided prepetition financial and restructuring services to the Debtors.  During the one-year period prior to the commencement of these chapter 11 cases, FTI has received $1,717,062 from the Debtors for services performed and expenses incurred prior to the Petition Date.   Further, FTI's current estimate is that it has received unapplied advance payments from the Debtors in excess of prepetition billings in the amount of $150,000 which FTI will hold to be applied against its final fee application.

9.    Other than as set forth herein or in the Engagement Letter, there is no proposed arrangement between the Debtors and FTI for compensation to be paid in these chapter 11 cases.  Except as permitted under section 504(b) of the Bankruptcy Code and except for payments by FTI to its employees, consultants and independent contractors, FTI has no agreement with any other entity to share any compensation received, nor will any such agreement be made.

10.    FTI is not a creditor of the Debtors' estates, and has been fully paid by the Debtors for all prepetition services rendered by FTI to the Debtors.

### FTI's Qualifications

11.    FTI has a wealth of experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered

11

in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

12.    On May 15, 2017 FTI was engaged to provide certain financial advisory services to the Debtors.  Since this time, FTI has developed a strong institutional knowledge regarding the Debtors' operations, finance and systems.  Such experience and knowledge will be valuable to the Debtors in their efforts to reorganize.  Accordingly, the Debtors wish to retain FTI to provide assistance during this case.

13.    FTI possesses extensive knowledge and expertise in the areas of bankruptcy and financial matters relevant to these Chapter 11 Cases, and is well qualified to advise the Debtors on such bankruptcy and financial matters.  FTI has been retained to provide financial advisory services in several other chapter 11 cases in this district and other districts around the country.

## Disinterestedness

14.    In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates and certain other parties in interests, including certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI.  A listing of the parties reviewed is reflected on Schedule 1 to this Declaration.  FTI's review, completed under my supervision, consisted of a query of the Schedule 1 parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI.  A summary of such relationships that FTI identified during this process is set forth on Schedule 2 to this Declaration.

DOCS_DE:222902.6 29402/001

## <u>Disinterestedness and Eligibility</u>

15.     Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties on <u>Schedule 1</u> in matters related to the Debtors.  FTI has provided and could reasonably be expected to continue to provide services unrelated to the Debtors and the Chapter 11 Cases for the various entities shown on <u>Schedule 2</u>. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, strategic communications, and/or economic consulting services.  To the best of my knowledge, no services have been provided to these parties in interest which involve their rights in these Chapter 11 Cases, nor does FTI's involvement in these Chapter 11 Cases compromise its ability to continue such consulting services.

16.     Out of an abundance of caution, I am disclosing two other connections between FTI and parties with an interest in the cases, neither of which is an impediment to my conclusion that FTI is disinterested.  First, I served as a Director of RCN Corporation in 2009 and 2010.  RCN Corporation is a contract counter-party of the Debtors.  Second, a relative of an FTI employee providing services to the Debtor is the co-founder and former manager of Tennenbaum Capital, which manages investment entities that are warrant holders and in which the relative may have a financial interest.  The FTI employee will not work on any matter for the Debtors which may relate to or involve a Tennenbaum-related warrant holder.

17.     FTI has informed the Debtors that, except as may be set forth herein, it (i) has no connection with the Debtors, its creditors or other parties in interest in this case, (ii) does not hold any interest adverse to the Debtors' estates; and (iii) believes it is a "disinterested person" as defined within Section 101(14) of the Bankruptcy Code.

DOCS_DE:222902.6 29402/001

18.     As such, to the best of my knowledge, FTI is a "disinterested person" as

that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b)

of the
Bankruptcy Code, in that FTI:

      (a)     is not a creditor, equity security holder or insider of the Debtors;

      (b)     is not and was not an investment banker for any outstanding security of
the Debtors;

      (c)     has not been, within three years before the date of the filing of the
Debtors' chapter 11 petitions, (i) an investment banker for a security of
the Debtors or (ii) an attorney for such an investment banker in connection
with the offer, sale, or issuance of a security of the Debtors; and

      (d)     was not, within two years before the date of filing of the Debtors' chapter
11 petitions, a director, officer, or employee of the Debtors or of any
investment banker as specified in subparagraph (b) or (c) of this
paragraph.

