# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FUSE, LLC, *et al.*,[1]<br>               Debtors. | Chapter 11<br><br>Case No. 19-10872 (KG)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of the Ad Hoc Group of Beneficial Holders (the "**Noteholders**") of the 10.375% Senior Secured Notes due 2019 issued by the Debtors, and demand, pursuant to Rules 2002, 9007 and 9010(b) of the of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended, that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Michael J. Merchant<br>Amanda R. Steele<br>Brendan J. Schlauch<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email: merchant@rlf.com<br>       steele@rlf.com<br>       schlauch@rlf.com | Michael C. Keats<br>Jennifer L. Rodburg<br>Andrew Minear<br>FRIED, FRANK, HARRIS, SHRIVER &<br>JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone:  (212) 859-8000<br>Facsimile:  (212) 859-4000<br>Email: michael.keats@friedfrank.com<br>       jennifer.rodburg@friedfrank.com<br>       andrew.minear@friedfrank.com |

---

[1] The Debtors and last four digits of their taxpayer identification number include:  Fuse Media, Inc. (9721); Fuse Media, LLC (0560), Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distributions, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500).  The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

RLF1 21143412v.1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telecopier, courier service, electronic filing, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of the Noteholders to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) the Noteholders' rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) the Noteholders' rights to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) the Noteholders' rights to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Noteholders are or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Noteholders expressly reserve.

Dated: April 23, 2019
      Wilmington, Delaware

/s/ *Brendan J. Schlauch*
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
merchant@rlf.com
steele@rlf.com
schlauch@rlf.com

-and-

Michael C. Keats
Jennifer L. Rodburg
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:  (212) 859-8000
Facsimile:  (212) 859-4000
Email: michael.keats@friedfrank.com
       jennifer.rodburg@friedfrank.com

*Attorneys for Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019 issued by the Debtors*