# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FUSE, LLC, *et al.*, | Case No. 19-10872 (KG) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Andrew N. Goldman, Esquire of Wilmer Cutler Pickering Hale and Dorr LLP to represent Wilmington Trust, National Association, solely in its capacity as Indenture Trustee and Collateral Agent.

Dated: April 23, 2019
     Wilmington, Delaware

*/s/ Daniel N. Brogan*
Daniel N. Brogan (No. 5723)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Andrew N. Goldman*
Andrew N. Goldman
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

{BAY:03491414v1}