# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FUSE, LLC, *et al.*, | Case No. 19-10872 (KG) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Wilmington Trust, National Association, solely in its capacity as Indenture Trustee and Collateral Agent ("Wilmington Trust") under that certain indenture dated July 1, 2014 for certain 10.375% Senior Secured Notes due 2019 issued by the Debtors, hereby appears by its counsel, Wilmer Cutler Pickering Hale and Dorr LLP and Bayard, P.A., pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests that copies of all notices given or required to be given in the above-captioned bankruptcy cases be given and served upon:

| | |
|---|---|
| Andrew Goldman | Neil B. Glassman (No. 2087) |
| Lauren Lifland | Erin R. Fay (No. 5268) |
| WILMER CUTLER PICKERING | Daniel N. Brogan (No. 5723) |
| HALE AND DORR LLP | BAYARD, P.A. |
| 7 World Trade Center | 600 N. King Street, Suite 400 |
| 250 Greenwich Street | Wilmington, Delaware 19801 |
| New York, New York 10007 | Telephone: (302) 655-5000 |
| Telephone: (212) 230-8000 | Facsimile: (302) 658-6395 |
| Facsimile: (212) 230-8888 | Email: nglassman@bayardlaw.com |
| Email: andrew.goldman@wilmerhale.com | efay@bayardlaw.com |
| lauren.lifland@wilmerhale.com | dbrogan@bayardlaw.com |

Benjamin Loveland
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
Email: benjamin.loveland@wilmerhale.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in these bankruptcy cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors, or property of the Debtors or proceeds thereof, or Wilmington Trust.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive any right: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in any non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which

Wilmington Trust or any other person is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: April 23, 2019

/s/ Andrew Goldman
Andrew Goldman
Lauren Lifland
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8000
Facsimile:  (212) 230-8888
Email:  andrew.goldman@wilmerhale.com
           lauren.lifland@wilmerhale.com

-and-

Benjamin Loveland
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
Email: benjamin.loveland@wilmerhale.com

-and-

Neil B. Glassman (No. 2087)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile:  (302) 658-6395
Email:  nglassman@bayardlaw.com
           efay@bayardlaw.com
           dbrogan@bayardlaw.com

*Counsel for Wilmington Trust, National Association*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 23rd day of April 2019, a true and correct copy of the foregoing *Notice of Appearance and Request for Services of Papers* was served upon all counsels of record using the Court's CM/ECF system and was also served via U.S. first class mail, postage prepaid, upon the parties on the attached Service List.

                                                              /s/ Andrew Goldman
                                                       Andrew Goldman
Lauren Lifland
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8000
Facsimile: (212) 230-8888
Email: andrew.goldman@wilmerhale.com
       lauren.lifland@wilmerhale.com

      -and-

Benjamin Loveland
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: benjamin.loveland@wilmerhale.com

      -and-

Neil B. Glassman (No. 2087)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: nglassman@bayardlaw.com
      efay@bayardlaw.com
      dbrogan@bayardlaw.com

*Counsel for Wilmington Trust, National Association*

**SERVICE LIST**

James E. O'Neill
**Pachulski Stang Ziehl & Jones LLP**
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705
*(Proposed Counsel to the Debtors)*

Michael J. Merchant
Amanda R. Steele
Brendan J. Schlauch
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
*(Counsel to the Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019 issued by the Debtors)*

Matthew G. Summers
Chantelle D. McClamb
**Ballard Spahr LLP**
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801
*(Counsel to Comcast Cable Communications Management LLC)*

Linda J. Casey
**Office of United States Trustee**
844 King Street, Suite 2207
Wilmington, DE 19801

Michael C. Keats
Jennifer L. Rodburg
Andrew Minear
**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza
New York, New York 10004
*(Counsel to the Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019 issued by the Debtors)*