# EXHIBIT A

## Assumed Contracts

Fuse Media
Schedule of Contracts to be Assigned to Fuse, LLC and Assumed
As of 5/1/2019

| # | Debtor party to contract | Non-Debtor party to contract | Description | Purpose | Cure Amount |
|---|---|---|---|---|---|
| 1 | Fuse Media, Inc. | Apple Financial Services | Apple Financial - Computer Cap Lease | Cap Lease | 0 |
| 2 | Fuse Media, Inc. | Baycap LLC | Baycap - Verrex Equip Purchase Cap Lease | Cap Lease | 0 |
| 3 | Fuse Media, Inc. | CIT Bank, N.A. | CIT - Post Prod Cap lease | Cap Lease | 0 |
| 4 | Fuse Media, Inc. | ECN Financial LLC | ECN/PNC - Post Prod Cap Lease | Cap Lease | 0 |
| 5 | Fuse Media, Inc. | EverBank Commercial Finance, Inc. | EverBank - Post Prod Cap Lease | Cap Lease | 0 |
| 6 | Fuse Media, Inc. | Hewlett-Packard Financial Services Company | HP - Post Prod Cap Lease | Cap Lease | 0 |
| 7 | Fuse Media Inc. | IBM Credit LLC | IBM - Post Prod Cap Lease | Cap Lease | 0 |
| 8 | Fuse Media, Inc. | LEAF Capital Funding, LLC | Leaf - Glendale Furniture Cap Lease | Cap Lease | 0 |
| 9 | Fuse Media, Inc. | LEAF Capital Funding, LLC | Leaf - Post Prod Cap Lease | Cap Lease | 0 |
| 10 | Fuse Media, Inc. | Susquehanna Commercial Finance, Inc. | Susquehanna/BB&T - Post Prod Cap lease | Cap Lease | 3,618 |
| 11 | Fuse Media Inc | U.S. Bank Equipment Finance, a division of U.S. Bank National Association | US Bank - Post Prod Cap lease | Cap Lease | 6,017 |
| 12 | Fuse Media, Inc. | UniFi Equipment Finance, Inc. | UniFi - Post Prod Cap Lease | Cap Lease | 0 |
| 13 | Fuse Media, Inc. | Western Equipment Finance, Inc. | Western - Post Prod Cap Lease | Cap Lease | 0 |
| 14 | Fuse Media, Inc. | Toshiba Financial Services | Toshiba (Fuse LA Copier Lease) | Operating | 0 |
| 15 | Fuse Media, Inc. | AFCO Acceptance Corporation | AFCO/USI Insurance - D&O | Other | 0 |
| 16 | Fuse Media Inc. | FTI Consulting, Inc. and FTI Capital Advisors, LLC | FTI Consulting | Other | 0 |
| 17 | Fuse Media Inc. | FTI Consulting, Inc. and FTI Capital Advisors, LLC | FTI Consulting (Amendment) | Other | 0 |
| 18 | Fuse Media Inc | Oracle America, Inc. | Oracle - Netsuite ERP | Other | 0 |
| 19 | Fuse Media Inc | Oracle America, Inc. | Oracle - Netsuite PBCS | Other | 0 |
| 20 | Fuse Media, Inc. | Tubular Labs Inc. | Tubular Labs - Digital Service Agreement | Other | 0 |
| 21 | FUSE MEDIA, LLC | First Round Films, LLC | ACQ - First Round Films - She Started It | Programming | 0 |
| 22 | FUSE MEDIA, LLC | Legacy Distribution, LLC | ACQ - Legacy (8 Music Documentaries) | Programming | 0 |
| 23 | Fuse Media | Creative Circle | Creative Circle | Staffing | 9,975 |
| 24 | Fuse Media | J.R. Berry Search Group, Inc. | JR Berry | Staffing | 0 |
| 25 | Fuse Media, LLC | Onward Search, Inc. | Onward Search | Staffing | 0 |
| 26 | Fuse Media | Stability Technology Partners, LLC | Stability Technology Partners | Staffing | 0 |
| 27 | Fuse Media, Inc. | De Lage Landen Financial Services, Inc. | Delage (Fuse NY Copier Lease) | Operating | 0 |
| 28 | Fuse Media, Inc. | Cogent Valuation | Cogent | Other | 0 |
| | | | | $ | 19,610 |