# EXHIBIT A

**Assumption and Cure Schedule**

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| 24 Seven, LLC | Fuse, LLC | 24 Seven LLC Freelance Agreement | Staffing | $3,044.80 |
| 460 Park Ave South Tenant LLC | | NY WeWork | Operating | $0.00 |
| 4COM, Inc. | FM Networks LLC | Letter Agreement dated 12/20/11 between 4COM, Inc. and Fuse Networks LLC | Affiliate | $0.00 |
| Addison Group, LLC | Fuse, LLC | Addison Group | Staffing | $0.00 |
| Adobe Systems Incorporated | Fuse, LLC | Adobe Analytics | Other | $0.00 |
| Adobe Systems Incorporated | FM Networks, LLC (formerly known as Fuse Networks, LLC) | Adobe Analytics (Amendment) | Other | $0.00 |
| Adobe Systems Incorporated | Fuse, LLC (f/k/a SiTV, Inc., d/b/a nuvoTV) | Adobe Pass (TV Everywhere) | Other | $0.00 |
| Adobe Systems Incorporated | Fuse, LLC (f/k/a SiTV, Inc., d/b/a nuvoTV) | Adobe Pass (TV Everywhere) #3 | Other | $0.00 |
| Amazon Digital Services, Inc. | Fuse Networks LLC | Amazon Digital Video License Agreement | Digital | $0.00 |
| Amazon.com Inc. and affiliates | Joe DiBella on behalf of Fuse | Amazon Prime Video Direct Digital License Agreement | Digital | $0.00 |
| Any Moment Inc. | Fuse, LLC | Any Moment F/S/O Cam Levin | Staffing | $0.00 |
| Arturo Marquez | Fuse, LLC | Arturo Marquez - Consulting | Staffing | $0.00 |
| Assignment Desk Inc. | JAAM Productions, LLC | Assignment Desk | Staffing | $0.00 |
| AT&T Services, Inc. (for itself and on behalf of the Affiliated Entities) | FM Networks LLC | Binding Term Sheet - AT&T U-Verse & DIRECTV, Renewal of FM (known as Fuse until 9/30/15) executed as of January 8, 2016 by and between AT&T Services, Inc., DIRECTV, LLC and FM Networks LLC (f/k/a Fuse Networks LLC) | Affiliate | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| AT&T Services, Inc., for itself and on behalf of the entities set forth on Schedule I attached hereto and made a party hereof | FM Networks LLC | Letter Agreement dated 4/13/07 between AT&T Services, Inc. and Fuse Networks LLC | Affiliate | $0.00 |
| Banijay Rights Limited | SCN Distribution, LLC | Banijay Rights Limited - Killer in the Classroom: Never Again | Programming | $22,680.00 |
| BOW-Business On Web, LLC d/b/a YourBow | Fuse LLC | BOW dba YourBow | Staffing | $0.00 |
| BRE Brand Central Holdings L.L.C. | Fuse, LLC | BRE Brand Central Holding - Glendale Rent | Operating | $0.00 |
| Buena Vista Television | SCN Distribution, LLC | ACQ - Buena Vista 2019 | Programming | $0.00 |
| Buena Vista Television | Fuse, LLC | ACQ - Buena Vista (My Wife and Kids) | Programming | $0.00 |
| CAMPANARIO ENTERTAINMENT LLC | SCN DISTRIBUTION, LLC | Campanario Entertainment LLC - Colossus | Programming | $0.00 |
| Canadian Broadcasting Corporation | SCN Distribution, LLC | ACQ - Canadian Broadcasting - Sickboy | Programming | $9,000.00 |
| Career Group Inc. | Fuse LLC | Career Group | Staffing | $1,948.00 |
| CBS Television Distribution, a division of CBS Studios Inc. | SCN Distribution, LLC | ACQ - CBS - Everybody Hates Chris | Programming | $0.00 |
| CBS Television Distribution, a division of CBS Studios Inc. | SCN Distribution, LLC | ACQ - CBS - Moesha | Programming | $0.00 |
| CBS Television Distribution, a division of CBS Studios Inc. | SCN Distribution, LLC | ACQ - CBS - Sister, Sister | Programming | $0.00 |
