**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FUSE, LLC, *et al.*,[1] | ) | Case No.: 19-10872 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, proposed counsel to the Debtors in the above-captioned action, and that on the 1st day of May, 2019, she caused a copy of the following documents to be served upon the parties on the attached service list in the manner indicated:

- **Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases; (II) Combined Hearing on the Disclosure Statement, Confirmation of the Prepackaged Joint Plan of Reorganization, and Related Matters; and (II) Objection Deadlines and Summary of the Debtors' Prepackaged Joint Plan of Reorganization [Docket No. 91]**

- **Debtors' Motion for an Order Authorizing Discovery from AT&T Services, Inc. and DirectTV, LLC Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 [Docket No. 94]**

Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this ⟨ day of May, 2019.

Notary Public
My Commission Expires: _March 6, 2021_

SUZANNE J. STEIN
MY COMMISSION
EXPIRES ON
MARCH 6, 2021
NOTARY PUBLIC
STATE OF DELAWARE

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include:  Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distribution, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

FUSE 2002 Service List FCM
Case No. 19-10872
Document No. 223329
02 – INTEROFFICE MAIL
09 – HAND DELIVERY
44 – FIRST CLASS MAIL
02 – FOREIGN FIRST CLASS


*([PROPOSED] Counsel to Debtors and
Debtors in Possession)*
James E. O'Niell, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

***INTEROFFICE MAIL***
*([PROPOSED] Counsel to Debtors and
Debtors in Possession)*
Richard M. Pachulski, Esquire
Ira D. Kharasch, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

***INTEROFFICE MAIL***
*([PROPOSED] Counsel to Debtors and
Debtors in Possession)*
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111

***HAND DELIVERY***
(United States Trustee)
Linda J. Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801

***HAND DELIVERY***
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801

***HAND DELIVERY***
Zillah A. Frampton
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801

***HAND DELIVERY***
(United States Attorney)
David C. Weiss
United States Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE  19801

***HAND DELIVERY***
*(Counsel to Ad Hoc Group of Beneficial
Holders of the 10.375% Senior Secured
Notes due 2019 issued by the Debtors)*
Michael J. Merchant, Esquire
Amanda R. Steele, Esquire
Brendan J. Schlauch, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801

***HAND DELIVERY***
*(Counsel for Comcast Cable
Communications Management LLC)*
Matthew G. Summers, Esquire
Chantelle D. McClamb, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel for Wilmington Trust, National Association)*
Neil B. Glassman, Esquire
Erin R. Fay, Esquire
Daniel N. Brogan, Esquire
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel for AT&T Services, Inc. and affiliates including without limitation DIRECTV, LLC)*
Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801

**HAND DELIVERY**
Rita Marie Ritrovato, CCTS, VP
Wilmington Trust, National Association
1100 North Market Street
Wilmington, DE 19801-1605

**FIRST CLASS MAIL**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001

**FIRST CLASS MAIL**
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE 19901

**FIRST CLASS MAIL**
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**FIRST CLASS MAIL**
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**FIRST CLASS MAIL**
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554

**FIRST CLASS MAIL**
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103

**FIRST CLASS MAIL**
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281

**FIRST CLASS MAIL**
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Mail Stop 5-Q30.133
Philadelphia, PA 19101

2

**FIRST CLASS MAIL**
*(Attorneys for Defendants DIRECTV, LLC*
*and AT&T Services, Inc.)*
Mark A. Romeo, Esquire
Christine E. Cwiertny, Esquire
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505

**FIRST CLASS MAIL**
*(Counsel to Ad Hoc Group of Beneficial*
*Holders of the 10.375% Senior Secured*
*Notes due 2019 issued by the Debtors)*
Michael C. Keats, Esquire
Jennifer Rodburg, Esquire
Andrew Minear, Esquire
Fried, Frank, Harris, Shriver & Jacobson
LLP
One New York Plaza
New York, NY 10004

**FIRST CLASS MAIL**
*(Counsel for Wilmington Trust, National*
*Association)*
Andrew Goldman, Esquire
Lauren Lifland, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

**FIRST CLASS MAIL**
*(Counsel for Wilmington Trust, National*
*Association)*
Benjamin Loveland, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

**FIRST CLASS MAIL**
*(Counsel for AT&T Services, Inc. and*
*affiliates including without limitation*
*DIRECTV, LLC)*
Brian J. Lohan, Esquire
Arnold & Porter Kaye Scholer LLP
70 West Madison Street Suite 4200
Chicago, IL 60602-4231

**FIRST CLASS MAIL**
James W. Grudus
One AT&T Way
Room 3A115me
Bedminster, NJ 07921

**FIRST CLASS MAIL**
John Stern Assistant, Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**FIRST CLASS MAIL**
*(Top Creditors)*
Showtime Networks Domestic
Attn: Tina Tran
2450 Colorado Ave, Suite 500
Santa Monica, CA 90404

