**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Fuse, LLC, et al., | : | Case No. 19-10872(KG) |
| | : | |
| | : | Jointly Administered |
| Debtor(s). | : | NOTICE OF APPOINTMENT OF |
| --------------------------------- | : | COMMITTEE OF |
| | : | UNSECURED CREDITORS |
| | : | |
| | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Association of National Advertisers,** Attn: Christine Manna, 708 Third Ave, New York, NY 10017, Phone: 212-455-8060

2. **Showtime Networks, Inc.,** Attn: Kent Sevener, 1633 Broadway, New York, NY 10019, Phone: 212-708-3259

3. **MGM Domestic Television Distribution, LLC**, Attn: Shirley Hairston, 245 North Beverly Drive, Beverly Hills, CA 90210, Phone: 310-586-8244

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ Linda Casey for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: May 10, 2019

Attorney assigned to this Case: Linda Casey, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: James E. O'Neill, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400