IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FUSE, LLC, *et al.*,[1] | Case No. 19-10872 (KG) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF DAVID HARTIE OF
### KURTZMAN CARSON CONSULTANTS, LLC REGARDING THE MAILING, VOTING, AND TABULATION OF BALLOTS ACCEPTING AND REJECTING THE DEBTORS' PREPACKAGED JOINT CHAPTER 11 PLAN OF REORGANIZATION

I, David Hartie, declare and state as follows under penalty of perjury:

1. I am a Managing Director – Public Securities Services at Kurtzman Carson Consultants, LLC (the "Voting Agent"). My business address is 1290 Avenue of the Americas, 9th Floor, New York, NY 10104. I am over the age of 18 and qualified to submit this Declaration.

2. I and others under my supervision worked with Fuse, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") to solicit votes to accept or reject the *Debtors' Prepackaged Joint Chapter 11 Plan of Reorganization* dated April 18, 2019 (the "Plan"), and to tabulate the ballots of creditors voting to accept or reject the Plan. Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge. I am authorized to submit this declaration on behalf of the Voting Agent.

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distribution, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

***For the avoidance of doubt, Debtors Fuse Media, Inc. and Fuse Media, LLC are not proponents of the Plan and the provisions of the Plan shall not extend to those entities.***

3. The Voting Agent has considerable experience in soliciting and tabulating votes to accept or reject proposed plans of reorganization.

4. The Debtors established April 5, 2019, as the record date (the "Voting Record Date") for determining which creditors were entitled to vote on the Plan. Pursuant to the Plan, Holders of Class 3 Senior Secured Notes Claims (the "Voting Class") were entitled to vote to accept or reject the Plan. No other Classes were entitled to vote on the Plan.

5. With respect to the Class 3 Senior Secured Notes Claims, the Voting Agent relied on security position reports provided by the Depository Trust Company as of the Voting Record Date to identify the holders of such Claims entitled to vote to accept or reject the Plan.

6. On April 18, 2019, the Voting Agent served the following solicitation package upon the beneficial holders or nominees, as applicable, for the Holders of Claims in the Voting Class as of the Voting Record Date:

(a) a solicitation cover letter from the Debtors addressed to Holders of Class 3 Senior Secured Notes Claims;

(b) forms of ballots and instructions for completing the ballots;

(c) the Disclosure Statement with all exhibits, including the Plan; and

(d) the Plan Supplement.

7. All ballots cast by Holders of Class 3 Senior Secured Notes Claims, or the nominees on behalf of such Holders, were required to be delivered to the Voting Agent so as to be received no later than May 9, 2019, at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").

8. The Voting Agent carefully reviewed and tabulated the ballots that were received as of the Voting Deadline as follows: (a) each returned ballot was opened and/or inspected at the Voting Agent's office by representatives of the Voting Agent; (b) each ballot was date-stamped by the Voting Agent; and (c) each ballot was tabulated by the Voting Agent. In order for a ballot to be counted as valid, it had to (x) contain sufficient information to permit the identification of each Holder and the amount of Claims held by such Holder, (y) be signed, and (z) indicate an acceptance or rejection of the Plan. Holders in the Voting Class who chose to reject the Plan also were given the option to execute an opt-out with respect to certain releases incorporated in the Plan.

9. Attached as **Exhibit A** hereto is a true and correct summary of the voting results on the Plan with respect to the Voting Class.

I declare under penalty of perjury that the foregoing statements in this Declaration are true and correct to the best of my knowledge.

Dated: May 14, 2019

                                              _____
                                              David Hartie

4

**<u>Exhibit A</u>**

**Voting Tabulation**

**Exhibit A**

| Total Ballots Received[1] | | | |
|---|---|---|---|
| **Accept** | | **Reject** | |
| **Number** | **Amount** | **Number** | **Amount** |
| Class 3 – Senior Secured Notes Claims | | | |
| 21 (100%) | $234,156,000.00 (100%) | 0 (0%) | $0 (0%) |

| Number Opting Out of Releases | Number Indicating Accredited Investor Status |
|---|---|
| 0 | 21 |

---

[1] The tabulation includes a vote of $5,000,000 to accept received from Morgan Stanley Smith Barney on May 14, 2019, after the voting deadline, which defect was waived by the Debtors.