UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FUSE, LLC, *et al.*, ) | Case No. 19-10872 (KG) |
| ) | (Jointly Administered) |
| Debtors.[1] ) | **Hearing Date: June 5, 2019 at 10:00 a.m.** |
| ) | **Related Docket No.: 95** |

### LIMITED OBJECTION OF COMPLEX MEDIA, INC. TO DEBTORS' NOTICE OF (I) ASSUMPTION OF CONTRACTS AND LEASES, (II) FIXING OF CURE AMOUNTS, AND (III) DEADLINE TO OBJECT THERETO

COMES NOW, Complex Media, Inc. ("Complex Media"), by and through undersigned counsel, and files its Limited Objection ("Limited Objection") to the cure amount set forth in the Debtors' Notice of (I) Assumption of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto ("Assumption Notice"). In support of this Limited Objection, Complex Media states as follows:

### INTRODUCTION AND BACKGROUND

1. Fuse, LLC and certain of its affiliates, as debtors in the above-captioned Chapter 11 cases (the "Debtors") seek to establish cure amounts for the proposed assumption of certain agreements with Complex Media pursuant to the *Debtors' Prepackaged Joint Plan of Reorganization*. Complex Media does not generally oppose assumption, and files this Limited Objection to reserve its right to receive a full cure.

2. On April 22, 2019, each of the Debtors filed a voluntary petition for relief with this Court under Chapter 11 of the Bankruptcy Code. The Debtors' cases are jointly administered.

3. The Debtors are operating their businesses and maintaining their assets as debtors in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distribution, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

4. Prior to the filing of the Chapter 11 proceedings, one or more of the Debtors were party to agreements with Complex Media.

5. On May 5, 2019, the Debtors filed the Assumption Notice [Dkt. No. 95]. The Assumption Notice listed the following agreements with Complex Media (the "Agreements") on the Assumption and Cure Schedule attached as Exhibit A to the Assumption Notice:

| Contract Counterparty | Debtor Party | Description | Contract Type | Cure Amount |
|---|---|---|---|---|
| Complex Media, Inc. | Fuse, LLC | ACQ – Complex Media (Complex x Fuse S1) | Programming | $0.00 |
| Complex Media, Inc. | Fuse, LLC | ACQ – Complex Media (Complex x Fuse S2) | Programming | $0.00 |
| Complex Media, Inc. | Fuse, LLC | ACQ – Complex Media (Complex x Fuse S3) | Programming | $0.00 |
| Complex Media, Inc. | Fuse, LLC | ACQ – Complex Media (Complex x Fuse S4) | Programming | $0.00 |
| Complex Media, Inc. | SCN Distribution, LLC | ACQ – Complex Media Inc – That White People Sh*t | Programming | $0.00 |

**LIMITED OBJECTION**

6. Complex does not object to the assumption of the Agreements provided the cure amounts satisfy all existing defaults in accordance with 11 U.S.C. § 365(b). Section § 365(b)(1) states, in pertinent part:

> (b)(1) If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee—
>
> (A) cures, or provides adequate assurance that the trustee will promptly cure such default . . . ;
>
> (B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and
>
> (C) provides adequate assurance of future performance under such contract or lease.

11 U.S.C. § 365(b)(1).

7. A cure under 11 U.S.C. § 365 means that all unpaid amounts due under an agreement have been paid. *In re Network Access Solutions, Corp.*, 330 B.R. 67, 76 (Bankr. D. Del. 2005).

8. Complex Media is in the process of examining its records to confirm the pre-petition amounts due under the Agreements. For example, Invoice No. 7133441 in the amount of $220,000.00 is dated April 30, 2019, and has a due date of May 30, 2019.[2] However, because it covers media delivery for the month of April (Cycle 4 – Episodes 8, 9, 10, 11, 12), the balance spans the Petition Date, with pro-rated amounts of $161,333.33 due pre-petition and $58,666.67 due post-petition. Because Complex Media is unable to fully verify the appropriate pre-petition cure amount for the Agreements prior to this time, it files this Limited Objection.

9. Further, as the case proceeds, Complex Media continues to perform under the Agreements and additional amounts may become due under the Agreements. In addition to the pre-petition amounts due, any additional post-petition amounts due must also be paid to Complex Media in order to cure the existing defaults. Currently, Invoice No. Fuse-C4-1 in the amount of $44,000.00 is outstanding with a due date of May 31, 2019. This invoice is for media delivery for the month of May 2019 (Cycle 4 – Episode 13).

10. Unless and until the Debtors cure any and all balances owed to Complex Media for pre-petition defaults in full, and pay and all any post-petition amounts due, the Debtors cannot assume the Agreements.

11. Complex Media looks forward to working with the Debtors to resolve any disputes related to proposed cure amounts.

---

[2] Invoice copies are available upon request to undersigned counsel.

WHEREFORE, Complex Media respectfully requests that this Court enter an Order:

a.    conditioning the assumption of the Agreements upon the payment of the cure amounts demanded herein; and

b.    granting such other and further relief as this Court may deem equitable and proper.

Dated: May 21, 2019                                  **MCCARTER & ENGLISH, LLP**

By:   /s/William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar #2936)
Kate Roggio Buck (DE Bar #5140)
Shannon D. Humiston (DE Bar #5740)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Tel: 302-984-6300; Fax: 302-984-6399
Email: wtaylor@mccarter.com

and

Darrell W. Clark (DC #450273)
STINSON LLP
1775 Pennsylvania Ave N.W., Suite 800
Washington, DC 20006-4605
Email: darrell.clark@stinson.com

*Attorneys for Complex Media, Inc.*

4