# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                                      )      Chapter 11
In re:                                                )
                                                      )      Case No.  19-10872 (KG)
FUSE, LLC, et al.,¹                                   )
                                                      )      (Jointly Administered)
                          Debtors.                    )
------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

I, Alvaro Salas, Jr., depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On May 22, 2019, employees of KCC caused the following document to be served 1) via Overnight mail to the parties on the service list attached hereto as **Exhibit A** for subsequent distribution to beneficial holders of the securities listed on the attached hereto as **Exhibit B**; 2) via First Class mail to the parties on the service lists attached hereto as **Exhibit C** and **Exhibit D**; and 3) via Email to the parties on the service lists attached hereto as **Exhibit E** and **Exhibit F**:

- Amended Plan Supplement [Docket No. 159]

Dated: May 24, 2019



Alvaro Salas, Jr.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24rd day of May, 2019, by Alvaro Salas, Jr., proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:

TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

---

¹ The Debtors and the last four digits of their taxpayer identification numbers include:  Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distributions, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

# Exhibit A

**Exhibit A**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Broadridge | Receiving Dept | 51 Mercedes Way | Edgewood | NY | 11717 |
| The Depository Trust Co | Robert Giordano | 570 Washington Blvd | Jersey City | NJ | 07310 |

# Exhibit B

**Exhibit B**

| Issuer | Description | CUSIP | ISIN |
|---|---|---|---|
| SiTV LLC/SiTV Finance | 10.375% Secured Notes (144A) | 78428J AA 6 | US78428JAA60 |
| SiTV LLC/SiTV Finance | 10.375% Secured Notes (REGS) | U82774 AA 5 | USU82774AA52 |

In re: Fuse, LLC, et al.
Case No.: 19-10872

Page 1 of 1

# Exhibit C

Exhibit C

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| BNP Paribas NY Branch | Dean Galli | 525 Washington Blvd 9th Fl | | Jersey City | NJ | 07310 |
| Citibank NA | Sandra Hernandez | 3800 Citibank Center B3 12 | | Tampa | FL | 33610 |
| Goldman Sachs & Co | Gloria Lio | 30 Hudson St | | Jersey City | NJ | 07302-4699 |
| Interactive Broker Retail Equity Clearing | Karin McCarthy | 8 Greenwich Office Park | 2nd Fl | Greenwich | CT | 06831 |
| J P Morgan Clearing Corp | Proxy Dept Manager | 14201 Dallas Parkway | | Dallas | TX | 75254 |
| JPMorgan Chase Bank NA | Reorg Dept | 14201 Dallas Parkway | | Dallas | TX | 75254 |
| Morgan Stanley & Co Inc | Robert Cregan | One New York Plaza | 7th Fl | New York | NY | 10004 |
| Morgan Stanley Smith Barney | Suzanne Mundle | Harborside Financial Center | 230 Plaza Three 6th Fl | Jersey City | NJ | 07311 |
| Northern Trust Co | Stella Castaneda | 801 S Canal St | Attn  Capital Structures  C1N | Chicago | IL | 60607 |
| Pershing LLC Securities Corporation | Scott Reifer | 1 Pershing Plaza | | Jersey City | NJ | 07399-0000 |
| State Street Bank and Trust Co | Corporate Action | Corp Actions JAB5E | 1776 Heritage Dr | North Quincy | MA | 02171-0000 |
| US Bank NA | Matt Lynch | 1555 N Rivercenter Dr | S302 | Milwaukee | WI | 53212 |
| Wells Fargo Securities, LLC | Steve Turner | 1525 W WT Harris Blvd | Corp Actions NC0675 | Charlotte | NC | 28262 |

In re: Fuse, LLC, et al.
Case No.: 19-10872

Page 1 of 1

# Exhibit D

Contract Counter-Parties and Vendors
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 20 W KINZIE TENANT | | 20 WEST KINZIE STREET | | | CHICAGO | IL | 60654 | |
| 24 SEVEN, LLC | | 105 Maxess Road | Suite 201 | | Melville | NY | 11747 | |
| 4COM, Inc. | | 1660 South Highway 100, Suite 590 | | | Minneapolis | MN | 55416 | |
| 7 BEYOND MEDIA RIGHTS LTD | | 78 MERRION SQUARE SOUTH | | | DUBLIN | | | IRELAND |
| 700 N. CENTRAL PROPERTY, LLC | MSC 570 | PO BOX 29072 | | | PHOENIX | AZ | 85038 | |
| A-1 Self Storage | | 4427 San Fernando Road | | | GLENDALE | CA | 91204 | |
| ACE American Insurance Co | | PO Box 1000 | | | Philadelphia | PA | 19105-1000 | |
| Actuarial Benefits Corp | | 2790 Skypark Drive, Ste 300 | | | TORRANCE | CA | 90505 | |
| Addison Group, LLC | Nicole Mirabella, Associate, HR & Administration, Addison Group | 125 S. Wacker Dr. | 27th Floor | | Chicago | IL | 60606 | |
| ADOBE SYSTEMS INC. | | 29322 Network Place | | | CHICAGO | IL | 60673-1293 | |
| Adobe Systems Incorporated | Adobe Systems Incorporated (ADUS) | 345 Park Avenue | | | San Jose | CA | 95110 | |
| Adobe Systems Incorporated | Attn Contract Operations Group | 3900 Adobe Way | | | Lehi | UT | 84043 | |
| Adobe Systems Incorporated | Attn Contract Operations Group | Adobe Systems Software Ireland Limited | 4-6 Riverwalk, City West Business Campus | | Dublin | | 24 | Ireland |
| AFCO Acceptance Corporation | | 8885 Rio San Diego Drive, Suite 347 | | | San Diego | CA | 92108 | |
| AFLAC | | 1932 Wynnton Road | | | Columbus | GA | 31999 | |
| AKIN GUMP STRAUSS HAUER | | DEPT 7247-6838 | | | PHILADELPHIA | PA | 19170-6838 | |
| ALKEMY X INC | | 601 WALNUT STREET SUITE 1050 | | | PHILADELPHIA | PA | 19106 | |
| American Society of Composers, Authors and Publishers | Attn Clara Kim, Esq., Executive Vice President and General Counsel | One Lincoln Plaza | 1900 Broadway | | New York | NY | 10023 | |
| American Society of Composers, Authors and Publishers | Attn Vincent Candiloro, Executive Vice President Licensing | 2 Music Square West | | | Nashville | TN | 37203 | |
| Andrita Studios, Inc. | | 3030 Andrita Street | | | Los Angeles | CA | 90065 | |
| ANY MOUNT INC | | 10700 RANCH ROAD | | | CULVER CITY | CA | 90230 | |
| APPLE FINANCIAL SERVICES | | PO BOX 790448 | | | ST LOUIS | MO | 63179-0448 | |
| APPLE, INC | | PO BOX 846095 | | | DALLAS | TX | 75284-6095 | |
| Argo Systems, Inc. | | 2970 Peachtree Road | Suite 800 | | Atlanta | GA | 30305 | |
| Arturo Marquez | | 5016 Harbor Street | | | Los Angeles | CA | 90040 | |
| Assignment Desk Inc. | | 665 Johnnie Dodds Blvd. | Suite 300 | | Mt. Pleasant | SC | 29464 | |
| Association of National Advertisers, Inc | | 708 Third Avenue, 33rd Floor | | | NEW YORK | NY | 10017 | |
| AT&T ADWORKS | | PO BOX 5098 | | | CAROL STREAM | IL | 60197-5098 | |
| AT&T Services, Inc. | | 530 McCullough Street | | | San Antonio | TX | 78215 | |
| AT&T Services, Inc., on behalf of itself and its Affiliates | Attn IP Video Counsel | 1025 Lenox Park Blvd., 5th Floor, C562 | | | Atlanta | GA | 30319-5309 | |
| AT&T Services, Inc., on behalf of itself and its Affiliates | Attn IP Video Counsel | 500 McCullough | | | San Antonio | TX | 78215 | |
| AT&T Services, Inc., on behalf of itself and its Affiliates | Attn President, Content & Advertising Sales | 1880 Century Park E., Ste. 1101 | | | Los Angeles | CA | 90067 | |
| AT&T Services, Inc., on behalf of itself and its Affiliates | Attn Sr. Contract Manager | 4119 Broadway, Room 650A16 | | | San Antonio | TX | 78209 | |
| AT&T Services, Inc., on behalf of itself and its Affiliates | Attn Sr. Contract Manager | 530 McCullough | | | San Antonio | TX | 78215 | |
| AT&T Services, Inc., on behalf of itself and its Affiliates | Attn Vice President Programming | 1880 Century Park E., Ste. 1101 | | | Los Angeles | CA | 90067 | |
| Auspitz, Sara | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Banijay Rights Limited | Banijay Director of Legal and Business Affairs | Gloucester Building, Kensington Village, Avonmore Road | | | London | | W14 8RF | United Kingdom |
| Banijay Rights Limited | cc CEO Banijay Rights | Gloucester Building, Kensington Village, Avonmore Road | | | London | | W14 8RF | United Kingdom |
| BANK OF AMERICA | | PO BOX 15731 | | | WILMINGTON | DE | 19886-5731 | |
| BARON DAVIS | | 2140 STEWART ST | | | SANTA MONICA | CA | 90404 | |
| Baycap LLC | | 423 S. Pacific Coast Hwy, Suite 201 | | | Redondo Beach | CA | 90277 | |
| BB&T COMMERCIAL EQUIPMENT CAPITAL | | PO BOX 896534 | | | CHARLOTTE | NC | 28289-6534 | |
| Beazley Insurance Services | | 333 West Wacker Drive | | | Chicago | IL | 60606 | |
| BENEFIT RESOURCE, INC | ATTN ACCOUNTS RECEIVABLE | 245 KENNETH DRIVE | | | ROCHESTER | NY | 14623 | |
| Black, Sophia | | 1203 40TH STREET | APT 1 | | BROOKLYN | NY | 11218 | |
| Blue Shield of California | | PO Box 749415 | | | LOS ANGELES | CA | 90074-9415 | |
| BONDED SERVICES | | 504 JANE STREET | | | FORT LEE | NJ | 07024 | |
| BOW - BUSINESS ON THE WEB | | 2109 CORTE RICARDO | | | PLEASANTON | CA | 94566 | |
| BRE Brand Central Holdings L.L.C. | Attn Lease Administration | Equity Office | 222 S. Riverside Plaza, Suite 2000 | | Chicago | IL | 60606 | |
| BRE Brand Central Holdings L.L.C. | Attn Managing Counsel | Equity Office | 1810 Gateway Drive, Suite 230 | | San Mateo | CA | 94404 | |
| BRE Brand Central Holdings L.L.C. | Attn Regional Finance Group - MLA | Equity Office | 970 W. 190th Street, Suite 110 | | Torrance | CA | 90502 | |

