# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FUSE, LLC, *et al.*,[1] <br><br>　　　　　　Debtors. | Chapter 11 <br><br> Case No. 19-10872 (KG) <br><br> (Jointly Administered) |
| DIRECTV, LLC, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br> FUSE, LLC, <br><br>　　　　　　Defendant. | Adv. Pro. No. 19-50193 (KG) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS
SCHEDULED FOR JUNE 5, 2019 AT 11:00 A.M. (PREVAILING EASTERN TIME)[2]**
**Hearing Location: Before the Honorable Kevin Gross,
at the U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street,
6th Floor, Courtroom No. 3, Wilmington, DE 19801**

*PLEASE NOTE THAT THE HEARING TIME HAS CHANGED
FROM 10:00 A.M. TO 11:00 A.M.*

**RESOLVED MATTER:**

1.　Debtors' Motion for an Order Authorizing Discovery from AT&T Services, Inc. and DirectTV, LLC Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 [Filed 5/7/19] (Sealed Version, Docket No. 106; Redacted Version, Docket No. 107)[3]

　　Response Deadline: May 16, 2019 at 4:00 p.m. (ET).

　　Responses Received: None.

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distributions, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

[3] This Motion was originally filed on 5/1/19 [Docket No. 94].

Related Pleadings:

A. [Signed] Order Authorizing the Debtors to File Under Seal (I) Portions of the Declaration of Miguel Roggero in Support of First Day Motions and (II) Portions of the Debtors' Motion for an Order Authorizing Discovery from AT&T Service, Inc. and DirecTV, LLC [Filed 5/10/19] (Docket No. 125)

B. [Signed] Order Establishing Discovery Schedule for Assumption Notice, Rule 2004 Discovery and Adversary Proceeding [Filed 5/22/19] (Docket No. 166)

Status: This matter has been resolved.

**UNCONTESTED MATTERS UNDER CNO/COC:**

2. Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay and Honor Prepetition Compensation, Reimbursable Business Expenses, and Employee Benefit Obligations; and (B) Maintain and Continue Certain Compensation and Benefit Programs Postpetition; and (II) Granting Related Relief [Filed 4/23/19] (Docket No. 6)

    Response Deadline: May 29, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee to May 31, 2019 at 4:00 p.m. (ET) and the Official Committee of Unsecured Creditors to June 3, 2019 at 12:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    A. [Signed] Interim Order (I) Authorizing the Debtors to (A) Pay and Honor Prepetition Compensation, Reimbursable Business Expenses, and Employee Benefit Obligations; and (B) Maintain and Continue Certain Compensation and Benefit Programs Postpetition; and (II) Granting Related Relief [Filed 4/24/19] (Docket No. 52)

    B. Notice of Entry of Interim Order and Final Hearing Regarding Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay and Honor Prepetition Compensation, Reimbursable Business Expenses, and Employee Benefit Obligations; and (B) Maintain and Continue Certain Compensation and Benefit Programs Postpetition; and (II) Granting Related Relief [Filed 4/25/19] (Docket No. 61)

    C. Certification of Counsel Regarding Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay and Honor Prepetition Compensation, Reimbursable Business Expenses, and Employee Benefit Obligations; and (B) Maintain and Continue Certain Compensation and Benefit Programs Postpetition; and (II) Granting Related Relief [Filed 6/3/19] (Docket No. 180)

Status:  A final proposed form of order has been submitted under certification of counsel for the Court's consideration.

3. Debtors' Motion for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Filed 4/23/19] (Docket No. 10)

    Response Deadline: May 29, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee to May 31, 2019 at 4:00 p.m. (ET) and the Official Committee of Unsecured Creditors to June 3, 2019 at 12:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    A. [Signed] Interim Order (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services (B) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Filed 4/24/19] (Docket No. 51)

    B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Filed 4/25/19] (Docket No. 65)

    C. Certification of Counsel Regarding Debtors' Motion for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Filed 6/3/19] (Docket No. 179)

    Status:  A final proposed form of order has been submitted under certification of counsel for the Court's consideration.

