**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FUSE, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-10872 (KG)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 11, 13, 14, 194** |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION OF RIGHTS WITH RESPECT TO (A) DEBTORS' CASH COLLATERAL MOTION AND CASH MANAGEMENT MOTION, (B) APPROVAL OF DISCLOSURE STATEMENT, AND (C) CONFIRMATION OF PREPACKAGED PLAN OF REORGANIZATION**

The Official Committee of Unsecured Creditors (the "***Committee***") appointed in the chapter 11 cases (the "***Chapter 11 Cases***") of the above-captioned debtors and debtors-in-possession (the "***Debtors***"), by and through its undersigned proposed counsel, hereby files this reservation of rights (the "***Reservation of Rights***") regarding the approval of (i) the *Motion of Debtors Pursuant to Sections 105, 361, 362, 363, 503, and 507 of the Bankruptcy Code, Bankruptcy Rules 2002, 4001, and 9014 and Local Rules 2002-1(b), 4001-2, 9013-1(m) for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing* [Docket No. 11] (the "***Cash Collateral Motion***"); (ii) the *Motion for Order Under Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code Authorizing (I) Maintenance of Existing Bank Accounts; (II) Continuance of Existing Cash Management System, Bank Accounts,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions (5499); SCN Distribution, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

*Checks and Related Forms; (III) Continued Performance of Intercompany Transactions; (IV) Limited Waiver of Section 345(b) Deposit and Investment Requirements; and (V) Granting Related Relief* (the "**Cash Management Motion**"); (iii) the *Disclosure Statement for Debtors' Prepackaged Joint Plan of Reorganization* [Docket No. 14] (the "**Disclosure Statement**"); and (iv) confirmation of the *Debtors' Prepackaged Joint Plan of Reorganization* [Docket No. 13] (as may be amended, modified, or supplemented, the "**Plan**"). In support of this Reservation of Rights, the Committee respectfully states as follows:

1. The Debtors noted on the agenda for hearing on approval of the Disclosure Statement and Plan that the Debtors and Committee had reached an agreement in principle on Plan confirmation. While the Debtors and Committee have agreed to some clarifying and modifying language that will be included in the proposed order confirming the Plan, certain issues still remain unresolved.

2. The Committee will continue to work in good faith with the Debtors to finally resolve the remaining issues. However, in the event that these remaining open issues are not adequately addressed in advance of the confirmation hearing, the Committee reserves its right to (a) object to the Cash Collateral Motion, (b) object to the Cash Management Motion, (c) object to confirmation of the Plan and approval of the Disclosure Statement as proposed, (d) request an adjournment of the Confirmation Hearing and on the hearing for final approval of the Cash Collateral Motion and Cash Management Motion, and (e) exercise all other rights and remedies available to it under applicable law.

*[continued on next page]*

Dated: June 4, 2019
    Wilmington, Delaware

*/s/ Sean T. Greecher*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach, Esq. (No. 4070)
Sean T. Greecher, Esq. (No. 4484)
Jordan E. Sazant, Esq. (No. 6515)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253

-and-

GIBSON, DUNN & CRUTCHER LLP
David M. Feldman, Esq. (admitted *pro hac vice*)
Matthew P. Porcelli, Esq. (admitted *pro hac vice*)
John Conte, Esq. (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Proposed Counsel to the Official*
*Committee of Unsecured Creditors*