## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FUSE, LLC, *et al.*,[1] | Case No. 19-10872 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the Official Committee of Unsecured Creditors in the above-captioned cases, and that on the 4th day of June, 2019, he caused a copy of the following document(s) to be served upon the parties identified on the attached service list in the manner indicated:

• **Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc as of May 10, 2019 [Docket No. 195];**

• **Application of the Official Committee of Unsecured Creditors for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Committee, Effective as of May 14, 2019 [Docket No. 196]; and**

• **Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to May 15, 2019 [Docket No. 197]**

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me on this 6th day of June, 2019.

MARLENE J. MAISTA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 30, 2019

_____
Notary Public

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distribution, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

FUSE, LLC - 2002 Service List
Case No. 19-10872 (KG)

**HAND DELIVERY**
*(Counsel to Debtors and Debtors in Possession)*
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**
*(Counsel to Debtors and Debtors in Possession)*
Richard M. Pachulski, Esq.
Ira D. Kharasch, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

**FIRST CLASS MAIL**
*(Counsel to Debtors and Debtors in Possession)*
Maxim B. Litvak, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111

**HAND DELIVERY**
(United States Trustee)
Linda J. Casey, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**HAND DELIVERY**
(State Attorney General)
Kathy Jennings, Esq.
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801

**HAND DELIVERY**
Zillah A. Frampton
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801

**HAND DELIVERY**
(United States Attorney)
David C. Weiss, Esq.
United States Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019
issued by the Debtors)*
Michael J. Merchant, Esq.
Amanda R. Steele, Esq.
Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to Comcast Cable Communications Management LLC)*
Matthew G. Summers, Esq.
Chantelle D. McClamb, Esq.
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to Wilmington Trust, National Association)*
Neil B. Glassman, Esq.
Erin R. Fay, Esq.
Daniel N. Brogan, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801

***HAND DELIVERY***
*(Counsel to AT&T Services, Inc. and affiliates including without limitation DIRECTV, LLC)*
Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801

***HAND DELIVERY***
Rita Marie Ritrovato, CCTS, VP
Wilmington Trust, National Association
1100 North Market Street
Wilmington, DE 19801-1605

***FIRST CLASS MAIL***
(United States Attorney General)
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001

***FIRST CLASS MAIL***
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE 19901

***FIRST CLASS MAIL***
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

***FIRST CLASS MAIL***
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

***FIRST CLASS MAIL***
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554

*FIRST CLASS MAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103

*FIRST CLASS MAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281

*FIRST CLASS MAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Mail Stop 5-Q30.133
Philadelphia, PA  19101

*FIRST CLASS MAIL*
*(Attorneys for Defendants DIRECTV, LLC and AT&T Services, Inc.)*
Mark A. Romeo, Esq.
Christine E. Cwiertny, Esq.
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505

*FIRST CLASS MAIL*
*(Counsel to Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019
issued by the Debtors)*
Michael C. Keats, Esq.
Jennifer Rodburg, Esq.
Andrew Minear, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

**FIRST CLASS MAIL**
*(Counsel to Wilmington Trust, National Association)*
Andrew Goldman, Esq.
Lauren Lifland, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

**FIRST CLASS MAIL**
*(Counsel to Wilmington Trust, National Association)*
Benjamin Loveland, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

**FIRST CLASS MAIL**
*(Counsel to AT&T Services, Inc. and affiliates including without limitation DIRECTV, LLC)*
Brian J. Lohan, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street Suite 4200
Chicago, IL 60602-4231

**FIRST CLASS MAIL**
James W. Grudus
One AT&T Way
Room 3A115me
Bedminster, NJ  07921

**FIRST CLASS MAIL**
John Stern, Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

**FOREIGN FIRST CLASS**
Banijay Rights Limited
Attn: Andreas Lemos
The Gloucester Building
Kensington Village
London W14 8RF
ENGLAND

**FOREIGN FIRST CLASS**
Seville International
455 rue St. Antoine
Bureau 300
Montreal Quebec H2Z 1J1
CANADA

**FIRST CLASS MAIL**
*(Counsel to Warner Bros. Worldwide Television Distribution Inc.)*
Wayne M. Smith, Esq.
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Building 156 So., Room 5120
Burbank, CA 91522

**FIRST CLASS MAIL**
*(Counsel to Official Committee of Unsecured Creditors)*
David M. Feldman, Esq.
Shireen A. Barday, Esq.
Matthew P. Porcelli, Esq.
John Conte, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

**HAND DELIVERY**
*(Counsel to Official Committee of Unsecured Creditors)*
Sean M. Beach, Esq.
Sean T. Greecher, Esq.
Jordan E. Sazant, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801