# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FUSE, LLC, *et al.*,[1] | Case No. 19-10872 (KG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 199** |
| DIRECTV, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 19-50193 (KG) |
| FUSE, LLC, | **Ref. Docket No. 50** |
| Defendant. | |

**ORDER APPROVING STIPULATION AND SETTLEMENT AGREEMENT RESOLVING DISPUTES BETWEEN THE DEBTORS AND DIRECTV, LLC AND AT&T SERVICES, INC.**

The Court, having considered the Motion of Debtors pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Settlement (the "Motion"),[2] which seeks approval of a "Settlement Agreement," which was attached to the Motion as Exhibit A, between the Debtors, DIRECTV, LLC and AT&T Services, Inc.; and adequate notice of the Motion and opportunity for objection having been given, and it appearing that no other notice need be given to any party; and the Court having given due consideration to any responses to the Motion; and there being good cause to grant the relief requested in the Motion, including that the relief requested is fair and

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distribution, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Motion.

DOCS_DE:224031.1 29402/002

equitable and in the best interests of the Trust; and, now therefore it is hereby

ORDERED, ADJUDGED, and DECREED that the Motion is granted in all respects; and it is further

ORDERED that the Settlement Agreement is hereby approved; and it is further

ORDERED that all objections, if any, to the Motion or the relief requested therein or granted in this Order, that have not been withdrawn, waived or settled, and all reservation of rights included therein, are overruled; and it is further

ORDERED that the Debtors are authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents, and papers, and to take any and all actions reasonably necessary to consummate the Settlement Agreement and perform any and all obligations contemplated therein; and it is further

ORDERED that this Court shall retain jurisdiction to enforce this Order.

**Dated: June 14th, 2019**
**Wilmington, Delaware**
DOCS_DE:224031.1 29402/002

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**