IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FUSE, LLC, *et al.*,[1] | ) | Case No.: 19-10872 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Ref. Docket No. 251 |

NOTICE OF FILING OF SCHEDULE OF CLAIMS OF
GENERAL UNSECURED CREDITORS OF FUSE, LLC, JAAM PRODUCTIONS, LLC,
SCN DISTRIBUTION, LLC, LATINO EVENTS LLC, FUSE HOLDINGS LLC, FUSE
FINANCE, INC., AND FM NETWORKS LLC

**PLEASE TAKE NOTICE** that on June 18, 2019, the Honorable Kevin Gross, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), entered the *Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Amended Prepackaged Joint Plan of Reorganization* [Docket No. 251] (the "Confirmation Order")[2] confirming the Plan [Docket No. 194] and approving the Disclosure Statement [Docket No. 14] in the chapter 11 cases of debtors Fuse, LLC, JAAM Productions, LLC, SCN Distribution, LLC, Latino Events LLC, Fuse Holdings LLC, Fuse Finance, Inc., and FM Networks LLC (collectively, the "Plan Proponents").

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distribution, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

*For the avoidance of doubt, Debtors Fuse Media, Inc. and Fuse Media, LLC are not proponents of the Plan and the provisions of the Plan shall not extend to those entities.*

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 47 of the Confirmation Order, attached hereto as **Exhibit 1** is a schedule of the Holders and amounts of all General Unsecured Claims of the Plan Proponents[3].

Dated: July 1, 2019

PACHULSKI STANG ZIEHL & JONES LLP

 */s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:  (302) 652-4100
Fax: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
          ikharasch@pszjlaw.com
          mlitvak@pszjlaw.com
          joneill@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*

---

[3]  In preparing the attached schedule, the Plan Proponents relied on financial data derived from their books and records that was available at the time of such preparation.  Although the Plan Proponents have made every reasonable effort to ensure the accuracy and completeness of the attached schedule, subsequent information or discovery may result in material changes to the list.  As a result, inadvertent errors or omissions may exist.  For the avoidance of doubt, the Plan Proponents and the Liquidation Trustee hereby reserve their rights to amend and supplement the schedule as may be necessary or appropriate.