# **Exhibit 1**

DOCS_DE:224302.2 29402/002

**Fuse, LLC and the Debtor Plan Proponents**

**Schedule of General Unsecured Creditors[1]**

*As of 6/16/19*

| Vendor | Amount |
|---|---|
| 24I MEDIA USA | $ 6,025.72 |
| A-1 Self Storage | 39.39 |
| ACCO ENGINEERED SYSTEMS | 432.42 |
| AKIN GUMP STRAUSS HAUER | 69,170.51 |
| Association of National Advertisers, Inc[2] | 25,000.00 |
| BENEFIT RESOURCE, INC | 247.32 |
| BLUSHED BEAUTY BAR | 350.00 |
| BMS TENANT SERVICES | 1,461.68 |
| BONDED SERVICES | 6,370.80 |
| BRIAN NIMENS CORPORATION LIMITED | 153.42 |
| BRIGHTCOVE INC | 343.27 |
| BRUNICO MARKETING INC. | 1,550.00 |
| BURRELLES LUCE | 447.12 |
| CABLE AUDIT ASSOCIATES | 29,704.50 |
| Cablevision Lightpath, Inc | 3,630.39 |
| CAN'T CHANGE IT, LLC | 5,000.00 |
| COFFEE DISTRIBUTING CORP. | 1,983.48 |
| COMCAST SPOTLIGHT | 2,020,105.17 |
| David Stone Electrical Contractors | 2,360.00 |
| DEBORAH MILLER CATERING & EVENTS | 292.65 |
| DEFY MEDIA, LLC | 21,044.30 |
| EBFX, LLC | 2,500.00 |
| Epicor Software | 38,367.00 |
| EVAN M. GREENSPAN | 186.14 |
| FEDERAL EXPRESS CORP | 304.65 |
| FEDERICO GONZALEZ | 985.00 |
| First Choice Vending & Amusements | 143.83 |
| FLYING PIECES PRODUCTIONS | 2,160.35 |
| GLOBE STORAGE AND MOVING CO. INC. | 310.29 |
| GREENBERG TRAURIG LLP | 15,729.99 |
| Greenscapes Inc | 570.50 |
| IRON MOUNTAIN | 4,461.09 |
| KIERA I GONZALEZ-LYONS | 440.00 |
| KING DISPLAYS | 1,572.53 |
| LAZ PARKING CALIFORNIA, LLC | 535.26 |
| LEXISNEXIS | 330.23 |
| LM INFORMATION DELIVERY | 118.84 |
| METRO GOLDWYN MAYER STUDIOS INC | 1,000,000.00 |
| MODIFY PRODUCTIONS | 450.00 |
| MSG HOLDINGS | 2,500,000.00 |
| NYCopystars Inc | 3,593.31 |

[1] Excludes potential claims against the Fuse Media, Inc. and Fuse Media, LLC entities.
[2] Claim amount is disputed.

**Fuse, LLC and the Debtor Plan Proponents**

**Schedule of General Unsecured Creditors[1]**

*As of 6/16/19*

| Vendor | Amount |
|---|---:|
| ONE PENN PLAZA, LLC | 2,729,357.15 |
| PUBLIC STORAGE | 486.00 |
| PURCHASE POWER | 522.56 |
| SAT TECH ANTENNA SYSTEMS | 185.00 |
| Showtime Networks Domestic | 600,000.00 |
| SONY BMG MUSIC ENTERTAINMENT | 213,675.00 |
| STAPLES ADVANTAGE | 2,782.86 |
| STAR MEDIA ENTERPRISES INC. | 7,380.27 |
| T. Howard Foundation | 17,500.00 |
| Techmedics | 48.75 |
| UNIVERSAL CITY STUDIOS PRODUCTIONS | 2,900,504.34 |
| UNIVERSAL MUSIC CORP | 1,750,000.00 |
| VERIZON | 1,172.60 |
| VERIZON WIRELESS | 3,551.24 |
| WEST UNIFIED COMMUNICATIONS | 54.60 |
| WOCHIT | 1,171.84 |
| WORKSHARE TECHNOLOGY | 175.00 |
| **Total:** | **$ 13,997,038.36** |

[1] Excludes potential claims against the Fuse Media, Inc. and Fuse Media, LLC entities.