IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FUSE, LLC, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-10872 (KG)<br><br>(Jointly Administered)<br><br>Related to Docket No. 288 |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 3rd day of July, 2019, I caused a copy of the following to be served on the parties on the attached service list in the manner indicated:

**NOTICE OF MOTION OF THE DEBTORS FUSE MEDIA, INC. AND FUSE MEDIA, LLC FOR AN ORDER DISMISSING THEIR CHAPTER 11 CASES AND GRANTING RELATED RELIEF**

**MOTION OF THE DEBTORS FUSE MEDIA, INC. AND FUSE MEDIA, LLC FOR AN ORDER DISMISSING THEIR CHAPTER 11 CASES AND GRANTING RELATED RELIEF**

**PROPOSED ORDER DISMISSING THE CHAPTER 11 CASES OF DEBOTRS FUSE MEDIA, INC. AND FUSE MEDIA, LLC AND GRANTING RELATED RELIEF**

　　　　　　　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　James E. O'Neill (DE Bar No. 4042)
　　　　　　　　　　　　　　　919 N. Market Street, 17th Floor
　　　　　　　　　　　　　　　P O Box 8705
　　　　　　　　　　　　　　　Wilmington, DE 19899 (Courier 19801)
　　　　　　　　　　　　　　　Tel: (302) 652-4100
　　　　　　　　　　　　　　　Fax: (302) 652-4400
　　　　　　　　　　　　　　　E-mail: joneill@pszjlaw.com
　　　　　　　　　　　　　　　*Attorneys for Debtors and Debtors in Possession*

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include: Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distribution, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673); Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

FUSE 2002 Service List FCM
Case No. 19-10872
Document No. 223329
02 – INTEROFFICE MAIL
10 – HAND DELIVERY
18 – FIRST CLASS MAIL
02 – FOREIGN FIRST CLASS

*(Counsel to Debtors and Debtors in Possession)*
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

*INTEROFFICE MAIL*
*(Counsel to Debtors and Debtors in Possession)*
Richard M. Pachulski, Esquire
Ira D. Kharasch, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

*INTEROFFICE MAIL*
*(Counsel to Debtors and Debtors in Possession)*
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111

*HAND DELIVERY*
(United States Trustee)
Linda J. Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801

*HAND DELIVERY*
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801

*HAND DELIVERY*
Zillah A. Frampton
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801

*HAND DELIVERY*
(United States Attorney)
David C. Weiss
United States Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019 issued by the Debtors)*
Michael J. Merchant, Esquire
Amanda R. Steele, Esquire
Brendan J. Schlauch, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel for Comcast Cable Communications Management LLC)*
Matthew G. Summers, Esquire
Chantelle D. McClamb, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801

DOCS_DE:223329.1 29402/002

**HAND DELIVERY**
*(Counsel for Wilmington Trust, National Association)*
Neil B. Glassman, Esquire
Erin R. Fay, Esquire
Daniel N. Brogan, Esquire
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel for AT&T Services, Inc. and affiliates including without limitation DIRECTV, LLC)*
Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801

**HAND DELIVERY**
Rita Marie Ritrovato, CCTS, VP
Wilmington Trust, National Association
1100 N. Market Street, 5th Floor
Wilmington, DE 19801-1605

**HAND DELIVERY**
*([Proposed] Counsel to the Official Committee of Unsecured Creditors)*
Sean M. Beach, Esq.
Sean T. Greecher, Esq.
Jordan E. Sazant, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001

**FIRST CLASS MAIL**
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE 19901

**FIRST CLASS MAIL**
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**FIRST CLASS MAIL**
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**FIRST CLASS MAIL**
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554

**FIRST CLASS MAIL**
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103

**FIRST CLASS MAIL**
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281

**FIRST CLASS MAIL**
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005

2

DOCS_DE:223329.1 29402/002

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Mail Stop 5-Q30.133
Philadelphia, PA 19101

**FIRST CLASS MAIL**
*(Attorneys for Defendants DIRECTV, LLC and AT&T Services, Inc.)*
Nicole Steckman, Esquire
Christine E. Cwiertny, Esquire
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505

**FIRST CLASS MAIL**
*(Counsel to Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019 issued by the Debtors)*
Michael C. Keats, Esquire
Jennifer Rodburg, Esquire
Andrew Minear, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

**FIRST CLASS MAIL**
*(Counsel for Wilmington Trust, National Association)*
Andrew Goldman, Esquire
Lauren Lifland, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

**FIRST CLASS MAIL**
*(Counsel for Wilmington Trust, National Association)*
Benjamin Loveland, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

**FIRST CLASS MAIL**
*(Counsel for AT&T Services, Inc. and affiliates including without limitation DIRECTV, LLC)*
Brian J. Lohan, Esquire
Arnold & Porter Kaye Scholer LLP
70 West Madison Street Suite 4200
Chicago, IL 60602-4231

**FIRST CLASS MAIL**
James W. Grudus
One AT&T Way
Room 3A115me
Bedminster, NJ 07921

**FIRST CLASS MAIL**
John Stern Assistant, Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**FIRST CLASS MAIL**
*([Proposed] Counsel to the Official Committee of Unsecured Creditors)*
David M. Feldman, Esq.
Shireen A. Barday, Esq.
Matthew P. Porcelli, Esq.
John Conte, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

**FIRST CLASS MAIL**
*(Counsel to Warner)*
Wayne M. Smith, Esquire
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Building 156 So, Room 5120
Burbank, CA 91522

***FOREIGN FIRST CLASS***
Banijay Rights Limited
Attn: Andreas Lemos
The Gloucester Building
Kensington Village
London W14 8RF
ENGLAND

***FOREIGN FIRST CLASS***
Seville International
455 rue St. Antoine
Bureau 300
Montreal Quebec H2Z 1J1
CANADA

4