**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FUSE MEDIA, INC., | ) | Case No. 19-10870 (KG) |
| | ) | |
| Debtor. | ) | **Ref. Docket No. 4** |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FUSE MEDIA, LLC, | ) | Case No. 19-10871 (KG) |
| | ) | |
| Debtor. | ) | **Ref. Docket No. 4** |
| | ) | |

**ORDER DISMISSING THE CHAPTER 11 CASES OF DEBTORS FUSE
MEDIA, INC. AND FUSE MEDIA, LLC AND GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[1] of Fuse Media, Inc. and Fuse Media, LLC (together, the "Fuse Media Debtors"), as debtors and debtors-in-possession in the above-captioned chapter 11 cases, closing the chapter 11 cases of the Fuse Media Debtors and granting related relief; as more fully set forth in the Motion; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The chapter 11 cases of Fuse Media, Inc. (Case No. 19-10870 (KG)) and Fuse Media, LLC (Case No. 19-10871 (KG)) are hereby dismissed.  In each case, such dismissal

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

is without prejudice to the Fuse Media Debtors' rights to file future cases under any applicable chapter of the Bankruptcy Code.

        3.        All prior orders entered by this Court in the Fuse Media Debtors' cases, or affecting the Fuse Media Debtors, shall continue to remain in full force and effect, notwithstanding the dismissal of these cases.

        4.        No later than two (2) business days following the entry of this Order, the Fuse Media Debtors shall file a notice of dismissal of the Fuse Media Debtors' chapter 11 cases (the "<u>Dismissal Notice</u>") on the docket of the above-captioned chapter 11 cases and serve the Dismissal Notice on: (a) the U.S. Trustee; (b) the Committee and its counsel; (c) any federal, state or local governmental agency to the extent required by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware or order of the Court; (d) the Supporting Senior Secured Noteholders; (e) the Senior Secured Notes Trustee; (f) any party that has requested notice pursuant to Bankruptcy Rule 2002 at the time of noticing; and (g) all other creditors and indenture trustees in accordance with Bankruptcy Rule 2002(f)(2).

        5.        From and after the entry of this Order, the Fuse Media Debtors and any of their respective directors, officers, employees, managers, attorneys, consultants and advisors shall neither have nor incur any liability to any person for any act taken or omitted, or to be taken, in connection with the preparation, filing, or prosecution of the Fuse Media Debtors' chapter 11 cases including, but not limited to, seeking and effectuating the dismissal of the Fuse Media Debtors' chapter 11 cases and implementation or consummation of this Order; *provided,*

*however*, that the foregoing provision shall not affect the liability of any person that otherwise would result from any such act or omission to the extent that the act or omission is determined in a final order of a court of competent jurisdiction to have constituted willful misconduct, gross negligence or violation of law.

6. This Order shall be effective immediately upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

**Dated: July 19th, 2019**
**Wilmington, Delaware**

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                                District of Delaware

