Fuse LLC, et al.  
Monthly Operating Report

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF DELAWARE

Case No. 19-10872 (KG)  
Reporting Period: 06/01/19 - 06/30/19

| # | Description | Page # | Explanation |
|---|---|---|---|
| 1 | Notes Regarding The Debtors' Monthly Operating Reports | 2 | |
| 2 | Statement of Operations by Entity | 3 | |
| 3 | Balance Sheet by Entity | 4 | |
| 4 | Summary of Cash Disbursements by Entity | 5 | |
| 5 | Listing of Cash Balance by Account | 6 | |
| 6 | Schedule of Professional Fees and Expenses Paid | 7 | |
| 7 | Status of Postpetition Taxes | N/A | The company attests that it is current on all postpetition taxes |
| 8 | Summary of Unpaid Postpetition Debts | 8 | |
| 9 | Accounts Receivable Reconciliation and Aging | 9 | |
| 10 | Debtor Questionnaire | 10 | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  
Signature of Authorized Individual

7.30.19  
Date

Miguel Roggero  
Printed Name of Authorized Individual

Acting CEO  
Title of Authorized Individual

| | | |
|---|---|---|
| **Fuse LLC, et al.** | | Case No. 19-10872 (KG) |
| **Monthly Operating Report** | <u>Notes Regarding The Debtors' Monthly Operating Reports</u> | Reporting Period: 06/01/19 - 06/30/19 |

**Basis of Presentation.**  The financial statements and information contained herein are unaudited and preliminary. The information furnished in this MOR uses the company's normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that were available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the MOR. The Confirmation Order was entered on June 18, 2019. The reporting period is through June 30, 2019 to accurately reflect quarterly disbursement information.

**Limitations.** The Debtors are filing their consolidated Monthly Operating Report (the "MOR") solely for purposes of complying with the monthly operating requirements applicable in the Debtors Chapter 11 cases. The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.

**Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

**Reservation of Rights.** The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors rights or an admission with respect to their Chapter 11 cases.

**Intercompany Activity.**  As set forth more fully in the Debtors Cash Management Motion, in the ordinary course of business, the Debtors maintain business relationships among each other, which results in intercompany receivables and payables (the "Intercompany Claims") arising from intercompany transactions (the "Intercompany Transactions"). The Debtors have attempted to identify all Intercompany Claims related to postpetition Intercompany Transactions, however many of the transactions do not involve any transfer of cash and may be difficult to identify.  As such, certain errors may exist and adjustments in future reporting may be necessary.

**Liabilities Subject to Compromise.** Any amount classified as liabilities subject to compromise are estimates and are subject to future changes and adjustments.

**Fuse LLC, et al.**  
**Monthly Operating Report**

<u>Statement of Operations[1]</u>

**Case No. 19-10872 (KG)**  
**Reporting Period: 06/01/19 - 06/30/19**

| $'s in Thousands | Fuse, LLC | JAAM Productions, LLC | SCN Distributions, LLC | FM Networks, LLC | Fuse Media, LLC | Fuse Media, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|
| **Net Revenues** | **5,717.9** | **0.0** | **0.0** | **1,453.4** | **0.0** | **0.0** | **7,171.3** |
| Personnel | (1,308.0) | 0.0 | 0.0 | (18.1) | 0.0 | 0.0 | (1,326.1) |
| Programming | (675.8) | (969.0) | (1,055.7) | (98.8) | (4.3) | (117.5) | (2,921.1) |
| Restructuring Expenses[2] | (2,392.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (2,392.5) |
| Other Operating Expenses | (3,056.2) | 0.0 | 0.0 | (98.8) | (49.1) | (1,857.1) | (5,061.2) |
| **Total Operating Expenses** | **(7,432.5)** | **(969.0)** | **(1,055.7)** | **(215.7)** | **(53.4)** | **(1,974.7)** | **(11,700.9)** |
| **Net Ordinary Income** | **(1,714.6)** | **(969.0)** | **(1,055.7)** | **1,237.7** | **(53.4)** | **(1,974.7)** | **(4,529.6)** |
| Interest and Fees | (2,393.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (2,393.3) |
| Other Income (Expense)[3] | (1,576.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1,576.5) |
| **Net Income before Income tax** | **(5,684.3)** | **(969.0)** | **(1,055.7)** | **1,237.7** | **(53.4)** | **(1,974.7)** | **(8,499.3)** |
| Income Tax Provision | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Income / (Loss)** | **(5,684.3)** | **(969.0)** | **(1,055.7)** | **1,237.7** | **(53.4)** | **(1,974.7)** | **(8,499.3)** |

[1] Entities (Latino Events LLC, Fuse Holdings LLC, Fuse Finance LLC) not on this schedule have not had any recorded operational transactions for the reporting period

[2] Restructuring expenses are estimated accrued amounts for restructuring professionals and US Trustee fees