19.     In addition, to the best of my knowledge and based upon the results of the

relationship search described above and disclosed herein, FTI neither holds nor represents an

interest adverse to the Debtors or the estates within the meaning of Section 327(a) of the

Bankruptcy Code.

20.     It is FTI's policy and intent to update and expand its ongoing relationship

search for additional parties in interest in an expedient manner. If any new material relevant facts

or relationships are discovered or arise, FTI will promptly file a supplemental declaration.

21.     FTI will conduct an ongoing review of its files to ensure that no conflicts

or other disqualifying circumstances exist or arise.  If any new material facts or relationships are

discovered or arise, FTI will supplement its disclosure to the Court.

14

22.    FTI has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with these cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 22, 2019

/s/ Michael E. Katzenstein
Michael E. Katzenstein

Schedule 1

# Interested Parties

## Debtors

Fuse Media, Inc.
Fuse Media, LLC
Fuse, LLC
JAAM Productions, LLC
SCN Distribution, LLC
Latino Events LLC
Fuse Holdings LLC
Fuse Finance, Inc.
FM Networks LLC

## Current Directors

Gilbert Davila
Mark Leschly
Javier Saralegui
Ken Solomon
Lawrence J. Burian
Michael Schwimmer
Miguel Roggero, Current Officer
Jeff Patterson, Former Director

## Delaware Bankruptcy Judges

Judge Kevin J. Carey
Judge Kevin Gross
Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge Christopher S. Sontchi
Judge Mary F. Walrath

## Delaware US Trustee's Office

Lauren Attix
David Buchbinder
Linda Casey
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman

Jeffrey Heck
Mark Kenney
Jane Leamy
Hanna M. McCollum
James R. O'Malley
Michael Panacio
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Karen Starr
T. Patrick Tinker
Ramona Vinson
Jaclyn Weissgerber
Michael West
Dion Wynn

## Banks

Citigroup, Inc. and affiliates
Capital Lease
Apple Financial Services
Hewlett-Packard Financial Services
Company
Rainbow Network Communications

## Contract Counterparties

The Nielsen Company (US), LLC
Sony Pictures Television Inc.
CBS Television Distribution
Lions Gate Films Inc.
Miramax, LLC
Complex Media, Inc.
E.M. Rose Group, LLC
Rose Digital
Legacy Distribution, LLC
The Lippin Group, Inc.
Strangers In The Night Inc.
Normandie Productions LLC
Techmedics
Cable Audit Associates
Management Science Associates, Inc.
CBS Studios Inc.

Discovery Communications, LLC
Twentieth Television, Inc.
Revolution Studios Distribution Company, LP
Tier 2 Films, Inc.
Warner Bros. Domestic Television Distribution
Warner Bros. Worldwide Television Distribution Inc.
Nappy Boy Productions, LLC
This Is Just A Test Media, LLC
SONY BMG Music Entertainment
UMG Recordings, Inc.
Seville Pictures, Inc.
Seville International
Wolfe Video, LLC
DirecTV, INC.
DirecTV, LLC
AT&T Services, Inc.
Charter Communications Holding Company, LLC
Comcast Cable Communications, LLC
Cox Communications, Inc.
Verizon Corporate Services Group Inc.
Citizens Telecom Services Company LLC
Frontier Communications Corporation
4COM, Inc.
Carnegie Cable Company, Inc.
GCI Cable, Inc.
Golden Rain Foundation
Hawaiian Telcom Services Company, Inc.
KT Communications Consulting, Inc.
Layer3 TV, Inc.
Mediacom LLC
Mediacom Broadband LLC
New Ulm Telecom, Inc.
NU-Telecom
RCN Telecom Services, Inc.
National Cable Television Cooperative, Inc.
FuboTV, Inc.
Central Texas Cable Partner
Reveille Broadband
Crystal Broadband Networks
Satellite Receivers Ltd.
Service Electric Cable TV of New Jersey, Inc.