| CBS Television Distribution, a division of CBS Studios Inc. | SCN Distribution, LLC | ACQ - CBS - The Parkers | Programming | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| Cequel III Programming, LLC and Cequel Communications, LLC | FM Networks LLC | Letter Agreement dated 6/1/07 between Fuse Networks LLC and Cequel III Programming, LLC | Affiliate | $0.00 |
| Changecause, inc. d/b/a Naytev | Fuse, LLC | Naytev - Website License | Other | $13,500.00 |
| Changecause, inc. d/b/a Naytev | Fuse, LLC | Naytev - Social Media Management and Optimization | Other | $0.00 |
| Charter Communications Holding Company, LLC | FM Networks LLC | Letter Agreement dated 10/6/06 between Charter Communications Holding Company, LLC and Fuse Networks LLC | Affiliate | $0.00 |
| Charter Communications Holding Company, LLC | Fuse, LLC (f/k/a SiTV, LLC and SiTV Inc. (successor in interest to SCN Enterprises, LLC)) and FM Networks LLC (f/k/a Fuse Networks LLC) | Term Sheet made as of 8/4/2015 Charter Communications Holding Company, LLC, on the one hand, and Fuse, LLC (f/k/a SiTV, LLC and SiTV Inc. (successor in interest to SCN Enterprises, LLC)) and FM Networks LLC, on the other hand | Affiliate | $0.00 |
| Cision US Inc. | Fuse, LLC | Cision MSA | Other | $0.00 |
| Cision US Inc. | Fuse, LLC | Cision | Other | $0.00 |
| Citizens Telecom Services Company L.L.C. (d/b/a Frontier Communications) | FM Networks LLC | Letter Agreement dated October 14, 2014 between Citizens Telecom Services Company LLC D/B/A Frontier Communications Corporation and Fuse Networks LLC | Affiliate | $0.00 |
| Citizens Telecom Services Company LLC (d/b/a Frontier Communications Corporation) | Fuse LLC and FM Networks LLC | Term Sheet dated January 1, 2016 entered into by and between Fuse LLC and FM Networks LLC, on the one hand, and Citizens Telecom Services Company LLC d/b/a Frontier Communications Corporation, on the other hand | Affiliate | $0.00 |
| Comcast Cable Communications Management, LLC, as successor in interest to Headend In the Sky, Inc. on behalf of itself and its affiliates | FM Networks LLC | Comcast HITS - Transponder Lease | Operating | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| Comcast Cable Communications, LLC | Fuse Networks LLC | Letter Agreement made effective as of 1/1/07 between between Fuse Networks LLC and Comcast Cable Communications, LLC; | Affiliate | $0.00 |
| Comcast Cable Communications, LLC, (on behalf of itself and certain affiliates) | Fuse Networks LLC | New Media License Agreement date 11/8/2012 | Affiliate | $0.00 |
| Complex Media, Inc. | FUSE, LLC | ACQ - Complex Media (Complex x Fuse S1) | Programming | $0.00 |
| Complex Media, Inc. | FUSE, LLC | ACQ - Complex Media (Complex x Fuse S2) | Programming | $0.00 |
| Complex Media, Inc. | FUSE, LLC | ACQ - Complex Media (Complex x Fuse S3) | Programming | $0.00 |
| Complex Media, Inc. | Fuse, LLC | ACQ - Complex Media (Complex x Fuse S4) | Programming | $0.00 |
| Complex Media, Inc. | SCN Distribution, LLC | ACQ - Complex Media Inc - That White People Shit | Programming | $0.00 |
| comScore, Inc. | Fuse, LLC | comScore (fka Rentrak) MSA - Research | Other | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| Concur Technologies, Inc. | Fuse, LLC | Concur | Other | $0.00 |
| Contentstack, LLC | Fuse, LLC | Contentstack | Other | $0.00 |