**FIRST CLASS MAIL**
*(Top Creditors)*
Buena Vista Television
Attn: Kathleen Castano
500 S. Buena Vista Street
Burbank, CA 91521-3933

**FIRST CLASS MAIL**
*(Top Creditors)*
Universal City Studios Productions
Attn: Michal Sziek
30 Rockefeller Plaza, 15 Floor E
New York, NY 10112

*FIRST CLASS MAIL*
*(Top Creditors)*
Comcast Spotlight
Attn: Catherine Brooks
13431 Collections Center Drive
Chicago, IL  60693

*FIRST CLASS MAIL*
*(Top Creditors)*
Metro Goldwyn Mayer Studios Inc
Attn: Christopher Rego
245 N. Beverly Drive
Beverly Hills, CA  90210-5317

*FIRST CLASS MAIL*
*(Top Creditors)*
Akin Gump Strauss Hauer
Attn: Ira S. Dizengoff
One Bryant Park
Bank of America Tower
New York, NY  10036-6745

*FIRST CLASS MAIL*
*(Top Creditors)*
American Society Of Composers, Authors
And Publishers
Attn: Ray Schwind
1 Lincoln Plaza
New York, NY  10023

*FIRST CLASS MAIL*
*(Top Creditors)*
Broadcast Music, Inc.
Attn: John Polly
7 World Trade Center
250 Greenwich Street
New York, NY  10007-0030

*FIRST CLASS MAIL*
*(Top Creditors)*
Epicor Software
PO Box 204768
Dallas, TX  75320-4768

*FIRST CLASS MAIL*
*(Top Creditors)*
Adobe Systems Incorporated
3900 Adobe Way
Lehi, UT  84043

*FIRST CLASS MAIL*
*(Top Creditors)*
Association Of National Advertisers, Inc
Attn: Sarah Oltman
708 Third Avenue, 33rd Floor
New York, NY  10017

*FIRST CLASS MAIL*
*(Top Creditors)*
Defy Media, Llc
Attn: Deborah Donaldson
498 7th Avenue, 19th Floor
New York, NY  10018

*FIRST CLASS MAIL*
*(Top Creditors)*
Facebook Inc.
15161 Collections Center Drive
Chicago, IL  60693

*FIRST CLASS MAIL*
*(Top Creditors)*
T. Howard Foundation
601 13th Street, NW
Suite 710 North
Washington, DC  20005

*FIRST CLASS MAIL*
*(Top Creditors)*
Creative Circle
PO Box 74008799
Chicago, IL  60674-8799

*FIRST CLASS MAIL*
*(Top Creditors)*
Iron Mountain
PO Box 601002
Pasadena, CA  91189-1002

4

*FIRST CLASS MAIL*
*(Top Creditors)*
Talent Hub Worldwide Inc.
52 Vanderbilt Ave., Suite 1410
New York, NY  10017

*FIRST CLASS MAIL*
*(Top Creditors)*
Globe Storage and Moving Co. Inc.
665 Broadway - Suite 301
New York, NY  10012

*FIRST CLASS MAIL*
*(Top Creditors)*
24 Seven, LLC
105 Maxess Road
Suite 201
Melville, NY  11747

*FIRST CLASS MAIL*
*(Top Creditors)*
Warner Bros Domestic Cable Distribution
Attn: Deanna Valdez
4000 Warner Blvd, Bldg. 118
Room 1062
Burbank, CA  91522-1181

*FIRST CLASS MAIL*
*(Top Creditors)*
Vision Service Plan (CA)
PO Box 45210
San Francisco, CA  94145

*FIRST CLASS MAIL*
*(Top Creditors)*
Xumo LLC
4 Park Plaza, Ste 1500
Irvine, CA  92614

*FIRST CLASS MAIL*
*(Top Creditors)*
Aflac
1932 Wynnton Road
Columbus, GA  31999-6005

*FIRST CLASS MAIL*
*(Top Creditors)*
One Penn Plaza, Llc
Rec Acct
PO Box 371486
Pittsburgh, PA  15250-7486

*FIRST CLASS MAIL*
*(Top Creditors)*
Public Storage
3810 Eagle Rock Blvd
Los Angeles, CA  90065

*FIRST CLASS MAIL*
*(Top Creditors)*
Coffee Distributing Corp.
200 Broadway
PO Box 766
Garden City Park, NY  11040-1055

*FIRST CLASS MAIL*
*(Top Creditors)*
Purchase Power
PO Box 371874
Pittsburgh, PA  15250-7874

*FIRST CLASS MAIL*
*(Top Creditors)*
Imagerights International, Inc.
105 Maxess Road, Suite 201
Melville, NY  11747

*FOREIGN FIRST CLASS*
Banijay Rights Limited
Attn: Andreas Lemos
The Gloucester Building
Kensington Village
London W14 8RF
ENGLAND

*FOREIGN FIRST CLASS*
Seville International
455 rue St. Antoine
Bureau 300
Montreal Quebec H2Z 1J1
CANADA

5