Exhibit C

Contract Counter-Parties and Vendors
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Broadcast Music, Inc. | Attn General Counsel | 7 World Trade Center, 250 Greenwich Street | | | New York | NY | 10007-0030 | |
| Broadcast Music, Inc. | Attn Senior Vice President, Licensing | 7 World Trade Center, 250 Greenwich Street | | | New York | NY | 10007-0030 | |
| BRUNICO MARKETING INC. | C/O BRUNICO COMMUNICATIONS LTD | 366 ADELAIDE STREET WEST - SUITE 100 | | | | ON | M5V 1R9 | CANADA |
| Buena Vista Television | Attn Director, Contract Administration | 500 South Buena Vista Street | | | Burbank | CA | 91521-3933 | |
| Buena Vista Television | Jon Kolbeck | 500 South Buena Vista Street | | | Burbank | CA | 91521-3933 | |
| Bunch, Gregory | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| BVI / Barshop | Bruce Barshop | 10001 Reunion Place | Suite 230 | | San Antonio | TX | 78216 | |
| CABLE AUDIT ASSOCIATES | | 5775 DTC BLVD, SUITE 400 | | | GREENWOOD VILLAGE | CO | 80111 | |
| Cable Audit Associates, Inc., d/b/a Media Audits International | Attn Mr. Bruce Lazarus | 5340 South Quebec Street, Suite 100 | | | Greenwood Village | CO | 80111-1910 | |
| Cabrera, Dan | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| California Department of Tax and Fee Administration | California Department of Tax and Fee AdministrationReturn Processing Branch | P.O. Box 942879 | | | Sacramento | CA | 94279-6001 | |
| California Dept of Tax & Fee Admin | | P.O. Box 942879 | Return Processing Branch | | Sacramento | CA | 94279 | |
| Campanario Entertainment LLC | Campanario Entertainment LLC c/o The Film Sales Company | Attention Andrew Herwitz | 515 East 118th Street | | New York | NY | 10035 | |
| Canadian Broadcasting Corporation | Attn Gwen Jones McCauley | P.O. Box 500, Station A | | | Toronto | ON | M5V 1E6 | Canada |
| Career Group Inc. | | 10100 CA-2 | Suite 900 | | Los Angeles | CA | 90067 | |
| Carnegie Cable Company, Inc. | Gary L. Woodruff, Vice President | PO Box 96 | | | Carnegie | OK | 73015 | |
| CBS Television Distribution, a division of CBS Studios Inc., on behalf of Showtime Networks Inc. | Attn Business Affairs and Legal | 2450 Colorado Avenue, Suite 500E | | | Santa Monica | CA | 90404 | |
| CBS/Showtime | Lawrence M. Jacobson | Glickfeld, Fields & Jacobson LLP | 8383 Wilshire Boulevard, Suite 341 | | Beverly Hills | CA | 90211 | |
| Central Texas Cable Partner DBA Reveille Broadband | | PO Box 39 | | | Lexington | TX | 78947 | |
| CenturyTel Broadband Services, LLC | Attn Daren Miller | 700 West Mineral Avenue | | | Littleton | CO | 80120 | |
| Champion Broadband California, LLC | Michael Steinkirchner, Vice President of Programming | 380 Perry Street, Suite 230 | | | Castle Rock | CO | 80104 | |
| Changecause, inc. d/b/a Naytev | DMCA Attn Copyright Agent | 322 6th St. #13 | | | San Francisco | CA | 94103 | |
| Charter Communications Holding Company, LLC | Attn General Counsel | Charter Communications, Inc. | 400 Atlantic Street | | Stamford | CT | 06901 | |
| Charter Communications Holding Company, LLC | Attn SVP, Programming | Fiddlers Green Center, 6th Floor | 6399 South Fiddlers Green Circle | | Greenwood Village | CO | 80111 | |
| Charter Communications Holding Company, LLC | Attn Vice President, Associate General Counsel, Programming | Fiddlers Green Center, 6th Floor | 6399 South Fiddlers Green Circle | | Greenwood Village | CO | 80111 | |
| CIT Bank, N.A. | | 10201 Centurion Parkway North, Suite 100 | | | Jacksonville | FL | 32256 | |
| Citi Commercial Bank | Dena Rodriguez, Citibank, SVP Relationship Manager | 700 N Brand Blvd | | | Glendale | CA | 91203 | |
| CITIBANK | | PO BOX 6201 | | | SIOUX FALLS | SD | 57117-6201 | |
| Citizens Telecom Services Company LLC (d/b/a Frontier Communications Corporation) | Attn Kevin Saville, VP & Associate General Counsel | 2378 Wilshire Blvd. | | | Mound | MN | 55364 | |
| Citizens Telecom Services Company LLC (d/b/a Frontier Communications Corporation) | Attn Scott Abbott, VP, Video Strategy & Sales | 401 Merritt 7 | | | Norwalk | CT | 06851 | |
| City of Glendale | City of GlendaleBusiness Registration Center | 8839 N. Cedar Ave | #212 | | Fresno | CA | 83720-1832 | |
| City of Glendale | | 8839 N. CEDAR AVE #212 | | | Fresno | CA | 93720 | |
| City of Los Angeles | City of Los AngelesOFFICE OF FINANCE | P.O. Box 513996 | | | Los Angeles | CA | 90051-3996 | |
| COFFEE DISTRIBUTING CORP. | | 200 BROADWAY / PO BOX 766 | | | GARDEN CITY PARK | NY | 11040-1055 | |
| Cogent Valuation | Steven D. Kam, ASA, Managing Director | 601 CALIFORNIA STREET SUITE 800 | | | SAN FRANCISCO | CA | 94108 | |
| Cogent Valuation | | 226 COLE STREET | | | SAN FRANCISCO | CA | 94117 | |
| Colombia Capital | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Columbia Capital Employee Investors III, LLC | Donald A. Doering | 204 South Union Street | | | Alexandria | VA | 22314 | |
| Columbia Capital Equity Partners III (AI), LP | Donald A. Doering | 204 South Union Street | | | Alexandria | VA | 22314 | |
| Columbia Capital Equity Partners III (Cayman), LP | Donald A. Doering | 204 South Union Street | | | Alexandria | VA | 22314 | |
| Columbia Capital Equity Partners III (QP), L.P. | Donald A. Doering | 204 South Union Street | | | Alexandria | VA | 22314 | |
| Columbia Capital Investors III, LLC | Donald A. Doering | 204 South Union Street | | | Alexandria | VA | 22314 | |
| Columbia Capital, LLC | | 204 S. Union Street | | | ALEXANDRIA | VA | 22314 | |
| Comcast Cable Communications Management, LLC, as successor in interest to Headend In the Sky, Inc. | on behalf of itself and its affiliates | Attention Senior Director, Business Affairs | Comcast Wholesale | 1899 Wynkoop Street, 5th Floor | Denver | CO | 80202 | |