4. Debtors' First Omnibus Motion for Entry of an Order Authorizing Debtors to (A) Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Date and (B) Fix a Bar Date for Claims of Counterparties [Filed 4/23/19] (Docket No. 16)

    Response Deadline: May 29, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee to May 31, 2019 at 4:00 p.m. (ET) and the Official Committee of Unsecured Creditors to June 3, 2019 at 12:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

A. Notice of Hearing on Debtors' First Omnibus Motion for Entry of an Order Authorizing Debtors to (A) Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Date and (B) Fix a Bar Date for Claims of Counterparties [Filed 4/26/19] (Docket No. 69)

B. Certification of No Objection Regarding Debtors' First Omnibus Motion for Entry of an Order Authorizing Debtors to (A) Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Date and (B) Fix a Bar Date for Claims of Counterparties [Filed 6/3/19] (Docket No. 181)

Status: A certification of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

5. Debtors' Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Filed 4/23/19] (Docket No. 17)

Response Deadline: May 29, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee to May 31, 2019 at 4:00 p.m. (ET) and the Official Committee of Unsecured Creditors to June 3, 2019 at 12:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

A. Notice of Hearing on Debtors' Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Filed 4/26/19] (Docket No. 70)

B. Certification of Counsel Regarding Debtors' Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Filed 6/3/19] (Docket No. 186)

Status: A revised proposed form of order has been submitted under certification of counsel for the Court's consideration.

6. Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [Filed 4/23/19] (Docket No. 18)

Response Deadline: May 29, 2019 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors to June 3, 2019 at 12:00 p.m. (ET).

<u>Responses Received:</u> None.

<u>Related Pleadings</u>:

A. Notice of Hearing on Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [Filed 4/26/19] (Docket No. 71)

B. Certification of No Objection Regarding Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [Filed 6/3/19] (Docket No. 178)

<u>Status</u>:  A certification of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

7. Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed 4/23/19] (Docket No. 19)

   <u>Response Deadline:</u> May 29, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee to May 31, 2019 at 4:00 p.m. (ET) and the Official Committee of Unsecured Creditors to June 3, 2019 at 12:00 p.m. (ET).

   <u>Responses Received:</u> Informal comments from UST

   <u>Related Pleadings</u>:

   A. Notice of Hearing on Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed 4/26/19] (Docket No. 72)

   B. Certificate of No Objection Regarding Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date [Filed 6/3/19] (DoCKET No. 188)

   <u>Status</u>:  A certification of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

8. Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Sections 327 and 328 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisors to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed 4/23/19] (Docket No. 20)

   Response Deadline: May 29, 2019 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors and the U.S. Trustee to June 3, 2019 at 12:00 p.m. (ET).

   Responses Received: Informal comments from the UST

   Related Pleadings:

   A. Notice of Hearing on Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Sections 327 and 328 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisors to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed 4/26/19] (Docket No. 73)

   B. Certification of Counsel Regarding Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Sections 327 and 328 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisors to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed 6/3/19] (Docket No. 184)

   Status: A revised proposed form of order has been submitted under certification of counsel for the Court's consideration.

9. Omnibus Motion of Fuse Media, Inc. and Fuse Media, LLC for Entry of an Order Authorizing Fuse Media, Inc. and Fuse Media, LLC to Assume and Assign Certain Executory Contracts [Filed 5/1/19] (Docket No. 93)

   Response Deadline: May 29, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee to May 31, 2019 at 4:00 p.m. (ET) and the Official Committee of Unsecured Creditors to June 3, 2019 at 12:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   A. [Signed] Order Regarding Motion to Assume [Filed 5/10/19] (Docket No. 126)

   B. [Signed] Order Approving Stipulated Protective Order [Filed 5/22/19] (Docket No. 167)

   C. Certification of No Objection Regarding Omnibus Motion of Fuse Media, Inc. and Fuse Media, LLC for Entry of an Order Authorizing Fuse Media, Inc. and

      Fuse Media, LLC to Assume and Assign Certain Executory Contracts [Filed 6/3/19] (Docket No.

      <u>Status</u>:  A certification of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

10. Debtors' Second Omnibus Motion for Entry of an Order Authorizing Debtors to (A) Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Date and (B) Fix a Bar Date for Claims of Counterparties [Filed 5/15/19] (Docket No. 136)

    <u>Response Deadline</u>: May 29, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee to May 31, 2019 at 4:00 p.m. (ET) and the Official Committee of Unsecured Creditors to June 3, 2019 at 12:00 p.m. (ET).

    <u>Responses Received</u>: None.

    <u>Related Pleadings</u>:

    A. Certification of No Objection Regarding Debtors' Second Omnibus Motion for Entry of an Order Authorizing Debtors to (A) Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Date and (B) Fix a Bar Date for Claims of Counterparties [Filed 6/3/19] (Docket No. 182)

    <u>Status</u>:  A certification of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

11. Application for Order Authorizing Retention and Employment of Ernst & Young LLP as Audit and Tax Services Provider for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date [Filed 5/15/19] (Docket No. 137)

    <u>Response Deadline</u>: May 29, 2019 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors and the U.S. Trustee to June 3, 2019 at 12:00 p.m. (ET).