In re:                                                          Case No. 19-10872-KG
Fuse, LLC                                                       Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: GingerM              Page 1 of 2              Date Rcvd: Jul 19, 2019
                              Form ID: pdfodc            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
db         +Fuse, LLC,    700 North Central Avenue,    Suite 600,    Glendale, CA 91203-3438
aty        +Andrew Minear,    Fried, Frank, Harris, Shriver & Jacobson,    One New York Plaza,
             New York, NY 10004-1980
aty        +Benjamin W. Loveland,    Wilmer Cutler Pickering Hale & Dorr LLP,    60 State Street,
             Boston, MA 02109-1816
aty        +Brian J. Lohan,    Arnold & Porter Kaye Scholer LLP,    70 West Madison Street,    Suite 4200,
             Chicago, IL 60602-4230
aty        +Christina M. Brown,    Gibson, Dunn & Crutcher LLP,    200 Park Avenue,    New York, NY 10166-4799
aty        +Christine Cwiertny,    Crowell & Moring LLP,    3 Park Plaza,    20th Floor,
             Irvin, CA 92614-2591
aty         James E. O'Neill,    Pachulski Stang Ziehl & Jones LLP,    919 North Market Street, 17th Floor,
             PO Box 8705,    Wilmington, DE 19899-8705
aty        +James W. Grudus,    AT&T Services, Inc.,    One AT&T Way,    Room 3A115me,
             Bedminster, NJ 07921-2694
aty        +Jennifer L. Rodburg,    Fried Frank Harris Shriver Jacobson LLP,    One New York Plaza,
             New York, NY 10004-1903
aty         John A. Morris,    Pachulski Stang Ziehl & Jones LLP,    780 Third Avenue, 34th Floor,
             New York, NY 10017-2024
aty        +John Conte,    Gibson, Dunn & Crutcher LLP,    200 Park Avenue,    New York, NY 10166-4799
aty        +Lauren Lifland,    Wilmer Cutler Pickering Hale Dorr LLP,    7 World Trade Center,
             250 Greenwich Street,    New York, NY 10007-2140
aty        +Mark A. Romeo,    3 Park Plaza,    20th Floor,    Irvine, CA 92614-8505
aty        +Matthew P. Porcelli,    Gibson, Dunn & Crutcher LLP,    200 Park Avenue,
             New York, NY 10166-4799
aty        +Maxim B. Litvak,    Pachulski Stang Ziehl & Jones LLP,    150 California Street, 15th Floor,
             San Francisco, CA 94111-4554
aty        +Michael C. Keats,    Fried, Frank, Harris, Shriver & Jacobson,    One New York Plaza,
             New York, NY 10004-1980
aty        +Peter B Siroka,,    Fried, Frank, Harris, Shriver & Jacobson,    One New York Plaza,
             New York, NY 10004-1980
aty        +Richard M. Pachulski,    Pachulski Stang Ziehl & Jones LLP,    150 California Street, 15th Floor,
             San Francisco, CA 94111-4554
aty        +Sean M. Beach,    Young Conaway Stargatt & Taylor, LLP,    Rodney Square,
             1000 North King Street,    Wilmington, DE 19801-3335
aty        +Shireen A. Barday,    Gibson, Dunn & Crutcher LLP,    200 Park Avenue,    New York, NY 10166-4799
cr         +MGM Domestic Television Distribution LLC,    c/o Leslie Beth Baskin, Esquire,
             1635 Market Street,    Seven Penn Center,    7th Floor,    Philadelphia, PA 19103-2223
cr          Texas Comptroller of Public Accounts,    John Stern,    c/o Sherri K. Simpson, Paralegal,
             P.O. Box 12548,    Austin, TX 78711-2548
intp       +Warner Bros. Worldwide Television Distribution Inc,    4000 Warner Blvd.,    Bldg. 156, Rm. 5120,
             Burbank, CA 91522-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op              Ernest & Young
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0311-1           User: GingerM               Page 2 of 2                    Date Rcvd: Jul 19, 2019
                               Form ID: pdfodc             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:

        Albert Kass    on behalf of Claims Agent    Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com, ecfpleadings@kccllc.com

        Amanda R. Steele    on behalf of Interested Party    Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019 issued by the Debtors steele@rlf.com

        Andrew N. Goldman    on behalf of Interested Party    Wilmington Trust, National Association, solely in its capacity as Indenture Trustee and Collateral Agent andrew.goldman@wilmerhale.com, Nancy.Manzer@wilmerhale.com;yolande.thompson@wilmerhale.com

        Brendan Joseph Schlauch    on behalf of Interested Party    Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019 issued by the Debtors schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

        Chantelle D'nae McClamb    on behalf of Interested Party    Comcast Cable Communications Management LLC mcclambc@ballardspahr.com, maddoxm@ballardspahr.com

        Chantelle D'nae McClamb    on behalf of Interested Party    Freewheel Media Inc. mcclambc@ballardspahr.com, maddoxm@ballardspahr.com

        Daniel N. Brogan    on behalf of Interested Party    Wilmington Trust, National Association, solely in its capacity as Indenture Trustee and Collateral Agent dbrogan@bayardlaw.com