[3] Other Income (Expense) includes non-programming related depreciation / amortization and capital lease expense

**Fuse LLC, et al.**  
**Monthly Operating Report**     Balance Sheet[1]

Case No. 19-10872 (KG)  
Reporting Period: 06/01/19 - 06/30/19

| $'s in Thousands | FM Networks, LLC 06/30/19 | Fuse, LLC 06/30/19 | Consolidated 06/30/19 |
|---|---:|---:|---:|
| **Current Assets** | | | |
| Cash & Equivalents | 0.0 | 15,630.3 | 15,630.3 |
| Accounts Receivable, net | 3,203.8 | 13,086.5 | 16,290.2 |
| Programming Rights, Current | 0.0 | 8,073.2 | 8,073.2 |
| Other Current Assets | 396.0 | 934.2 | 1,330.1 |
| **Current Assets** | **3,599.7** | **37,724.1** | **41,323.8** |
| **Long Term Assets** | | | |
| Fixed Assets | 105.0 | 3,533.4 | 3,638.4 |
| Programming Rights, Net of Current | 0.0 | 21,922.6 | 21,922.6 |
| Other Assets[2] | 198.0 | 478,844.6 | 479,042.6 |
| Intercompany | 231,783.1 | (231,783.1) | 0.0 |
| **Long Term Assets** | **232,086.1** | **272,517.4** | **504,603.6** |
| **Total Assets** | **235,685.8** | **310,241.5** | **545,927.4** |
| **Liabilities Not Subject to Compromise** | | | |
| Taxes and employee wages | 0.0 | 919.9 | 919.9 |
| Other Current Liabilities | 89.3 | 14,954.2 | 15,043.5 |
| **Liabilities Not Subject to Compromise** | **89.3** | **16,070.4** | **16,159.7** |
| **Liabilities Subject to Compromise** | | | |
| Priority Debt | 0.0 | 2,335.1 | 2,335.1 |
| Unsecured Debt[3] | 132.4 | 38,087.9 | 38,220.3 |
| Secured Debt[4] | 0.0 | 258,101.0 | 258,101.0 |
| **Liabilities Subject to Compromise** | **132.4** | **298,524.0** | **298,656.4** |
| **Total Liabilities** | **221.7** | **314,594.3** | **314,816.0** |
| Shareholder's Equity | 290,300.2 | 94,739.6 | 385,039.9 |
| Retained Earnings - Prepetition | (57,424.5) | (81,416.8) | (138,841.4) |
| Retained Earnings - Postpetition | 2,588.5 | (17,675.6) | (15,087.2) |
| **Total Equity** | **235,464.2** | **(4,352.8)** | **231,111.3** |
| **Total Liabilities & Equity** | **235,685.8** | **310,241.5** | **545,927.4** |

[1] The company only maintains books and records for Fuse, LLC and FM Networks, LLC.

[2] Other Assets includes investment in subsidiary, intangibles and goodwill. The 2018 Audit is not complete as of the time the Monthly Operating Report was prepared and the annual asset impairment analysis has not yet been undertaken

[3] Unsecured debt includes: current and non-current programming liabilities, deferred affiliate revenue, deferred rent, make good liability and outstanding vendor payments

[4] Secured debt includes principal amount, accrued interest and payments made in accordance with the Plan of Reorganization as required for emergence

**Fuse LLC, et al.**  **Case No. 19-10872 (KG)**
**Monthly Operating Report** Summary of Cash Disbursements by Entity[1] **Reporting Period: 06/01/19 - 06/30/19**

| $'s in Thousands | Case Number | Personnel[2] | Programming[3] | Restructuring Disbursements[4] | Other Disbursements[5] | Total Disbursements |
|---|---|---|---|---|---|---|
| Fuse, LLC | 19-10872 (KG) | 1,082.2 | 68.1 | 4,289.8 | 767.2 | 6,207.3 |
| FM Networks, LLC | 19-10872 (KG) | 0.0 | 0.0 | 0.0 | 352.3 | 352.3 |
| SCN Distributions, LLC | 19-10872 (KG) | 0.0 | 292.5 | 0.0 | 0.0 | 292.5 |
| JAAM Productions, LLC | 19-10872 (KG) | 0.0 | 107.4 | 0.0 | 0.0 | 107.4 |
| Fuse Media, Inc. | 19-10872 (KG) | 0.0 | 0.0 | 0.0 | 20.1 | 20.1 |
| Fuse Media, LLC | 19-10872 (KG) | 0.0 | 0.0 | 0.0 | 17.8 | 17.8 |
| Fuse Holdings, LLC | 19-10872 (KG) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Latino Events, LLC | 19-10872 (KG) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Fuse Finance, Inc. | 19-10872 (KG) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | | **1,082.2** | **468.0** | **4,289.8** | **1,157.4** | **6,997.4** |