Service Electric Company
Southern Vermont Cable Company
Valparaiso Cable Authority
Valparaiso Broadband Communication Services
National Telco Television Consortium, LLC
Qwest Broadband Services, Inc.
Wilkes Communications, Inc.
Verizon Services Corp.
SureWest TeleVideo
CenturyTel Broadband Services, LLC
The Board of Water, Light, & Sinking Fund Commissioners
Dalton Utilities
Suddenlink Communications
Champion Broadband California, LLC
Grande Communications Networks, Inc.
TVMAX Corporate, Inc.
Adobe Systems Incorporated
Arturo Marquez
Cable Audit Associates, Inc.
Media Audits International
Cogent Valuation
Contentstack, LLC
Getty Images (US), Inc.
GfK Mediamark Research & Intelligence
GfK Mediamark Research & Intelligence, LLC
GfK US, LLC
Heath General Contracting, Inc.
McGarrigan Media
Invision, Inc.
Changecause, Inc.
Naytev
NetRatings, LLC
Ooyala, Inc.
Oracle America, Inc.
Wilo Group LLC
Percent Gray
Possible Worldwide LLC
Rainbow Media Holdings LLC
Rentrak Corporation
SESAC LLC
Sintec Media MIL INC
StorerTV, Inc.
SintecMedia, Inc.

SintecMedia (MKE) Inc.
Argo Systems, Inc.
Standard & Poor's Ratings Services
Star Media Enterprises, Inc.
Tubular Labs Inc.
Vogue Sign Company
Vubiquity, Inc.
Warren Lamb & Associates, Inc.
WideOrbit Inc.
David M. Lewis Company LLC
National Research Group Inc.
Ole Media Management L.P.
Jingle Punks
Ole Media Management (GP) Inc.
BRE Brand Central Holdings L.L.C.
Comcast Cable Communications
Management, LLC
De Lage Landen Financial Services, Inc.
Encompass Digital Media, Inc.
One Penn Plaza LLC
Any Moment Inc.
Career Group Inc.
Emmer Consulting P.C.
Entertainment Partners Services Group
Future Technology Staffing Inc.
The Grapevine Agency
Lucas Group
Addison Group, LLC
J.R. Berry Search Group, Inc.
Assignment Desk Inc.
JBCconnect CA LLC
Juno Search Partners, LLC
KD Consulting LLC
LeftCenter Entertainment LLC
Stability Technology Partners, LLC
Yoh Services LLC
Onward Search, Inc.
Performance Works Consulting, LLC
TalentHub Worldwide, Inc.
The Hired Guns Marketing Consulting
Group, LLC
The Pocketbook Agency, LLC
Volt Workforce Solutions
Volt Management Corp.
Bank of America Corporation
We Buy Gold, Inc.

EcoSet Consulting, LLC
Juno Films, Inc.
Concur Technologies, Inc.
Fullscreen, Inc.
BOW-Business On Web, LLC
YourBow
JW Player
Longtail Ad Solutions, Inc.
Banijay Rights Limited
INVNT
The Gage & Acanto Restaurants
EchoStar Satellite LLC
DISH Network L.L.C.
Time Warner Cable Inc.
Campanario Entertainment LLC
24 Seven, LLC

**Equity Security Holders**

Columbia Capital Equity Partners III (AI),
LP
Columbia Capital Investors III, LLC
Columbia Capital Employee Investors III,
LLC
Columbia Capital Equity Partners III (QP),
L.P.
Rho Ventures IV, L.P.
Rho Ventures IV-A, L.P.
Rho Ventures IV GMBH & Co.
Beteiligungs KG
Rho Ventures IV (QP), L.P.
Rho Ventures IV Holdings LLC
Llano Partners, Ltd.
HEG Interests, LLC
JBG Interests, LLC
JMJD Investments Partnership
DND Capital Partners, LLC
D Investments, LLC
Thomas Dooley
Philippe Dauman
PPD Investments, LLC
Barshop Encore Partnership
Barshop Ventures, LLC
Syndicated Communications Venture
Partners IV, LP
Syndicated Communications, Inc.