| Cox Communications, Inc. | Fuse LLC | Letter Agreement dated 3/11/03 between SCN Enterprises dba SiTV, and Cox Communications, Inc. | Affiliate | $0.00 |
| CSC Holdings, Inc. | FM Networks LLC | Term Sheet Agreement dated as of 10/1/02 between CSC Holdings, Inc and FUSE Networks LLC | Affiliate | $0.00 |
| David M. Lewis Company LLC | NuvoTV | DLC - Tom Jones | Staffing | $0.00 |
| DIRECTV, LLC | Fuse, LLC | Affiliation Agreement made as of the 31st day of December 2014 between SiTV, LLC a Delaware limited liability company ("Programmer"), and DIRECTV, LLC | Affiliate | $0.00 |
| DIRECTV, LLC and AT&T Services, Inc. | Fuse, LLC (f/k/a SiTV, LLC) | Letter Agreement dated 1/7/16 between AT&T Services, Inc., DIRECTV, LLC, on the one hand, and Fuse, LLC on the other hand | Affiliate | $0.00 |
| DIRECTV, LLC and AT&T Services, Inc. | Fuse, LLC (f/k/a SiTV, LLC) | Letter Agreement dated 1/8/16 between AT&T Services, Inc., DIRECTV, LLC, on the one hand, and Fuse, LLC on the other hand | Affiliate | $0.00 |
| DIRECTV, LLC or its affiliates and/or AT&T Services, Inc. or its affiliates | Fuse, LLC (f/k/a SiTV, LLC) | DirecTV | Other | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| DISH Network L.L.C. | Fuse, LLC (f/k/a SiTV, LLC and SiTV, Inc. d/b/a/NUVOtv) and FM Networks LLC (f/k/a Fuse Networks LLC) | Amended and Restated Affiliation Agreement made and effective as of October 20, 2017 by and among DISH Network L.L.C., Fuse, LLC (f/k/a SiTV, LLC and SiTV, Inc. d/b/a/NUVOtv), and FM Networks LLC (f/k/a Fuse Networks LLC) | Affiliate | $0.00 |
| E.M. Rose Group, LLC d/b/a Rose Digital | Fuse, LLC | Rose Digital - Maintenance Contract 2019 | Other | $0.00 |
| E.M. Rose Group, LLC d/b/a Rose Digital | Fuse, LLC | Rose Digital - Maintenance Contract 2019 Amendment | Other | $0.00 |
| E.M. Rose Group, LLC d/b/a Rose Digital | Fuse, LLC | Rose Digital - Maintenance Contract 2019 SOW | Other | $0.00 |
| EcoSet Consulting, LLC | JAAM Productions, LLC | EcoSet Storage Rental Space | Other | $0.00 |
| Emmer Consulting P.C. | Fuse, LLC | Emmer Consulting dba Goodfriend | Staffing | $0.00 |
| Encompass Digital Media, Inc. | FM Networks LLC | Encompass - Satellite Bundled Services | Operating | $0.00 |
| Entertainment Partners Services Group | Fuse, LLC | Entertainment Partners | Staffing | $0.00 |
| FreeWheel Media, Inc. | Fuse, LLC | Freewheel Media, Inc. SOW #9 | Other | $7,973.30 |
| FremantleMedia Limited | SCN Distribution LLC | ACQ - Fremantle - Bondi Ink Tattoo Crew - Cycle 2 | Programming | $0.00 |
| FuboTV, inc. | Fuse, LLC and FM Networks LLC | Binding Term Sheet made and entered into to be effective as of November 23, 2016 between FuboTV, Inc., on the one hand, and Fuse, LLC and FM Networks LLC, on the other hand | Affiliate | $0.00 |
| Fullscreen, Inc. | | Fullscreen Media - Fuse YouTube Channels | Other | $0.00 |
| Fullscreen, Inc. | SCN Distribution, LLC | ACQ - Fullscreen (WTF Baron Davis) | Programming | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| Future Technology Staffing Inc. | Fuse, LLC | Future Technology Staffing Inc. | Staffing | $0.00 |
| Gage Hospitality Group | | The Gage & Acanto Restaurants | Other | $0.00 |
| GCI Cable, Inc. | FM Networks LLC | Letter Agreement between GCI Cable, Inc. and Fuse Networks LLC dated 9/28/05 | Affiliate | $0.00 |