In re: Fuse, LLC, et al.
Case No: 19-10872

Page 2 of 9

Exhibit
Contract Counter-Parties and Vendors
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Comcast Cable Communications Management, LLC, as successor in interest to Headend In the Sky, Inc. | on behalf of itself and its affiliates | Attn General Counsel | Comcast Cable Communications, Inc. | One Comcast Center | Philadelphia | PA | 19103 | |
| Comcast Cable Communications, Inc., on behalf of itself and its operating affiliates & subsidiaries | General Counsel | 1500 Market Street, 34th Floor | | | Philadelphia | PA | 19102 | |
| Comcast Cable Communications, Inc., on behalf of itself and its operating affiliates & subsidiaries | VP of Programming, Comcast Cable Communications, Inc. | 1500 Market Street, 34th Floor | | | Philadelphia | PA | 19102 | |
| Comcast Cable Communications, LLC | Attn Content Acquisition Counsel | One Comcast Center, 54th Floor | | | Philadelphia | PA | 19103 | |
| Comcast Cable Communications, LLC | Attn Executive Vice President, Content Acquisition | 1500 Market Street | | | Philadelphia | PA | 19102 | |
| Comcast Cable Communications, LLC | Attn Executive Vice President, Content Acquisition | One Comcast Center, 54th Floor | | | Philadelphia | PA | 19103 | |
| Comcast Cable Communications, LLC | Attn General Counsel | 1500 Market Street | | | Philadelphia | PA | 19102 | |
| Comcast Cable Communications, LLC | Attn Legal Department | Rainbow Media Holdings, Inc. | 1111 Stewart Avenue | | Bethpage | NY | 11714 | |
| Comcast Cable Communications, LLC | Attn President | Rainbow Media Holdings, Inc. | 1111 Stewart Avenue | | Bethpage | NY | 11714 | |
| Comcast Cable Communications, LLC | Jennifer Tryon Gaiski, Senior Vice President, Content Acquisition | One Comcast Center | | | Philadelphia | PA | 19103 | |
| Comcast Cable Communications, LLC (successor to Comcast Cable Communications, Inc.) | Attn General Counsel | One Comcast Center, 50th Floor | | | Philadelphia | PA | 19103 | |
| Comcast Cable Communications, LLC (successor to Comcast Cable Communications, Inc.) | Attn SVP of content Acquisition | One Comcast Center, 54th Floor | | | Philadelphia | PA | 19103 | |
| Complex Media, Inc. | Attn Business & Legal Affairs Dept. | 1271 Avenue of the Americas, 35th Floor | | | New York | NY | 10020 | |
| Complex Media, Inc. | Attn Business & Legal Affairs Dept. | 229 W. 43rd Street | 10th Floor | | New York | NY | 10036 | |
| comScore, Inc. | Attention General Counsel | 11950 Democracy Drive | Suite 600 | | Reston | VA | 20190 | |
| Concur Technologies, Inc. | Attention Legal Department | 601 108th Avenue NE | Suite 1000 | | Bellevue | WA | 98004 | |
| County of Los Angeles, California | Los Angeles County Tax Collector | P.O. BOX 54027 | | | Los Angeles | CA | 90054-0027 | |
| Cox Communications, Inc. | Attn Legal and Regulatory Department | 1400 Lake Hearn Drive | | | Atlanta | GA | 30319 | |
| Cox Communications, Inc. | Attn Senior Vice President of Programming | 1400 Lake Hearn Drive | | | Atlanta | GA | 30319 | |
| Creative Circle | | 5900 Wilshire Blvd | 11th Floor | | Los Angeles | CA | 90036 | |
| Crystal Broadband Networks | Attn Shawn Smith | P.O. Box 180336 | | | Chicago | IL | 60618 | |
| David M. Lewis Company LLC | | 21800 Oxnard Street | Suite 980 | | Woodland Hills | CA | 91367 | |
| Davila Multicultural Insights | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Davila Multicultural Insights | | 16101 Ventura Blvd, Suite 315 | | | ENCINO | CA | 91436 | |
| De Lage Landen Financial Services, Inc. | Lease Processing Center | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | |
| DEBORAH MILLER CATERING & EVENTS | | 3 MADISON STREET | | | NEW YORK | NY | 10038 | |
| DEFY MEDIA, LLC | | DEPT CH 19589 | | | PALATINE | IL | 60055-9589 | |
| DELAGE LANDEN FINANCIAL SVC | | PO BOX 824018 | | | PHILADELPHIA | PA | 19182-4018 | |
| DELTA DENTAL INSURANCE COMPANY | | PO BOX 677006 | | | DALLAS | TX | 75267 | |
| DELTA DENTAL OF CALIFORNIA | | PO BOX 44460 | | | SAN FRANCISCO | CA | 94144 | |
| DIRECTV, LLC | Attn General Counsel | 2230 East Imperial Highway | | | El Segundo | CA | 90245 | |
| DIRECTV, LLC | Attn Senior Vice President, Programming | 2230 East Imperial Highway | | | El Segundo | CA | 90245 | |
| DIRECTV, LLC and AT&T Services, Inc. | AT&T Services, Inc. | 2260 East Imperial Highway | | | El Segundo | CA | 90245 | |
| DIRECTV, LLC and AT&T Services, Inc. | DIRECTV, LLC | 2260 East Imperial Highway | | | El Segundo | CA | 90245 | |
| DirecTV, LLC and AT&T Services, Inc. | Mark A. Romero & Christine E. Cwiertny | Crowell & Morning LLP | 3 Park Plaza, 20th Fl | | Irvine | CA | 92614-8505 | |
| DIRECTV, LLC and AT&T Services, Inc. on behalf of itself and its affiliated companies | Attn Content and Programming Legal Department | 2260 East Imperial Highway | | | El Segundo | CA | 90245 | |
| DIRECTV, LLC and AT&T Services, Inc. on behalf of itself and its affiliated companies | Attn General Counsel | 2260 East Imperial Highway | | | El Segundo | CA | 90245 | |
| DIRECTV, LLC and AT&T Services, Inc. on behalf of itself and its affiliated companies | Attn Senior Vice President, Content and Programming | 2260 East Imperial Highway | | | El Segundo | CA | 90245 | |
| DIRECTV, LLC and AT&T Services, Inc. on behalf of itself and its affiliated companies | Lightspeed Parner Management | Attn Patricia Alverson | 211 S Akard St, Cube 1450.19 | | Dallas | TX | 75202 | |
| DISCOVERY BENEFITS | | PO Box 869 | | | FARGO | ND | 58106 | |
| Discovery Commnications, LLC | | One Discovery Place | | | Silver Spring | MD | 20910 | |
| DISH Network L.L.C. | Attn Executive Vice President, Programming | 9601 S. Meridian Boulevard | | | Englewood | CO | 80112 | |
| DISH Network L.L.C. | Attn Executive Vice President, Programming | P.O. Box 6655 | | | Englewood | CO | 80155 | |
| DISH Network L.L.C. | Attn Office of the General Counsel | 9601 S. Meridian Boulevard | | | Englewood | CO | 80112 | |
| DISH Network L.L.C. | Attn Office of the General Counsel | P.O. Box 6655 | | | Englewood | CO | 80155 | |
| DISH Network L.L.C. | Attn Vice President of Business Operations | 9601 S. Meridian Boulevard | | | Englewood | CO | 80112 | |
| DISH Network L.L.C. | Sling TV L.L.C. | Attn Office of the General Counsel | P.O. Box 6655 | | Englewood | CO | 80155 | |