    <u>Responses Received</u>: None.

    <u>Related Pleadings</u>:

    A. Certification of Counsel Regarding Application for Order Authorizing Retention and Employment of Ernst & Young LLP as Audit and Tax Services Provider for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date [Filed 6/3/19] (Docket No. 185)

    <u>Status</u>:  A revised proposed form of order has been submitted under certification of counsel for the Court's consideration.

**MATTERS GOING FORWARD:**

12. Debtors' Motion for Order Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Continued Performance of Intercompany Transactions; (IV) Limited Waiver of Section 345(b) Deposit and Investment Requirements and (V) Granting Related Relief [Filed 4/23/19] (Docket No. 7)

    Response Deadline: May 29, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee to May 31, 2019 at 4:00 p.m. (ET) and the Official Committee of Unsecured Creditors to June 3, 2019 at 12:00 p.m. (ET).

    Responses Received: None at this time.

    Related Pleadings:

    A. [Signed] Interim Order Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Continued Performance of Intercompany Transactions; (IV) Limited Waiver of Section 345(b) Deposit and Investment Requirements and (V) Granting Related Relief [Filed 4/24/19] (Docket No. 54)

    B. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Order Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts, Checks and Related Forms; (III) Continued Performance of Intercompany Transactions; (IV) Limited Waiver of Section 345(b) Deposit and Investment Requirements and (V) Granting Related Relief [Filed 4/25/19] (Docket No. 62)

    Status: This matter will go forward. The Debtors and the Official Committee of Unsecured Creditors (the "Committee") have reached an agreement in principle on confirmation of the plan. The deadline to object to confirmation of the plan, the cash collateral motion and cash management motion have been extended for the Committee pending documentation of the settlement.

13. Motion of Debtors Pursuant to Sections 105, 361, 362, 363, 503 and 507 of the Bankruptcy Code, Bankruptcy Rules 2002, 4001 and 9014 and Local Rules 2002-1(b), 4001-2, 9013-1(m) for Entry of Interim and Final Orders, (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing [Filed 4/23/19] (Docket No. 11)

    Response Deadline: May 29, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee to May 31, 2019 at 4:00 p.m. (ET) and the Official Committee of Unsecured Creditors to June 3, 2019 at 12:00 p.m. (ET).

Responses Received: None at this time.

Related Pleadings:

A. [Signed] Interim Order (A) Authorizing the Debtors to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Filed 4/24/19] (Docket No. 53)

B. Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors Pursuant to Sections 105, 361, 362, 363, 503 and 507 of the Bankruptcy Code, Bankruptcy Rules 2002, 4001 and 9014 and Local Rules 2002-1(B), 4001-2, 9013-1(M) for Entry of Interim and Final Orders, (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing [Filed 4/25/19] (Docket No. 66)

Status: This matter will go forward.  The Debtors and the Committee have reached an agreement in principle on confirmation of the plan.  The deadline to object to confirmation of the plan, the cash collateral motion and cash management motion have been extended for the Committee pending documentation of the settlement.

**DISCLOSURE STATEMENT APPROVAL AND CONFIRMATION:**

14. Adequacy of Disclosure Statement and Confirmation of Plan: Debtors' Prepackaged Joint Plan of Reorganization [Filed 4/23/19] (Docket No. 13)

    Response Deadline re: Assumption: May 22, 2019 at 4:00 p.m. (ET). Extended for Broadcast Music, Inc. to May 31, 2019 at 4:00 p.m. (ET).

    Response Deadline re: Confirmation: May 29, 2019 at 4:00 p.m. (ET). Extended for the U.S. Trustee and Broadcast Music, Inc. to May 31, 2019 at 4:00 p.m. (ET) and to the Official Committee of Unsecured Creditors to June 3, 2019 at 12:00 p.m. (ET).

    Responses Received to Assumption Notice(s):

    A. Limited Objection of Complex Media, Inc. to Debtors' Notice of (I) Assumption of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object [Filed 5/21/19] (Docket No. 158)

       Status: This matter has been resolved.

    B. Limited Objection of FreeWheel Media Inc. to Debtors' Notice of (I) Assumption of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [Filed 5/22/19] (Docket No. 160)

       Status: This matter has been resolved.