        David Golubchik    on behalf of Creditor    MGM Domestic Television Distribution LLC dbg@lnbyb.com

        David M. Feldman    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS dfeldman@gibsondunn.com, jweisser@gibsondunn.com

        Derek C. Abbott    on behalf of Interested Party    AT&T Services, Inc. and affiliates including without limitation DIRECTV, LLC dabbott@mnat.com, rfusco@mnat.com

        Derek C. Abbott    on behalf of Plaintiff    DIRECTV, LLC dabbott@mnat.com, rfusco@mnat.com

        Derrick Hansen    on behalf of Creditor    UMG Recordings, Inc. dhansen@friedmanspring.com

        Donna L. Culver    on behalf of Plaintiff    DIRECTV, LLC dculver@mnat.com, rfusco@mnat.com

        Donna L. Culver    on behalf of Interested Party    DIRECTV, LLC dculver@mnat.com, rfusco@mnat.com

        Donna L. Culver    on behalf of Interested Party    AT&T Services, Inc. dculver@mnat.com, rfusco@mnat.com

        Erin R Fay    on behalf of Interested Party    Wilmington Trust, National Association, solely in its capacity as Indenture Trustee and Collateral Agent efay@bayardlaw.com, lmorton@bayardlaw.com

        James E. O'Neill    on behalf of Debtor    Fuse Media, Inc. joneill@pszjlaw.com, efile1@pszyj.com

        James E. O'Neill    on behalf of Debtor    Fuse, LLC joneill@pszjlaw.com, efile1@pszyj.com

        James E. O'Neill    on behalf of Defendant    Fuse, LLC joneill@pszjlaw.com, efile1@pszyj.com

        James E. O'Neill    on behalf of Debtor    Fuse Media, LLC joneill@pszjlaw.com, efile1@pszyj.com

        Jeffrey A. Fuisz    on behalf of Interested Party    AT&T Services, Inc. and affiliates including without limitation DIRECTV, LLC jeffrey.fuisz@arnoldporter.com, edocketscalendaring@arnoldporter.com

        John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov

        Jordan E Sazant    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS bankfilings@ycst.com

        Kate R. Buck    on behalf of Creditor    Complex Media kbuck@mccarter.com

        Kurtzman Carson Consultants LLC    info@kccllc.com

        Linda J. Casey    on behalf of U.S. Trustee    U.S. Trustee Linda.Casey@usdoj.gov

        Matthew G. Summers    on behalf of Interested Party    Comcast Cable Communications Management LLC summersm@ballardspahr.com, maddoxm@ballardspahr.com

        Michael Joseph Merchant    on behalf of Interested Party    Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019 issued by the Debtors merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

        Neil B. Glassman    on behalf of Interested Party    Wilmington Trust, National Association, solely in its capacity as Indenture Trustee and Collateral Agent bankserve@bayardlaw.com, nglassman@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com

        Reliable Companies    gmatthews@reliable-co.com

        Robert Charles Maddox    on behalf of Interested Party    Ascribe Capital, LLC maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

        Robert Charles Maddox    on behalf of Interested Party    Millstreet Capital Management LLC maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

        Robert Charles Maddox    on behalf of Interested Party    ICE Canyon, LLC maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

        Robert Charles Maddox    on behalf of Interested Party    Amzak Capital Management, LLC maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

        Robert Charles Maddox    on behalf of Interested Party    Phoenix Investment Adviser LLC maddox@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

        Sean T. Greecher    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS bankfilings@ycst.com

        Shannon Dougherty Humiston    on behalf of Creditor    Complex Media shumiston@mccarter.com

        U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV

        Wayne M. Smith    on behalf of Interested Party    Warner Bros. Worldwide Television Distribution Inc. wayne.smith@warnerbros.com

        William F. Taylor, Jr.    on behalf of Creditor    Complex Media bankruptcydel@mccarter.com, bankruptcydel@mccarter.com

        TOTAL: 40