[1] Disbursements are allocated to each entity based on debtor contract contraparty when available. All other disbursements are assumed to be made by operating entity Fuse, LLC
[2] Disbursements for salary, benefits, payroll taxes, and other compensation
[3] Disbursements for acquired programming license fees and original programming costs
[4] Represents the fees and expenses disbursed in the period in accordance with the Plan of Reorganization
[5] Disbursements for network infrastructure, insurance, rent, taxes, and other operating costs. Disbursements for Fuse Media, Inc. are related to taxes, capital lease payments and corporate insurance

**Fuse LLC, et al.**  Case No. 19-10872 (KG)
**Monthly Operating Report**  **Listing of Cash Balance by Account**  Reporting Period: 06/01/19 - 06/30/19
As of June 30, 2019

*$'s in Thousands*

| Debtor | Account # | Account Description | Balance[1] |
|---|---|---|---|
| Fuse, LLC. | xxxxx1341 | Operating | 7,917.8 |
| JAAM Productions, LLC.[2] | xxxxx8515 | Money Market | 6,820.3 |
| Fuse, LLC. | xxxxx3909 | Money Market/LOC - restricted cash | 1,057.5 |
| FM Networks, LLC. | xxxxx3870 | Operating (ZBA) | 0.0 |
| Fuse Finance, Inc. | xxxxx4399 | Checking | 0.0 |
| Fuse, LLC. | xxxxx6184 | Payroll (ZBA) | 0.0 |
| Fuse, LLC. | xxxxx8700 | General EP (ZBA) | 0.0 |
| JAAM Productions, LLC. | xxxxx5521 | Development (ZBA) | 0.0 |
| JAAM Productions, LLC. | xxxxx5539 | Ad Sales (ZBA) | 0.0 |
| SCN Distribution, LLC. | xxxxx1770 | Acquired Programming (ZBA) | 0.0 |
| SiTV, LLC. | xxxxx0166 | PAC | 0.0 |
| **Total** | | | **15,795.6** |

[1] *Bank balance does not include outstanding checks*
[2] *Balance reflects payments made in accordance with the Plan of Reorganization as required for emergence*

**Fuse LLC, et al.**  
**Monthly Operating Report**

**Schedule of Professional Fees And Expenses Paid**

**Case No. 19-10872 (KG)**  
**Reporting Period: 06/01/19 - 06/30/19**

*$'s in Thousands*

| Payee | Period Covered | Amount Approved [1] | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Amount Paid Retainers | Year-To-Date Fees | Year-To-Date Expenses | Year-To-Date Retainers |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | | 0.0 | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

[1] Represents the fees and expenses approved by Court orders. Any amounts for retainers or escrow account deposits are not included here unless the relevant fee application has been approved

**Fuse LLC, et al.**  
**Monthly Operating Report**

**Fuse LLC, et al.**  
**Monthly Operating Report**

**Unpaid Postpetition Debts**

**Case No. 19-10872 (KG)**  
**Reporting Period: 06/01/19 - 06/30/19**

| *$'s in Thousands* | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0 - 30 | 30 - 60 | 60 - 90 | 90+ | |
| **Fuse LLC, et al.** | | | | | | |
| Accounts Payable[1] | 5,303.0 | 2,892.8 | 0.0 | 0.0 | 0.0 | 8,195.7 |
| Wages & Taxes Payable | 919.9 | 0.0 | 0.0 | 0.0 | 0.0 | 919.9 |
| Other | 6,847.7 | 0.0 | 0.0 | 0.0 | 0.0 | 6,847.7 |
| **Total** | **13,266.9** | **2,892.8** | **0.0** | **0.0** | **0.0** | **16,159.7** |

[1] *All past due AP amounts have been paid except for instances where court approval is required for payment*

**Fuse LLC, et al.** | | **Case No. 19-10872 (KG)**
**Monthly Operating Report** | <u>**Accounts Receivables Aging**</u> | **Reporting Period: 06/01/19 - 06/30/19**
| As of June 30, 2019 |

| *$'s in Thousands* | **Consolidated** |
|---|---:|
| Current | 6,290.1 |
| 0 - 30 | 5,650.2 |
| 31 - 60 | 2,207.8 |
| 61 - 90 | 1,238.8 |
| 91+ | 1,045.2 |
| Accounts Receivable | 16,432.1 |
| Bad Debt Reserve | (141.9) |
| Accounts Receivable, Net | 16,290.2 |

**Fuse LLC, et al.**  **Case No. 19-10872 (KG)**
**Monthly Operating Report** <u>**Debtor Questionnaire**</u> **Reporting Period: 06/01/19 - 06/30/19**

| # | Question | Yes | No | Explanation |
|---|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation. | | X | |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation. | | X | |
| 3 | Have all postpetition tax returns been timely filed?  If no, provide an explanation. | X | | |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation. | X | | |
| 5 | Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X | |

.