Nuyorican Productions, Inc.
Tennenbaum Capital Partners, LLC
SCN Enterprises, LLC
Moctesuma Esparza
National Council of La Raza
UnidosUS
Mike Roggero
George Greenberg
Dan Cabrera
Gregory Bunch
Leo Perez
Ed Leon
Rori Peters
Tracey McCormack
Sara Auspitz
Julio Garcia
Randy Lewis
Berto Guzman

## Insurance Companies

New York Marine and General Insurance
Company
Hartford Fire Insurance Company
Beazley Insurance Services
StarStone Specialty Insurance Company
RSUI
ACE American Insurance Company
Hiscox Insurance Company, Inc.
ProSight Specialty Insurance
AFCO Acceptance Corporation
The Prudential Insurance Company of
America

## Landlords

WeWork Companies Inc.
A-1 Self Storage
Globe Storage and Moving Co. Inc.
BRE Brand Central Holdings LLC
Iron Mountain Inc.
One Penn Plaza, LLC

## Noteholders

Amzak Capital Management
Ascribe Capital, LLC
Atalaya Capital
Bulwark Bay Investment Group
David Ellis
GIA Partners, LLC
Foxhill Capital Partners LLC
ICE Canyon LLC
J.H. Lane Partners
Logan Circle Partners
Main Street Capital
Merced Capital
Millstreet Capital
Phoenix Investment Adviser LLC
Tennenbaum Capital Partners

## Professionals of the Noteholders

Moelis & Company LLC
Fried, Frank, Harris, Shriver & Jacobson
LLP

## Professionals of the Debtors

Pachulski Stang Ziehl & Jones LLP
Ernst & Young
Kurtzman Carson Consultants LLC
Don Thornburgh Law Corporation
Goodwin Procter LLP
Greenberg Traurig, LLP
Proskauer Rose, LLP
Venable LLP
Stubbs Alderton & Markiles, LLP
Sheppard, Mullin, Richter & Hampton LLP
White & Case LLP

## Taxing Authorities

California Department of Tax and Fee
Administration
State of California Franchise Tax Board
City of Glendale
County of Los Angeles, California
City of Los Angeles

State of Delaware Division of Corporations
Internal Revenue Service
IL Dept of Business Services
Illinois Department of Revenue
NYC Department of Finance
New York State Department of Taxation and
Finance

**Top Unsecured Creditors**

Comcast Spotlight
Akin Gump Strauss Hauer & Feld LLP
Defy Media, LLC
Association of National Advertisers, Inc.
Epicor Software
T. Howard Foundation
First Foundation Bank
Gracenote Media Services
Brunico Marketing Inc.
Intralinks, Inc.
Benefit Resource, Inc.
Federal Express Corp
Buena Vista Television
Showtime Networks Inc.
Twentieth Century Fox Film Corporation
Universal City Studios Productions LLLP
Metro Goldwyn Mayer Studios Inc.
American Society of Composers, Authors
and Publishers
Broadcast Music, Inc.
iHeartMedia + Entertainment, Inc.
Creative Circle
Canadian Broadcasting Corporation
Comcast Cable Communications, Inc.
MSG Holdings, L.P.
Aflac Incorporated
Bonded Services Group LLC
Sophia Black
Toshiba Financial Services
WOCHIT
Vision Service Plan
Delta Dental Insurance Company
Public Storage
Coffee Distributing Corp
Pitney Bowes Purchase Power
Xumo LLC

Discovery Benefits
Facebook, Inc.
ImageRights International, Inc.
Warner Bros. Domestic Cable Distribution