| Getty Images (US), Inc. | FM Networks, LLC | Getty Images -Digital | Other | $0.00 |
| Heath General Contracting, Inc. | Fuse, LLC. | Heath General Contracting - Glendale Office | Other | $0.00 |
| Hey Kyle, LLC | JAAM Productions, LLC | Kyle Harvey | Programming | $25,000.00 |
| Hulu, LLC | Fuse, LLC f/k/a SiTV, Inc. | Hulu | Other | $0.00 |
| iHeartMedia + Entertainment, Inc. | Fuse, LLC | ORIG - IHeart Media (Big Boy's Neighborhood S1) | Programming | $0.00 |
| iHeartMedia + Entertainment, Inc. | Fuse, LLC | ORIG - IHeart Media (Big Boy's Neighborhood S1) - Amendment | Programming | $0.00 |
| iHeartMedia + Entertainment, Inc. | Fuse, LLC | ORIG - IHeart Media (Big Boy's Neighborhood S2) | Programming | $0.00 |
| INVNT, LLC | Fuse, LLC | INVNT MSA | Other | $0.00 |
| JBCconnect CA LLC | Fuse, LLC | JBC Connect | Staffing | $0.00 |
| Juno Films, Inc. | SCN Distribution, LLC | Juno Films - Don't Be Nice | Programming | $0.00 |
| Juno Search Partners, LLC | Fuse, LLC | Juno Search Partners | Staffing | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| JW Player / Longtail Ad Solutions, Inc. | Fuse, LLC | JW Player | Other | $0.00 |
| KD Consulting LLC | Fuse, LLC | KD Consulting F/S/O Kristin Davie | Staffing | $0.00 |
| KD Consulting LLC | Fuse, LLC | KD Consulting F/S/O Kristin Davie Amendment | Staffing | $0.00 |
| Kyo Logic LLC | Fuse, LLC | Kyo Logic MSA | Other | $0.00 |
| Kyo Logic, LLC | Fuse, LLC | Kyo Logic | Other | $0.00 |
| Layer3 TV, Inc. | Fuse LLC | Binding Term Sheet between Layer3 TV, Inc. and Fuse LLC and FM Networks LLC dated 2/26/16 | Affiliate | $0.00 |
| LeftCenter Entertainment LLC | Fuse, LLC | LeftCenter Entertainment F/S/O Sean Joell Johnson | Staffing | $0.00 |
| Lions Gate Films Inc. | SCN Distribution, LLC | ACQ - Lions Gate Films 2018-2019 (11 Titles) | Programming | $0.00 |
| Lions Gate Films Inc. | SCN Distribution, LLC | ACQ - Lions Gate Films 2019-2020 | Programming | $0.00 |
| Lucas Group | FUSE, LLC | Lucas Group | Staffing | $0.00 |
| Management Science Associates, Inc. | Fuse Networks LLC | MSA/EDI | Other | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| Matador Content, LLC, c/o Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Rush & Kaller, & Gellman L.L.P | JAAM Productions, LLC | Jenkins Jones | Programming | $0.00 |
| McGarrigan Media, furnishing the services of Lauri McGarrigan | Fuse, LLC | McGarrigan - Consulting Service | Staffing | $0.00 |
| Mediacom LLC and Mediacom Broadband LLC | FM Networks LLC | Letter Agreement dated 3/1/00 between Mediacom Broadband LLC and MuchMusic USA Venture | Affiliate | $0.00 |
| MEDIARADAR, INC. | Fuse, LLC d/b/a Fuse Media | Mediaradar Amendment | Other | $0.00 |
| Michael Guglielmino p/k/a Mike Cash | JAAM Productions, LLC | Composer Agreement - What's UR Thing (Mike Cash) | Programming | $0.00 |
| Miramax, LLC | SCN Distribution LLC | ACQ - Miramax 2018-2019 (7 Titles) | Programming | $0.00 |
| Miramax, LLC | SCN Distribution LLC | ACQ - Miramax 2019-2020 (5 Titles) | Programming | $0.00 |
| MSG Holdings, L.P. | FM Networks LLC | Letter Agreement dated 10/17/13 between Fuse Networks LLC and MSG Holdings, L.P. | Affiliate | $0.00 |
| Nappy Boy Productions, LLC | JAAM Productions, LLC | ORIG - Nappy Boy Productions (T-Pain School of Business) | Programming | $0.00 |