In re: Fuse, LLC, et al.
Case No: 19-10872

Page 3 of 9

Exhibit 1
Contract Counter-Parties and Vendors
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DISH Network L.L.C. | Sling TV L.L.C. | Attn Vice President of Business Operations | 9601 S. Meridian Boulevard | | Englewood | CO | 80112 | |
| DND | Thomas E. Dooley | 34 East 51st Street, 18 FL | 18th Floor | | New York | NY | 10022 | |
| E.M. Rose Group, LLC d/b/a Rose Digital | Rose Digital, LLC | The Yard | 33 West 60th St, STE 1111 | | New York | NY | 10023 | |
| EBFX, LLC | | 21 Denniston Hill Rd. | Ext. A | | Glen Wild | NY | 12738 | |
| EchoStar | Ted Henderson | 9601 S. Meridian Boulevard | | | Englewood | CO | 80112 | |
| EchoStar Satellite LLC | Attn Office of the General Counsel | 9601 South Meridian Boulevard | | | Englewood | CO | 80112 | |
| EchoStar Satellite LLC | Attn Senior Vice President, Programming | 9601 South Meridian Boulevard | | | Englewood | CO | 80112 | |
| ECN Financial LLC | | 655 Business Center Drive | | | Horsham | PA | 19044 | |
| EcoSet Consulting, LLC | | 3019 Andrita Street | | | Los Angeles | CA | 90065 | |
| Emmer Consulting, P.C. | | 7713 Oldchester Road | | | BETHESDA | MD | 20817 | |
| Encompass Digital Media, Inc | | PO BOX 117087 | | | ATLANTA | GA | 30368-7807 | |
| ENTERTAINMENT ONE REALITY PRODUCTIONS | | 4201 WILSHIRE BLVD. | SUITE 400 | | LOS ANGELES | CA | 90010 | |
| ENTERTAINMENT ONE US LP | | 22 HARBOR PARK DRIVE | | | PORT WASHINGTON | NY | 11050 | |
| ENTERTAINMENT PARTNERS | | 2835 N. NAOMI ST | | | BURBANK | CA | 91504 | |
| Entertainment Partners Services Group | Myra Cirinna, Executive Vice President, Marketing & Sales | 2835 North Naomi Street | | | Burbank | CA | 91504-2024 | |
| Epicor Software | | PO BOX 204768 | | | DALLAS | TX | 75320-4768 | |
| EVAN M. GREENSPAN | | 4181 SUNSWEPT DRIVE | 2ND FLOOR | | STUDIO CITY | CA | 91604 | |
| EVERBANK COMMERCIAL FINANCE | | PO BOX 911608 | | | DENVER | CO | 80291-1608 | |
| EverBank Commercial Finance, Inc. | Omayra Torres, Account Manager | PO BOX 911608 | | | DENVER | CO | 80291 | |
| EVERBANK COMMERCIAL FINANCE, INC. | | 10 WATERVIEW BLVD. | 2ND FLOOR | | PARSIPPANY | NJ | 07054 | |
| Federal Communications Commission | | 445 12th Street SW | | | Washington | DC | 20554 | |
| First Choice Vending & Amusements | | 3030 Carmel Street #D | | | LOS ANGELES | CA | 90065 | |
| Franchise Tax Board | | PO Box 942857 | | | SACRAMENTO | CA | 94257-0531 | |
| FREEWHEEL MEDIA, INC. | | 301 HOWARD STREET - 19TH FLOOR | | | SAN FRANCISCO | CA | 94105 | |
| FREMANTLE MEDIA LIMITED | | 1 STEPHEN STREET | | | LONDON | W1T 1AL | | ENGLAND |
| FTI CONSULTING, INC | | PO BOX 418178 | | | BOSTON | MA | 02241-8178 | |
| FuboTV, inc. | Attn Chief Executive Officer | 304 S Park Ave | | | New York | NY | 10010 | |
| Fullscreen, inc. | | 12180 Millennium Drive | | | Playa Vista | CA | 90094 | |
| Fuse, LLC | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Fuse, LLC | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Fuse, LLC | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Future Technology Staffing Inc. | | 2000 Cliff Mine Road | Park West Two, Suite 401 | | Pittsburgh | PA | 15275 | |
| Garcia, Julio | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| GCI Cable, Inc. | Attn Bob Ormberg | 5151 Fairbanks St. | | | Anchorage | AK | 99503 | |
| Getty Images (US), Inc. | | 75 Varick Street, 5th Floor | | | New York | NY | 10013 | |
| GfK Mediamark Research & Intelligence | a Division of GfK US, LLC (f/k/a GfK Mediamark Research & Intelligence, LLC) | 200 Liberty St. 4th Floor | | | New York | NY | 10281 | |
| GFK US LLC. | | 120 EASGLE ROCK AVENUE - SUITE 200 | | | EAST HANDOVER | NJ | 07936-3590 | |
| GLOBE STORAGE AND MOVING CO. INC. | | 665 BROADWAY - SUITE 301 | | | NEW YORK | NY | 10012 | |
| Golden Rain Foundation | Russ Ridgeway, Director of Broadband Services | PO Box 2220 | | | Laguna Woods | CA | 92654 | |
| GOOGLE LLC | | DEPT 33654 | PO BOX 39000 | | SAN FRANCISCO | CA | 94139 | |
| Grande Communications Networks, Inc. | Attn Diane Wigington | 401 Carlson Circle | | | San Marcos | TX | 78666 | |
| Grande Communications Networks, Inc. | Attn Legal Department | 401 Carlson Circle | | | San Marcos | TX | 78666 | |
| Greenberg, George | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Greenscapes Inc | | 1721 Rogers Place, Unit 49-J | | | BURBANK | CA | 91504 | |
| Guzman, Berto | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Hartford Fire Insurance Co. | | 277 Park Ave | | | New York | NY | 10172 | |
| Hawaiian Telcom Services Company, Inc. | Attn Ernest Villicana | 1177 Bishop Street | | | Honolulu | HI | 96813 | |
| HEATH GENERAL CONTRACTING INC | | 28638 GREENWOOD PL | | | CASTAIC | CA | 91384 | |
| Heath General Contracting, Inc. | Beckson Design Associates, John Heath, President | 28638 GREENWOOD PLACE | | | CASTAIC | CA | 91384 | |
| HEG Interests, LLC (legacy JMJD Investments Partnership) | Stephen G Gunter and Anthonie C. Badenhorst | 4265 San Felipe | Suite 900 | | Houston | TX | 77027 | |
| Hewlett-Packard Financial Services Company | | 200 Connell Drive, Suite 5000 | | | Berkeley Heights | NJ | 07922 | |
| Hey Kyle, LLC | Leilah Escalera, Esq. Escalera, Majchrowski & Clipp, PLLC | 45 Rockefeller Plaza | Suite 2000 | | New York | NY | 10111 | |
| Hiscox Insurance Company Inc | | 104 South Michigan Avenue | Suite 600 | | Chicago | IL | 60630 | |
| Hitachi Capital America Corp. | | 7808 Creekridge Circle, Suite 250 | | | Edina | MN | 55439 | |
| IBM Credit LLC | | 7100 Highlands Parkway | | | Smyma | GA | 30082 | |