C. Objection of AT&T Services, Inc. and DIRECTV, LLC to the Debtors' Proposed Assumption, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases [Filed 5/22/19] (Docket No. 165)

   Status: This matter has been resolved.

D. Informal Response of Broadcast Music, Inc.

   Status: This matter has been resolved in principle subject to documentation.

Responses Received to Plan Confirmation:

A. U.S. Trustee's Objection to Confirmation of Debtors' Prepackaged Joint Plan of Reorganization [Filed 5/30/19] (Docket No. 173)

Related Pleadings:

A. Debtors' Motion for Entry of an Order (I) Scheduling Combined Hearing On (A) Adequacy of Disclosure Statement, (B) Confirmation of Prepackaged Plan of Reorganization, and (C) the Assumption of Executory Contracts and Cure Amounts; (II) Fixing the Deadlines to Object to Disclosure Statement, Prepackaged Plan, and Proposed Assumption or Rejection of Executory Contracts and Cure Amounts; (III) Approving (A) Prepetition Solicitation Procedures and (B) Form and Manner of Notice of Commencement, Combined Hearing, Assumption of Executory Contracts and Cure Amounts Related Thereto, and Objection Deadlines; (IV) Conditionally (A) Directing the United States Trustee Not to Convene Section 341(a) Meeting of Creditors and (B) Waiving Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities; and (V) Granting Related Relief [Filed 4/23/19] (Docket No. 12)

B. Disclosure Statement for the Debtors' Prepackaged Joint Plan of Reorganization [Filed 4/23/19] (Docket No. 14)

C. Plan Supplement to the Debtors' Prepackaged Joint Plan of Reorganization [Filed 4/23/19] (Docket No. 15)

D. [Signed] Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement, (B) Confirmation of Prepackaged Plan of Reorganization, and (C) The Assumption of Executory Contracts and Cure Amounts; (II) Fixing the Deadlines to Object to Disclosure Statement, Prepackaged Plan, and Proposed Assumption or Rejection of Executory Contracts and Cure Costs; (III) Approving (A) Prepetition Solicitation Procedures and (B) Form and Manner of Notice of Commencement, Combined Hearing, Assumption of Executory Contracts and Cure Amounts Related Thereto, and Objection Deadlines; (IV) Conditionally (A) Directing the United States Trustee Not to Convene Section 341(a) Meeting of Creditors and (B) Waiving Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities; and (V) Granting Related Relief [Filed 4/24/19] (Docket No. 57)

E. Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases; (II) Combined Hearing on the Disclosure Statement, Confirmation of the Prepackaged

    Joint Plan of Reorganization, and Related Matters; and (II) Objection Deadlines and Summary of the Debtors' Prepackaged Joint Plan of Reorganization [Filed 5/1/19] (Docket No. 91)

F. Debtors' Notice of (I) Assumption of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [Filed 5/1/19] (Docket No. 95)

G. Debtors' Supplemental Notice of (I) Assumption of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [Filed 5/6/19] (Docket No. 102)

H. Declaration of David Hartie of Kurtzman Carson Consultants, LLC Regarding the Mailing, Voting, and Tabulation of Ballots Accepting and Rejecting the Debtors' Prepackaged Joint Chapter 11 Plan of Reorganization [Filed 5/14/19] (Docket No. 133)

I. Amended Plan Supplement [Filed 5/21/19] (Docket No. 159)

J. Debtors' Memorandum of Law In Support of Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Prepackaged Joint Plan of Reorganization *(with Proposed Confirmation Order as Exhibit A)* [Filed 5/31/19] (Docket No. 174)

K. Declaration of Miguel Roggero in Support of Approval of the Disclosure Statement and Confirmation of the Debtors' Prepackaged Joint Plan of Reorganization [Filed 5/31/19] (Docket No. 175)

L. Declaration of Asher Cohen of FTI Consulting, Inc. in Support of Confirmation of the Debtors' Prepackaged Plan of Reorganization [Filed 5/31/19] (Docket No. 176)

Status: This matter will go forward.  The Debtors and the Committee have reached an agreement in principle on confirmation of the plan.  The deadline to object to confirmation of the plan, the cash collateral motion and cash management motion have been extended for the Committee pending documentation of the settlement.

Dated: June 3, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:  (302) 652-4100
Fax: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
ikharasch@pszjlaw.com
mlitvak@pszjlaw.com
joneill@pszjlaw.com

*Proposed Attorneys for Debtors and Debtors in Possession*