**UCC Lien Filers**

Jefferies Finance LLC
Wilmington Trust, National Association, as
Collateral Agent
PNC Equipment Finance, LLC
VAR Resources, LLC
U.S. Bank Equipment Finance
U.S. Bank National Association
Susquehanna Commercial Finance, Inc.
Leaf Capital Funding, LLC
Everbank Commercial Finance, Inc.
Western Equipment Finance, Inc.
ECN Financial LLC
Unifi Equipment Finance, Inc.
IBM Credit LLC
CIT Bank, N.A.
Hitachi Capital America Corp.
Baycap LLC

**Vendor**

Linkedin Corporation
Brave New Media
IBM Corporation
Mediology Productions
Modify Productions
LCO Productions LLC
Milrose Consultants, Inc.
Done and Dusted Electronic, Inc
CPI Investigations
Amazon.Com, Inc

**Schedule 2**

**Parties in Interest Noted for Court Disclosure**

**Schedule 2**

**Potential Connections of Related Parties
Fuse, LLC and Debtor Affiliates**

**List of Current and Past FTI Clients Since January 1, 2013 Who Are Interested Parties**

Engagements since January 1, 2013 Relating to the Debtors or Affiliates

Debtors
Fuse, LLC and affiliates

Other Clients, Parents and Affiliates of Clients and Relationships since January 1, 2013 Not Relating to
the Debtors or Affiliates

| | |
|---|---|
| 21st Century Fox, Inc. and affiliates | Internal Revenue Service |
| 24 Seven, LLC | Intralinks, Inc. |
| ACE American Insurance Company | Invision, Inc. |
| Adobe Systems Incorporated | Iron Mountain Inc. |
| Akin Gump Strauss Hauer & Feld LLP | Jefferies Finance LLC |
| American Society of Composers, Authors and Publishers | LinkedIn Corporation |
| Apple Inc. and affiliates | Lionsgate Films, Inc. and affiliates |
| Ascribe Capital, LLC | Main Street Capital |
| AT&T Inc. and affiliates | Merced Capital |
| Bank of America Corporation | Metro Goldwyn Mayer Studios Inc |
| Broadcast Music, Inc. | Miramax, LLC |
| CBS Corporation and affiliates | New York City Commission on Human Rights |
| Citigroup, Inc. and affiliates | New York City Department of Finance |
| City of Los Angeles | Ole Media Management L.P. and affiliates |
| Comcast Cable Communications LLC and affiliates | Oracle America, Inc. |
| County of Los Angeles | Pachulski Stang Ziehl & Jones LLP |
| Cox Communications, Inc. | Pitney Bowes Purchase Power |
| De Lage Landen Financial Services, Inc. | PNC Bank |
| DirecTV and affiliates | ProSight Specialty Insurance |
| Discovery Communications, LLC | Proskauer Rose, LLP |
| DISH Network LLC | Revolution Studios Distribution Company and affiliates |
| EchoStar Satellite LLC | SESAC, Inc. and affiliates |
| Encompass Digital Media, Inc. | Sheppard, Mullin, Richter & Hampton LLP |
| Epicor Software | Sony Corporation and affiliates |
| Ernst & Young | Stubbs Alderton & Markiles LLP |
| Everbank Commercial Finance, Inc. | Suddenlink Communications |
| Facebook, Inc. | Tennenbaum Capital Partners, LLC |
| Federal Express Corp | The Nielsen Company (US), LLC |
| Fried, Frank, Harris, Shriver & Jacobson LLP | The Prudential Insurance Company of America |
| Frontier Communications Corporation | The Walt Disney Company and affiliates |
| Goodwin Procter LLP | Time Warner Cable Inc. |
| Greenberg Traurig, LLP | U.S. Bank NA |
| Hartford Fire Insurance Company | UMG Recordings, Inc. |
| Hearst Corporation and affiliates | Universal City Studios Productions LLLP |
| Hewlett-Packard Financial Services Company | Venable LLP |
| Hitachi, Ltd. and affiliates | Verizon Communications Inc. and affiliates |
| IBM Corporation and affiliates | Vision Service Plan |

Ice Canyon LLC
iHeartMedia, Inc. and affiliates
Illinois Department of Revenue

Warner Bros. Entertainment Inc. and affiliates
White & Case LLP
Wilmington Trust, NA