| National Cable Television Cooperative, Inc. | Fuse, LLC and FM Networks LLC | Affiliation Agreement made as of the 31st day of December 2015, and effective as of January 1, 2016 by and between, on the one hand, Fuse, LLC and FM Networks LLC, and, on the other hand, National Cable Television Cooperative, Inc. including any agreements entered into pursuant to such | Affiliate | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| New Ulm Telecom, Inc. d/b/a NU-Telecom | FM Networks LLC | Letter Agreement made effective as of 4/1/11 between New Ulm Telecom, Inc. dba NU-Telecom and Fuse Networks LLC | Affiliate | $0.00 |
| Normandie Productions LLC | JAAM Productions, LLC | ORIG - Normandie Prod - Side Gig S1 / T-Pain S1 | Programming | $0.00 |
| Normandie Productions LLC | JAAM Productions, LLC | ORIG - Normandie Prod (T-Pain School of Businss S2) | Programming | $0.00 |
| Ole Media Management L.P. d/b/a Jingle Punks by its general partner Ole Media Management (GP) Inc. | Fuse, LLC | Ole Media - Jingle Punks | Other | $18,000.00 |
| Paramount Pictures Corporation | SCN Distribution, LLC | ACQ - Paramount 2018 (4 Titles) | Programming | $0.00 |
| Paramount Pictures Corporation | SCN Distribution, LLC | ACQ - Paramount 2019-2020 (6 Titles) | Programming | $0.00 |
| Paramount Pictures Corporation | SCN Distribution, LLC | ACQ - Paramount 2019-2020 | Programming | $0.00 |
| Performance Works Consulting, LLC | Fuse, LLC | Performance Works F/S/O Loree Goffigon | Staffing | $0.00 |
| Performance Works Consulting, LLC | Fuse, LLC | Performance Works F/S/O Loree Goffigon Amendment | Staffing | $0.00 |
| Pitch Film Ltd | SCN Distribution, LLC | ACQ - Pitch Film LTD (Fatherhood) | Programming | $0.00 |
| Rainbow Network Communications | Fuse Networks LLC | RNC Intellisat - Cap Lease Liability | Cap Lease | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| Rainbow Network Communications | Fuse Networks LLC | RNC Pan Am - Cap Lease Liability | Cap Lease | $0.00 |
| RCN Telecom Services, Inc., on behalf of itself and its direct and indirect subsidiaries | FM Networks LLC | Letter Agreement dated 7/6/05 between RCN Telecom Services, LLC and Fuse Networks LLC | Affiliate | $0.00 |
| Red Bull Media House North America, Inc. | Fuse, LLC | ACQ - Red Bull - Social Fabric | Programming | $0.00 |
| Rentrak Corporation | Fuse LLC | Rentrac/ Comscore - Research | Other | $0.00 |
| Revolution Studios Distribution Company, LP | SCN Distribution LLC | ACQ - Revolution Studios 2019-2020 (4 Titles) | Programming | $0.00 |
| Roku, Inc. | Fuse, LLC | Roku Distribution Agreement | Digital | $0.00 |
| Roku, Inc. | Fuse, LLC | Roku Amendment | Digital | $0.00 |
| Seville Pictures Inc., dba Seville International | SCN Distribution, LLC | ACQ - Seville International (I Used to Be Normal) | Programming | $11,250.00 |
| Shareablee | FM Networks LLC | Shareablee - Research | Other | $0.00 |
| Sintec Media MIL INC (Formerly STORERTV, Inc.) | Fuse LLC | Sintec Media License Agreement Extension FE | Other | $0.00 |
| SintecMedia (MKE) Inc. (f/k/a SintecMedia (StorerTV) Inc., f/k/a StorerTV Inc.) | Fuse, LLC (f/k/a SiTV, LLC, d/b/a NuvoTV, f/k/a SiTV, Inc., d/b/a NuvoTV) | Sintec Media Lic Fee ( Admin) - Sims | Other | $0.00 |
| SintecMedia, Inc. | FM Networks LLC | Sintec Media | Other | $0.00 |