In re: Fuse, LLC, et al.
Case No: 19-10872

Page 4 of 9

Exhibit
Contract Counter-Parties and Vendors
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| IHEART MEDIA | | 12022 COLLECTIONS CENTRE DRIVE | | | CHICAGO | IL | 60693 | |
| iHeartMedia + Entertainment, Inc. | | 125 West 55th Street, 11th Floor | | | New York | NY | 10019 | |
| IHEARTMEDIA ENTERTAINMENT, INC | | 20880 STONE OAK PARKWAY | | | SAN ANTONIO | TX | 78258 | |
| IL Dept of Business Services | Department of Business ServicesLimited Liability Division | 501 S. Second St., Rm. 351 | | | Springfield | IL | 62756 | |
| Illinois Department of Revenue | | P.O. Box 19031 | | | Springfield | IL | 62794-9031 | |
| ILLINOIS DEPARTMENT OF REVENUE | | PO BOX 19006 | | | SPRINGFIELD | IL | 62794-9006 | |
| ImageRights International, Inc. | | 51 Melcher St, 1st Floor | | | Boston | MA | 02210 | |
| Internal Revenue Service | | P.O. Box 7704 | | | San Francisco | CA | 94120-7704 | |
| INVISION, Inc. | | 28 West 44th Street, Suite 609 | | | New York | NY | 10036 | |
| INVNT LLC. | | 524 BROADWAY - 4TH FLOOR | | | NEW YORK | NY | 10012 | |
| IRON MOUNTAIN | | PO BOX 601002 | | | PASADENA | CA | 91189-1002 | |
| J.R. BERRY SEARCH GROUP, INC | | 1100 GLENDON AVE., SUITE 1210 | | | LOS ANGELES | CA | 90024 | |
| JBConnect CA LLC | Jennifer Morrison | 108 West 39th Street | | | New York | NY | 10018 | |
| JBG Interests, LLC (legacy JMJD Investments Partnership) | Stephen R Gunter and Anthonie C. Badenhorst | 4265 San Felipe | Suite 900 | | Houston | TX | 77027 | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ASADMINISTRATIVE AND COLLATERAL AGENT | | 1111 FANNIN | 10TH FLOOR | | Houston | TX | 77002 | |
| Juno Films, Inc. | Attention Elizabeth Sheldon | 940 Princeton-Kingston Rd. | | | Princeton | NJ | 08540 | |
| Juno Search Partners, LLC | | 1218 Chestnut St | | | Philadelphia | PA | 19107 | |
| JW Player / Longtail Ad Solutions, Inc. | Attn David Otten | 2 Park Ave. | 10th Floor | | New York | NY | 10016 | |
| KD Consulting LLC | Attention Kristin Davie | 40 Stephen Street | | | Glen Ridge | NJ | 07028 | |
| KT Communications Consulting, Inc. | Attn Kristy Thurman | 2409 Stadium Blvd. | | | Columbia | MO | 65202 | |
| KYOLOGIC LLC | | 37 NORTH AVE - SUITE 101 | | | NORWALK | CT | 06851 | |
| Layer3 TV, Inc. | | 1660 Wynkoop Street, Suite 800 | | | Denver | CO | 80202 | |
| LEAF Capital Funding, LLC | | 2005 Market Street, 14th Floor | | | Philadelphia | PA | 19103 | |
| LeftCenter Entertainment LLC | Attention Sean Joell Johnson | 107 Mountain Road | | | Jersey City | NJ | 07307 | |
| Legacy Distribution, LLC | Dana Webber, President Legacy Distribution, LLC | 160 Trowbridge Road | | | Atlanta | GA | 30350 | |
| Leon, Ed | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Lewis, Randy | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Lions Gate Films Inc. | Attn David Nonaka | 2700 Colorado Ave. | | | Santa Monica | CA | 90404 | |
| LIPPIN GROUP | | 11601 WILSHIRE BLVD, STE 1900 | | | LOS ANGELES | CA | 90025 | |
| Llano Partners, Ltd. | Donna J. Charleson and G. Andrew Toups III | 701 North Post Oak Road | Suite 635 | | Houston | TX | 77024 | |
| LUCAS ASSOCIATES, INC | | PO BOX 638364 | | | CINCINNATI | OH | 45263-8364 | |
| Lucas Group | | 1925 Century Park East | Suite 750 | | Los Angeles | CA | 90067 | |
| MADISON SQUARE GARDEN | | 2 PENNSYLVANIA PLAZA - 14TH FLOOR | | | NEW YORK | NY | 10121 | |
| Management Science Associates, Inc. | | 6565 Penn Avenue | | | Pittsburgh | PA | 15206-4490 | |
| Matador Content, LLC | c/o Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Rush & Kaller, & Gellman L.L.P | 450 North Roxbury Drive | 8th Floor | | Beverly Hills | CA | 90210 | |
| McCormack, Tracey | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| McGarrigan Media, furnishing the services of Lauri McGarrigan | Lauri McGarrigan | 704 4th St | | | Hermosa Beach | CA | 90254 | |
| Mediacom LLC and Mediacom Broadband LLC | | 100 Crystal Run Rd. | | | Middletown | NY | 10941 | |
| MEDIAOCEAN LLC | | PO BOX 28139 | | | NEW YORK | NY | 10087-8139 | |
| MEDIARADAR, INC. | | 252 West 37th Street | | | New York | NY | 10018 | |
| METRO GOLDWYN MAYER STUDIOS INC | MGM DOMESTIC TV DISTRIBUTION INC | 245 N. BEVERLY DRIVE | | | BEVERLY HILLS | CA | 90210-5317 | |
| Metro-Goldwyn-Mayer | | 245 N. Beverly Drive - 5th Floor | | | Beverly Hills | CA | 90210 | |
| Miramax, LLC | Attn Adrian Lopez, SVP Business and Legal Affairs | 2450 Colorado Avenue, Suite 100E | | | Santa Monica | CA | 90404 | |
| Miramax, LLC | Attn Bob Osher, COO & General Counsel | 1901 Avenue of the Stars, Suite 2000 | | | Los Angeles | CA | 90067 | |
| Moctesuma Esparza | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| MSG HOLDINGS | | 11 PENN PLAZA - 3 rd FLOOR | | | NEW YORK | NY | 10001 | |
| MSG Holdings, L.P. | James L. Dolan, Executive Chairman | 11 PENN PLAZA 3RD FLOOR | ATTN NATALIE WELSH | | NEW YORK | NY | 10001 | |
| MSG NETWORKS | | P.O.BOX 9442 | | | NEW YORK | NY | 10087-9442 | |
| MSGN HOLDINGS | | P.O. BOX 9442 | | | NEW YORK | NY | 10087-9442 | |
| Nappy Boy Productions, LLC | Attn Bobby Samini, Esq. & Richard Morse, Esq. | Samini Scheinberg, PC | 2801 W. Coast Hwy., Suite 200 | | Newport Beach | CA | 92663 | |
| National Cable Television Cooperative, Inc. | Attn EVP, Programming | 11200 Corporate Avenue | | | Lenexa | KS | 66219 | |
| National Cable Television Cooperative, Inc. | Attn General Counsel | 11200 Corporate Avenue | | | Lenexa | KS | 66219 | |
| National Cable Television Cooperative, Inc. | Attn President | 11200 Corporate Avenue | | | Lenexa | KS | 66219 | |

Exhibit
Contract Counter-Parties and Vendors
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| National Council of La Raza | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| National Council of La Raza (NCLR) | | 1126 16th Street, NW Suite 600 | Raul Yzaguirre Bldg. | | WASHINGTON | DC | 20036 | |
| NATIONAL RESEARCH GROUP | | 5780 W JEFFERSON BLVD. | | | LOS ANGELES | CA | 90016 | |
| National Research Group Inc. | Kerri Norton, Vice President, Media & Entertainment Strategy | One World Trade Center | Floor 62 | | New York | NY | 10007 | |
| National Telco Television Consortium, LLC | Attn Kevin Kenworthy, COO & EVP, Programming | 1780 Moriah Woods Blvd., Suite 1 | | | Memphis | TN | 38117 | |
| NAYTEV | | 2261 MARKET STREET | SUITE 5826BF-RCCL | | SAN FRANCISCO | CA | 94114 | |
| New Ulm Telecom, Inc. d/b/a NU-Telecom | Attn Gergana Todorova | 27 N. Minnesota St. | | | New Ulm | MN | 56073 | |
| New York City Commission on Human Rights | New York City Commission on Human RightsLaw Enforcement Bureau | 22 Reade Street | | | New York | NY | 10007 | |
| New York Marine and General Insurance Company | | 59 Maiden Lane | 27th Floor | | New York | NY | 10038-4647 | |
| New York State Department of Taxation and Finance | NYS DEPT OF TAXATION & FINANCECORP-V | PO BOX 18163 | | | Albany | NY | 12212-5163 | |
| NIELSEN MEDIA RESEARCH | | PO BOX 88961 | | | CHICAGO | IL | 60695-8961 | |
| NIELSEN SOUNDSCAN | | PO BOX 88023, EXPEDITE WAY | | | CHICAGO | IL | 60695-0001 | |
| Normandie Productions LLC | Attn Ryan Nord | Hirsch Wallerstein Hayum Matlof + Fishman | 10100 Santa Monica Boulevard, Suite 1700 | | Los Angeles | CA | 90067 | |
| Normandie Productions LLC | | 5170 Santa Monica Blvd, 3rd Floor | | | Los Angeles | CA | 90029 | |
| Nuyorican Productions, Inc. | Jennifer Lopez c/o Murphy & Kress | 2401 Main Street | | | Santa Monica | CA | 90405 | |
| NYC Department of Finance | | P.O. BOX 3922 | | | New York | NY | 10008-3922 | |
| NYC DEPARTMENT OF FINANCE | | PO BOX 3931 | | | NEW YORK | NY | 10008-3931 | |
| Ole Media Management L.P. d/b/a Jingle Punks by its general partner Ole Media Management (GP) Inc. | Legal Counsel Doug Murray | 120 Bremner Blvd | Suite 2900 | | Toronto | Ontario | M5J 0A8 | Canada |
| Ole Media Management L.P. d/b/a Jingle Punks by its general partner Ole Media Management (GP) Inc. | Shota Ike | 120 Bremner Blvd | Suite 2900 | | Toronto | Ontario | M5J 0A8 | Canada |
| One Penn Plaza LLC | Attn Chief Financial Officer | Vornado Office Management LLC | 210 Route 4 East | | Paramus | NJ | 07652 | |
| One Penn Plaza LLC | Attn President - New York Division | Vornado Office Management LLC | 888 Seventh Avenue | | New York | NY | 10019 | |
| Onward Search, Inc. | | 187 Danbury Road | | | Wilton | CT | 06897 | |
| OOYALA | | DEPT LA 23905 | | | PASADENA | CA | 91185-3905 | |
| Ooyala, Inc. | | 2099 Gateway Place, 6th Floor | | | San Jose | CA | 95110 | |
| Oracle America, Inc. | Sales Rep Christopher N Jensen | 500 Oracle Parkway | | | Redwood Shores | CA | 94065 | |
| PALATIN MEDIA FILM | | HOLZSTR 28 | | | MUNICH | | 80469 | GERMANY |
| Paramount Pictures Corporation | | 5555 Melrose Avenue | | | Hollywood | CA | 90038 | |
| Perez, Leo | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| PERFORMANCE WORKS CONSULTING, LLC | | 1631 N. GENESEE | | | LOS ANGELES | CA | 90046 | |
| Peters, Rori | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Phillipe P. Dauman | | 712 Fifth Avenue, Suite 3801 | Suite 3801 | | New York | NY | 10019 | |
| PITNEY BOWES GLOBAL FINANCIAL SVC | | PO BOX 371887 | | | PITTSBURGH | PA | 15250-7887 | |
| PITNEY BOWES INC. | | PO BOX 371896 | | | PITTSBURGH | PA | 15250-7896 | |
| PNC EQUIPMENT FINANCE LLC | | PO BOX 51657 | | | LOS ANGELES | CA | 90051-5957 | |
| PNC EQUIPMENT FINANCE, LLC | | 655 BUSINESS CENTER DRIVE | SUITE 150 | | HORSHAM | PA | 19044 | |
| POSSIBLE Worldwide LLC | Brian Gottschalk - Project Manager | 414 OLIVE WAY | SUITE 500 | | SEATTLE | WA | 98101 | |
| POSSIBLE Worldwide LLC | Jonathan Blaugrund - Account Manager | 414 OLIVE WAY | SUITE 500 | | SEATTLE | WA | 98101 | |
| POSSIBLE WORLDWIDE, LLC | | PO BOX 8500 | | | PHILADELPHIA | PA | 19178-4356 | |
| ProSight Specialty Insurance | | 101 N. Brand Blvd. | Suite 1200 | | Glendale | CA | 91203 | |
| PUBLIC STORAGE | | 3810 EAGLE ROCK BLVD | | | LOS ANGELES | CA | 90065 | |
| Purchase Power | | PO BOX 371874 | | | PITTSBURGH | PA | 15250-7874 | |
| Qwest Broadband Services, Inc. | Attn Manager, Video Content | 1801 California Street, 34th Floor | | | Denver | CO | 80202 | |
| Qwest Broadband Services, Inc. | Daren Miller | 1801 California St., 34th Floor | | | Denver | CO | 80202 | |
| Qwest Broadband Services, Inc. | Qwest Legal Department | Attn Video Content Acquisition Attorney | 1801 California Street, 9th Floor | | Denver | CO | 80202 | |
| Rainbow Media Holdings LLC | | 11 Penn Plaza | | | New York | NY | 10001 | |
| RAINBOW MEDIA HOLDINGS LLC | | 11 PENN PLAZA - 16TH FLOOR | | | NEW YORK | NY | 10001 | |
| Rainbow Network Communications | Attn Senior Vice President | 620 Hicksville Road | | | Bethpage | NY | 11714 | |
| Rainbow Network Communications | Rainbow Media Holdings LLC | Attn General Counsel | 11 Penn Plaza | | New York | NY | 10121 | |
| RCN Telecom Services, Inc., on behalf of itself and its direct and indirect subsidiaries | | Presidents Plaza, Building One | 196 Van Buren Street, Suite 300 | | Herndon | VA | 20170 | |
| Rentrak Corporation | Julia Carroll | 7 Penn Plaza, 10th Fl | | | New York | NY | 10001 | |
| Revolution Studios Distribution Company, LP | Attn Scott Hemming | 225 Santa Monica Boulevard, 9th Floor | | | Santa Monica | CA | 90401 | |
| Roggero, Mike | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| ROSE DIGITAL | | 530 7TH AVENUE | STE 505 | | NEW YORK | NY | 10018 | |
| Royal Specialty Underwriting, Inc. | | 645 East Paces Ferry Road | Suite 1800 | | Atlanta | GA | 30326-1160 | |
| S&P GLOBAL MARKET INTELLIGENCE, LLC | | PO BOX 414624 | | | BOSTON | MA | 02241-4624 | |
| Sarstone Speciality Insurance Company | | 185 Hudson Street | Suite 2600 | | Jersey City | NJ | 07311 | |