| Sony Music Entertainment | JAAM Productions, LLC | Sony Music Entertainment Master Use License - My Next Fix | Programming | $318.00 |
| Sony Pictures Television Inc. | SCN Distribution, LLC | ACQ - Sony (Malcom & Eddie + 20 Titles) | Programming | $0.00 |
| Sony Pictures Television Inc. | SCN Distribution, LLC | ACQ - Sony 2017-2018 (17 Titles) | Programming | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| Sony Pictures Television Inc. | SCN Distribution, LLC | ACQ - Sony 2018-2020 (V.I.P. + 20 Titles) | Programming | $0.00 |
| Southern Vermont Cable Company | FM Networks LLC | Letter Agreement dated 1/1/14 between Southern Vermont Cable Company and Fuse Networks LLC | Affiliate | $0.00 |
| Strangers In The Night Inc. | JAAM Productions, LLC | ORIG - Cipha Sounds | Programming | $0.00 |
| Submersive Media, LLC | Fuse, LLC | Submersive Media MSA | Staffing | $0.00 |
| SureWest Communications | FM Networks, LLC | Letter Agreement dated 12/11/09 between SureWest Broadband, dba SureWest Televideo and Fuse Networks LLC | Affiliate | $0.00 |
| SureWest TeleVideo D/B/A SureWest Br | Fuse, LLC | Binding Term Sheet dated 11/20/13 between SureWest Televideo, dba SureWest Broadband and SiTV, Inc. | Affiliate | $0.00 |
| TalentHub Worldwide, Inc. | Fuse | TalentHub | Staffing | $1,935.75 |
| The Agency Film Group, LLC dba Agency Media Group | Fuse, LLC | Revenue Share Agreement entered into on 4/18/19 by and between The Agency Film Group, LLC dba Agency Media Group, and Fuse, LLC | Affiliate | $0.00 |
| The DLC Group | Fuse, LLC | Consulting - Prashant Bansal | Staffing | $0.00 |
| The Grapevine Agency | Fuse LLC | Grapevine | Staffing | $0.00 |
| The Hired Guns Marketing Consulting Group, LLC | Fuse, LLC | The Hired Guns | Staffing | $0.00 |
| The Lippin Group, Inc | Fuse, LLC (formerly known as SiTV, LLC, d/b/a NUVOtv) | Lippin Group (Extension 1) | Staffing | $0.00 |
| The Lippin Group, Inc | Fuse, LLC (formerly known as SiTV, LLC, d/b/a NUVOtv) | Lippin Group (Extension 2) | Staffing | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| The Nielsen Company (US), LLC | FM Networks LLC | Nielsen - Media Research (Fuse) | Other | $0.00 |
| The Nielsen Company (US), LLC | FM Networks LLC | Nielsen - Media Research (Fuse) Amendment | Other | $0.00 |
| The Pocketbook Agency, LLC | | The Pocketbook Agency | Staffing | $0.00 |
| This Is Just A Test Media, LLC | JAAM Productions, LLC | ORIG - This Is Just A Test (Sugar & Toys) | Programming | $0.00 |
| This Is Just A Test Media, LLC | JAAM Productions, LLC | ORIG - This Is Just A Test (Sugar & Toys) - Pickup Letter | Programming | $0.00 |
| Tier 2 Films, Inc. | SCN Distribution, LLC | ACQ - Tier 2 Films - Hollywood Hearts | Programming | $0.00 |
| Time Warner Cable | FM Networks LLC | Letter Agreement dated 12/19/00 between Time Warner Cable and Fuse Networks LLC (fka MuchMusic USA Venture) | Affiliate | $0.00 |
| Time Warner Cable Inc. | Fuse LLC | Affiliation Agreement dated as of September 23, 2003, between SCN Enterprises, LLC d/b/a SiTV and Time Warner Cable, Inc. | Affiliate | $0.00 |
| Time Warner Cable Inc. | Fuse LLC | Video on Demand License Agreement dated as of June 23, 2008 by and between SiTV, Inc. and Time Warner Cable Inc. | Affiliate | $0.00 |
| Tubi, Inc. | Fuse, LLC | Tubi Digital Distribution License Agreement | Digital | $0.00 |