Exhibit F

Contract Counter-Parties and Vendors
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Satellite Receivers Ltd. | Attn Tim Mancoske | 1740 Cofrin Drive, Suite 2 | | | Green Bay | WI | 54302 | |
| Schwimmer, Michael | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| SCN Enterprises | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| Service Electric Cable TV of New Jersey, Inc. and Service Electric Company | | 320 Sparta Avenue | | | Sparta | NJ | 07871 | |
| Seville Pictures Inc., dba Seville International | Attention Business & Legal Affairs Dept. | 455, St. Antoine | Ouest, Bureau 300 | | Montreal | Quebec | H2Z 1J1 | Canada |
| SHAREABLEE | | 123 WILLIAM STREET - 19TH FLOOR | | | NEW YORK | NY | 10038 | |
| Shareablee (Research) | Wei Yun Lim | 123 WILLIAM STREET | 19TH FLOOR | | NEW YORK | NY | 10038 | |
| SintecMedia (MKE) Inc. (f/k/a SintecMedia (StorerTV) Inc., f/k/a StorerTV Inc.) | | 1355 West Towne Square Road | | | Mequon | WI | 53092 | |
| Society of European Stage Authors and Composers LLC | Attn Christos Badavas, SVP & General Counsel | 152 West 57th St, 57th Floor | | | New York | NY | 10019 | |
| Society of European Stage Authors and Composers LLC | Attn Senior VP of Licensing Operations | 35 Music Square East | | | Nashville | TN | 37203 | |
| Society of European Stage Authors and Composers, Inc. | | PO BOX 5246 | | | NEW YORK | NY | 10008-5246 | |
| SONY BMG Music Entertainment | Attn Executive Vice President and General Counsel, Law Department | 550 Madison Avenue | | | New York | NY | 10022 | |
| SONY BMG Music Entertainment | Attn Executive Vice President, Business Affairs and Administration | 550 Madison Avenue | | | New York | NY | 10022 | |
| SONY BMG MUSIC ENTERTAINMENT | | 9830 WILSHIRE BLVD | | | BEVERLY HILLS | CA | 90212 | |
| SONY BMG Music Entertainment (for itself and on behalf of each SONY BMG Label) | the predecessor-in-interest to Sony Music Entertainment | Attn Executive Vice President, Business Affairs & General Counsel | 550 Madison Avenue | | New York | NY | 10022 | |
| SONY BMG Music Entertainment (for itself and on behalf of each SONY BMG Label) | the predecessor-in-interest to Sony Music Entertainment | Attn Executive Vice President, Global Digital Business Affairs | 550 Madison Avenue | | New York | NY | 10022 | |
| SONY MUSIC ENTERTAINMENT | | 25 MADISON AVENUE FL 22 - 416 | | | NEW YORK | NY | 10010-8601 | |
| SONY PICTURES ENTERTAINMENT | | FILE #53771 | | | LOS ANGELES | CA | 90074-3771 | |
| SONY PICTURES TELEVISION | | 21872 NETWORK PLACE | | | CHICAGO | IL | 60673-1218 | |
| Sony Pictures Television Inc. | Christopher Elwell, Executive Vice President, Distribution Business Operations and Strategy | 21872 NETWORK PLACE | | | CHICAGO | IL | 60673-1218 | |
| SONY/ATV MUSIC PUBLISHING | | PO BOX 415000 | | | NASHVILLE | TN | 37241-0768 | |
| Southern Vermont Cable Company | Ernest Scialabba, President | PO Box 166 | 62 Sylvan Ridge Rd. | | Bondville | VT | 05340 | |
| Stability Technology Partners, LLC | Attn Devon Zopfi | 2301 E 7th Street | Unit A-125 | | Los Angeles | CA | 90023 | |
| Standard & Poors | | 2542 Collection Center Drive | | | CHICAGO | IL | 60693 | |
| Standard & Poors Ratings Services | Client Business Manager | 2542 COLLECTION CENTER DRIVE | | | CHICAGO | IL | 60693 | |
| Standard & Poors Ratings Services | Credit Market Fee Services Department | 2542 COLLECTION CENTER DRIVE | | | CHICAGO | IL | 60693 | |
| Star Media Enterprises, Inc. | | 1080 Belcher Rd. | | | Dunedin | FL | 34698 | |
| State of California Franchise Tax Board | FRANCHISE TAX BOARD | PO BOX 942857 | | | Sacramento | CA | 94257-4040 | |
| State of Delaware Division of Corporations | | Post Office Box 5509 - 5509 | | | Binghampton | NY | 13902 | |
| Strangers In The Night Inc. | Atnn Layth Gafoor | Lucentem Sports & Entertainment Law PC | 137 Berkeley Street | | Toronto | ON | M5A 2X1 | Canada |
| Strangers In The Night Inc. | Strangers In The Night Inc. f/s/o Luis Diaz | c/o Piemonte & Liebhauser LLC | 25B Vreeland Road, Suite 104 | | Florham Park | NJ | 07932 | |
| Suddenlink Communications | Patty McCaskill, SVP, Programming | 12444 Powerscourt Drive Suite 450 | | | Saint Louis | MO | 63131 | |
| SureWest TeleVideo | Attn Haavard Sterri, Director of Marketing | 5411 Luce Ave | | | McClellan | CA | 95652 | |
| SureWest TeleVideo | Attn SVP - COO | 200 Vernon Street | | | Roseville | CA | 95678 | |
| Susquehanna Commercial Finance, Inc. | Attn Stacy Lasak, Account Relationship Specialist | 2 Country View Road, Suite 300 | | | Malvern | PA | 19355 | |
| Syndicated Communications Venture Partners IV, LP | Terry Jones | 4800 Hampden Lane | Suite 200 | | Bethseda | MD | 20814 | |
| Syndicated Communications, Inc. | Herb Wilkins, Jr. | 2400 Boston Street | Suite 102 | | Baltimore | MD | 21224 | |
| T. Howard Foundation | | 601 13th Street, NW, Suite 710 North | | | WASHINGTON | DC | 20005 | |
| TALENT HUB WORLDWIDE INC. | | 52 VANDERBILT AVE | SUITE 1410 | | NEW YORK | NY | 10017 | |
| TalentHub Worldwide, Inc. | Attn Pat Christopher, President | 220 East 42nd Street | Suite 407 | | New York | NY | 10017 | |
| Tennenbaum Capital Partners | | 2951 28th Street, Suite 1000 | Suite 1000 | | Santa Monica | CA | 90405 | |
| Tennis Channel | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| The Agency Film Group, LLC dba Agency Media Group | Shawn Laska, President | 270 W. Duarte Rd. | Suite C | | Monrovia | CA | 91016 | |
| The Board of Water, Light, & Sinking Fund Commissioners d/b/a Dalton Utilities | Hank Blackwood, Chief Technical Services Officer | 1200 V D PARROTT JR PKWY | PO BOX 869 | | DALTON | GA | 30721 | |
| THE FILM SALES COMPANY | | 165 MADISON AVE, SUITE 601 | | | NEW YORK | NY | 10016 | |
| The Gage & Acanto Restaurants | | 24 South Michigan Avenue | | | Chicago | IL | 60603 | |
| The Grapevine Agency | | 139 Beverly Drive | #334 | | Beverly Hills | CA | 90212 | |