| Tubular Labs, Inc. | Fuse, LLC | Tubular Labs Addendum #1 | Other | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| Twentieth Television, Inc., as distribution agent for Twentieth Century Fox Film Corporation | SCN Distribution, LLC | ACQ - Fox 2018 (4 Titles) | Programming | $0.00 |
| Twentieth Television, Inc., as distribution agent for Twentieth Century Fox Film Corporation | SCN Distribution, LLC | ACQ - Fox 2019-2020 (6 Titles) | Programming | $0.00 |
| distribution agent for Twentieth Century Fox Film Corporation | SCN Distribution, LLC | ACQ - Fox - Malcolm in the Middle | Programming | $0.00 |
| Twitter, Inc. | Fuse, LLC | Twitter Video Content Provider Agreement | Digital | $0.00 |
| UMG Recordings, Inc. | Fuse, LLC | ACQ (Music) - UMG | Programming | $250,000.00 |
| Universal City Studios Productions LLLP | SCN Distribution, LLC | ACQ - NBCU 2018-2020 (5 Titles) | Programming | $0.00 |
| Vivicast, LLC fka National Telco Television Consortium, LLC | FM Networks LLC | Letter Agreement dated 6/22/11 between Vivicast, LLC (fka National Telco Television Consortium, LLC) and Fuse Networks LLC including any agreements entered into | Affiliate | $0.00 |
| Volt Workforce Solutions, a division of Volt Management Corp. | Fuse, LLC | Volt | Staffing | $0.00 |
| Vubiquity, Inc. | FM Networks LLC | Vubiquity | Other | $0.00 |
| Vubiquity, Inc. | FM Networks LLC | Vubiquity Extension | Other | $0.00 |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.

**Fuse, LLC and the Debtor Plan Proponents**
**Schedule of Contracts to be Assumed***
*As of 5/1/2019*

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| Warner Bros. Domestic Television Distribution, a division of Warner Bros. Worldwide Television Distribution Inc. | SCN Distribution, LLC | ACQ - Warner Bros 2018-2019 (15 Titles) | Programming | $0.00 |
| Warner Bros. Domestic Television Distribution, a division of Warner Bros. Worldwide Television Distribution Inc. | SCN Distribution, LLC | ACQ - Warner Bros 2019-2020 (11 Titles) | Programming | $0.00 |
| Warner Bros. Domestic Television Distribution, a division of Warner Bros. Worldwide Television Distribution Inc. | SCN Distribution, LLC | ACQ - Warner Bros 2019-2020 2nd Deal (3 Titles) | Programming | $0.00 |
| We Buy Gold, Inc. | JAAM Productions, LLC | We Buy Gold - Reverse Brothers | Programming | $0.00 |
| WeWork Companies Inc. | | Chicago 20 W Kinzie -WeWork Kinzie | Operating | $0.00 |
| WideOrbit Inc. | FM Networks LLC | WideOrbit - Lic & Support Traffic Software FM | Other | $0.00 |
| Wilo Group LLC dba Percent Gray | Fuse, LLC | Percent Grey/ Wilo Consulting fso Lauren Espiritu-Philson | Staffing | $0.00 |
| Wolfe Video, LLC | SCN Distribution, LLC | ACQ - Wolfe Video LLC (Venus) | Programming | $0.00 |
| Xumo LLC | Fuse LLC | Xumo Content License Agreement | Digital | $0.00 |
| Yoh Services LLC | Fuse LLC | Yoh | Staffing | $0.00 |
| Yoh Services LLC | Fuse LLC | Yoh Amendment | Staffing | $0.00 |
| ZED | SCN Distribution, LLC | ACQ - Zed - Music on the Road | Programming | $0.00 |
| | | | | **$364,649.85** |

*The Assumed Contracts include all amendments, addenda, schedules, other attachments, side letters, undertakings or other agreements affecting, modifying or otherwise relating to the Assumed Contracts unless explicity rejected by Debtors.