Exhibit F

Contract Counter-Parties and Vendors
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| THE HIRED GUNS MARKETING CONSULTING GRP | | 33 WEST 17TH STREET 7TH FLOOR | | | NEW YORK | NY | 10011 | |
| The Madison Square Garden Company | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| The Madison Square Garden Company | Lawrence J. Burian | Two Pennsylvania Plaza | | | New York | NY | 10121 | |
| The Nielsen Company (US), LLC | The Nielsen Company | Attn General Counsel - Global Media Client Services | 85 Broad Street | | New York | NY | 10004 | |
| The Nielsen Company (US), LLC | The Nielsen Company | Attn Senior Vice President - Finance, Global Media Client Services | 85 Broad Street | | New York | NY | 10004 | |
| The Nielsen Company (US), LLC | | 85 Broad Street | | | New York | NY | 10004 | |
| The Pocketbook Agency, LLC | | 7906 Santa Monica Blvd | Suite #208 | | West Hollywood | CA | 90046 | |
| This Is Just A Test Media, LLC | | 1200 Venice Blvd, 2nd Floor | | | Los Angeles | CA | 90006 | |
| Tier 2 Films, Inc. | Attn Ric Atari | 11720 Amber Park Drive | | | Alpharetta | GA | 30009 | |
| Time Warner | Allison Goldberg | One Time Warner Center | | | New York | NY | 10019 | |
| Time Warner Cable | | 290 Harbor Drive | | | Stamford | CT | 06902 | |
| Time Warner Cable Inc. | Attn Executive Vice President and General Counsel | 290 Harbor Drive | | | Stamford | CT | 06902 | |
| Time Warner Cable Inc. | Attn Executive Vice President, Programming | 290 Harbor Drive | | | Stamford | CT | 06902 | |
| TOSHIBA FINANCIAL SERVICES | | PO BOX 35701 | | | BILLINGS | MT | 9107–5701 | |
| Toshiba Financial Services | | PO Box 51043 | | | LOS ANGELES | CA | 90051-5343 | |
| TUBULAR LABS | | PO BOX 7775 #96345 | | | SAN FRANCISCO | CA | 94120-7775 | |
| Tubular Labs Inc. | | 153 Castro Street, Suite 300 | | | Mountain View | CA | 94041 | |
| TVMAX Corporate, Inc. | Attn Kenny Walker, General Manager | 10300 Westoffice Drive, Suite 200 | | | Houston | TX | 77042 | |
| Twentieth Television, Inc., as distribution agent for Twentieth Century Fox Film Corporation | Attn Business and Legal Affairs | 2121 Avenue of the Stars | | | Los Angeles | CA | 90067 | |
| Twentieth Television, Inc., as distribution agent for Twentieth Century Fox Film Corporation | Attn Senior Vice President, General Sales Manager, Basic Cable, Twentieth Television | P.O. Box 900 | | | Beverly Hills | CA | 90213 | |
| U.S. Bank Equipment Finance, a division of U.S. Bank National Association | Attn Insurance | 1310 Madrid Street | | | Marshall | MN | 56258 | |
| U.S. Bank Equipment Finance, a division of U.S. Bank National Association | Attn Jeff Bump | 1310 Madrid Street | | | Marshall | MN | 56258 | |
| UMG Recordings, Inc. | Attn General Counsel and EVP, Legal & Business Affairs | 2220 Colorado Avenue | | | Santa Monica | CA | 90404 | |
| UniFi Equipment Finance, Inc. | Monica Starr | 3893 Research Park Drive | | | Ann Arbor | MI | 48108 | |
| Universal City Studios Productions LLLP | Attn Allison Roarty, SVP, Business and Legal Affairs | NBCUniversal, Television and New Media Distribution | 30 Rockefeller Plaza, 15 Floor East | | New York | NY | 10112 | |
| Universal City Studios Productions LLLP | Attn Justin Kaufman | NBCUniversal, Television and New Media Distribution | 30 Rockefeller Plaza, 15 Floor East | | New York | NY | 10112 | |
| Univision Interactive Media | c/o Fuse Media | 700 N. Central Ave., Suite 600 | | | Glendale | CA | 91203 | |
| US BANK EQUIPMENT FINANCE | | PO BOX 790448 | | | ST LOUIS | MO | 63179-0448 | |
| USI INSURANCE SERVICES NATIONAL | | PO BOX 39000 | | | SAN FRANCISCO | CA | 94139-0001 | |
| Valparaiso Cable Authority d/b/a Valparaiso Broadband Communication Services | Attn Jesse Mason | 465 Valparaiso Parkway | | | Valparaiso | FL | 32580-0000 | |
| VAR RESOURCES, LLC | | 2330 INTERSTATE 30 | | | MESQUITE | TX | 75150 | |
| VERIZON | | PO BOX 15043 | | | ALBANY | NY | 12212 | |
| Verizon Corporate Services Group Inc. | Attn FiOS TV Business & Legal Affairs, Assoc. General Counsel | Verison FiOS TV | 140 West St., 27th Floor | | New York | NY | 10007 | |
| Verizon Corporate Services Group Inc. | Attn Vice President, FiOS TV Programming & Content Acquisition | Verizon FiOS TV | 140 West St., 22nd Floor | | New York | NY | 10007 | |
| Verizon Corporate Services Group Inc. | Attn Vice President, Legal & Business Affairs | SiTV, Inc. | 3030 Andrita Street, Bldg, D | | Los Angeles | CA | 90065 | |
| Verizon Services Corp. | Attn FiOS TV Business & Legal Affairs, Assoc. General Counsel | Verizon FiOS TV | 140 West St., 22nd Floor | | New York | NY | 10007 | |
| Verizon Services Corp. | Attn Legal & Business Affairs | Verizon FiOS TV | 1320 N. Courthouse Rd. - 9th Floor | | Arlington | VA | 22201 | |
| Verizon Services Corp. | Attn Terry Denson | 140 West Street | | | New York | NY | 10007 | |
| Verizon Services Corp. | Attn Vice President, FiOS TV Programming & Content Acquisition | Verizon FiOS TV | 140 West St., 22nd Floor | | New York | NY | 10007 | |
| Verizon Services Corp. | Attn Vice President, FiOS TV Programming and Content Acquisition | Verizon FiOS TV | 140 West Street, 22nd Floor | | New York | NY | 10007 | |
| VERIZON WIRELESS | | PO BOX 660108 | | | DALLAS | TX | 75266 | |
| VERREX LLC | | 1130 ROUTE 22 WEST | | | MOUNTAINSIDE | NJ | 07092 | |
| VISION SERVICE PLAN (CA) | | PO BOX 45210 | | | SAN FRANCISCO | CA | 94145 | |
| Vogue Sign Company | | 715 Commercial Avenue | | | Oxnard | CA | 93030 | |
| Volt Management Corp | | PO BOX 679307 | | | DALLAS | TX | 75267-9307 | |

**Exhibit**

Contract Counter-Parties and Vendors
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Volt Workforce Solutions, a division of Volt Management Corp. | Attn Director of Contracts | 2401 North Glassell Street | | | Orange | CA | 92865 | |
| Volt Workforce Solutions, a division of Volt Management Corp. | Attn Legal Department | 2401 North Glassell Street | | | Orange | CA | 92865 | |
| VORNADO ELEVEN PENN PLAZA | | PO BOX 392053 | | | PITTSBURGH | PA | 15251-9053 | |
| Vubiquity, Inc. | Controller, Vubiquity Entertainment Corporation | 15301 Ventura Blvd., Building E, Suite 3000 | | | Sherman Oaks | CA | 91403 | |
| Vubiquity, Inc. | Gabe Berger, Executive Vice President, Sales, North America, Vubiquity Entertainment Corporation | 15301 Ventura Blvd., Building E, Suite 3000 | | | Sherman Oaks | CA | 91403 | |
| Vubiquity, Inc. | General Counsel, Vubiquity Entertainment Corporation | 15301 Ventura Blvd., Building E, Suite 3000 | | | Sherman Oaks | CA | 91403 | |
| Warner Bros. Domestic Television Distribution, a division of Warner Bros. | Worldwide Television Distribution Inc. | Attn VP, Business and Legal Affairs | 4000 Warner Boulevard, Bldg. 118, Room 4027 | | Burbank | CA | 91522 | |
| Warner Bros. Domestic Television Distribution, a division of Warner Bros. | Worldwide Television Distribution Inc. Warner Bros. Entertainment, Inc. | Attn General Counsel | 4000 Warner Blvd | | Burbank | CA | 91522 | |
| Warren Lamb & Associates, Inc. | Brian Pearman, Executive VP for Sales | 1738 SYLVAN HILL ROAD | | | ELIZABETHTON | TN | 37643 | |
| We Buy Gold, Inc. | | 5877 Rodeo Drive | | | Los Angeles | CA | 90016 | |
| Western Equipment Finance, Inc. | | 503 Highway 2 West | | | Devils Lake | ND | 58301 | |
| WeWork | Attn Mollie Foley | 20 W Kinzie Tenant LLC | 20 West Kinzie Street | | Chicago | IL | 60654 | |
| WIDE ORBIT INC | | DEPT CH 17518 | | | PALATINE | IL | 60055 | |
| Wilkes Communications, Inc. | Mr. C.E. Ritenour, Jr. | 1400 River Street | | | Wilkesboro | NC | 28697 | |
| WILMINGTON TRUST COMPANY | | PO BOX 8955 | | | WILMINGTON | DE | 19899 | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS COLLATERAL AGENT | | 50 SOUTH SIXTH STREET | SUITE 1290 | | MINNEAPOLIS | MN | 55402 | |
| Wilo Group LLC dba Percent Gray | Lauren Espiritu-Philson | 145 Gregory Avenue | | | West Orange | NJ | 07052 | |
| Wolfe Video, LLC | Attention Miguel Johnson | 21570 Almaden Road | | | San Jose | CA | 95120 | |
| WORKSHARE TECHNOLOGY | | 650 CALIFORNIA STREET | 7TH FLOOR | | SAN FRANCISCO | CA | 94108 | |
| XUMO LLC | | 4 PARK PLAZA | STE 1500 | | IRVINE | CA | 92614 | |
| Yoh Services LLC | Robin Johnson, SVP, Enterprise Solutions | 1500 Spring Garden Street | | | Philadelphia | PA | 19130 | |
| ZED | | 39 rue de Prairies 75020 | | | PARIS | | | FRANCE |

# Exhibit E

**Exhibit E**

| Company | Email |
| --- | --- |
| Bank of America DTC #2251 | tss.corporate.actions@bankofamerica.com |
| Bank of America DTC #773 #5198 | cpactionslitigation@ml.com |
| Bank of America DTC #773 #5198 | bascorporateactions@bofasecurities.com |
| Bank of America DTC #773 #5198 | corpactionsproxy@ml.com |
| Barclays #229 | nyvoluntary@barclays.com |
| Bloomberg | release#@bloomberg.net |
| BMO Nesbitt Burns Inc. DTC# 5043 | Phuthorn.penikett@bmonb.com |
| BMO Nesbitt Burns Inc. DTC# 5043 | WMPOClass.Actions@bmo.com |
| BNY Mellon #954 | Theresa.Stanton@bnymellon.com |
| BNY Mellon #954 | athompson@bnymellon.com |
| Broadridge | SpecialProcessing@broadridge.com |
| Brown Brothers #10 | paul.nonnon@bbh.com |
| Brown Brothers #10 | sean.imhof@bbh.com |
| Brown Brothers #10 | michael.lerman@bbh.com |
| Brown Brothers #10 | nj.mandatory.inbox@bbh.com |
| Brown Brothers #10 | mavis.luque@bbh.com |
| Brown Brothers #10 | edwin.ortiz@bbh.com |
| Charles Schwab #164 | phxmcbr@schwab.com |
| Charles Schwab #164 | VoluntarySetup@schwab.com |
| Citi #908 | gts.caec.tpa@citi.com |
| Clearstream International SA | ca_mandatory.events@clearstream.com |
| Clearstream International SA | CA_general.events@clearstream.com |
| Credit Agricole Secs USA Inc. #651 | CSICorpActions@ca-cib.com |
| Credit Suisse Securities (USA) LLC #355 | list.nyevtintgrp@credit-suisse.com |
| Credit Suisse Securities (USA) LLC #355 | asset.servnotification@credit-suisse.com |
| Deutsche Bank Securities Inc #573 | jaxca.notifications@db.com |
| Euroclear Bank S.A./N.V. | drit@euroclear.com |
| Euroclear Bank S.A./N.V. | ca.omk@euroclear.com |
| Financial Information Inc. | ReorgNotificationList@fiinet.com |
| Foliofn Investments | proxyservices@folioinvesting.com |
| Goldman Sachs & Co | GS-as-ny-proxy@ny.email.gs.com |
| Goldman Sachs & Co | NewYorkAnncHub@gs.com |
| Interactive Brokers | bankruptcy@ibkr.com |
| Jefferies #019 | mhardiman@jefferies.com |
| Jefferies #019 | corporate_actions_reorg@jefferies.com |
| JPMorgan Chase Bank | JPMorganInformation.Services@JPMChase.com |
| JPMorgan Clearing #352 | IB_Domestic_Voluntary_Corporate_Actions@jpmorgan.com |
| Mediant Communications | documents@mediantonline.com |
| Mitsubishi UFJ Trust & Banking Corp #2932 | corporateactions-dl@us.tr.mufg.jp |
| Morgan Stanley #15 | usproxies@morganstanley.com |
| Morgan Stanley #15 | proxy.balt@morganstanley.com |
| Morgan Stanley #15 | cavsdom@morganstanley.com |
| Morgan Stanley #15 | Raquel.Del.Monte@morganstanley.com |
| Morgan Stanley #15 | john.falco@morganstanley.com |
| Morgan Stanley #15 | robert.cregan@morganstanley.com |
| Northern Trust Company #2669 | cs_notifications@ntrs.com |
| OptionsXpress #338 | proxyservices@optionsxpress.com |
| Pershing #443 | pershingcorporateactions@pershing.com |
| PNC Bank NA #2616 | caspr@pnc.com |
| Royal Bank of Canada | donald.garcia@rbc.com |
| SEI PV/GWP #2663 | gwsusopscaincome@seic.com |
| SIS SegaInterSettle AG | ca.notices@six-securities-services.com |
| Southwest Securities | proxy@swst.com |
| Southwest Securities | vallwardt@swst.com |

**Exhibit E**

| Company | Email |
|---|---|
| State Street Bank and Trust Co #997 | rjray@statestreet.com |
| State Street Bank and Trust Co #997 | jkkyan@statestreet.com |
| State Street Bank and Trust Co #997 | USCAResearch@statestreet.com |
| The Bank of New York Mellon #901 | pgheventcreation@bnymellon.com |
| The Bank of New York Mellon #901 | justin.whitehouse@bnymellon.com |
| The Bank of New York Mellon #901 | brian.marnell@bnymellon.com |
| The Bank of New York Mellon #901 | matthew.bartel@bnymellon.com |
| The Canadian Depository | sies-cainfo@cds.ca |
| The Canadian Depository | fabrahim@cds.ca |
| The Depository Trust Co | mandatoryreorgannouncements@dtcc.com |
| The Depository Trust Co | MK-CorporateActionsAnnouncements@markit.com |
| The Depository Trust Co | JOSEPH.POZOLANTE@MARKIT.COM |
| The Depository Trust Co | DAVID.BOGGS@MARKIT.COM |
| The Depository Trust Co | KEVIN.JEFFERSON@MARKIT.COM |
| The Depository Trust Co | cscotto@dtcc.com |
| The Depository Trust Co | legalandtaxnotices@dtcc.com |
| UBS | ol-wma-volcorpactions@ubs.com |
| UBS | ol-stamfordcorpactions@ubs.com |
| UBS | sh-vol-caip-na@ubs.com |
| UBS | ol-wma-ca-proxy@ubs.com |
| UBS | sh-wma-caproxyclassactions@ubs.com |
| UBS Securities LLC #642 | OL-EVENTMANAGEMENT@ubs.com |
| Vision Financial Markets #595 | reorgs@visionfinancialmarkets.com |

In re: Fuse, LLC, et al.
Case No.: 19-10872

Page 2 of 2

# Exhibit F

**Exhibit F**
Contract Counter-Parties and Vendors
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| RHO CAPITAL PARTNERS, INC | CAROLINE CUMMINGS | ccummings@rho.com |