**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FUSE, LLC, *et al.*,[1] | Case No. 19-10872 (KG) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 21, 2019 at 4:00 p.m. (ET)**<br>**Hearing Date: September 4, 2019 at 11:00 a.m. (ET)** |

## CERTIFICATE OF NO OBJECTION RE: DOCKET NO. 315

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *First and Final Application of Gibson, Dunn & Crutcher LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the First and Final Period from May 10, 2019 through and including July 1, 2019* [Docket No. 315] (the "Application") filed on July 31, 2019.  The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection or other responsive pleading to the Application.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 21, 2019 at 4:00 p.m. (ET).

A hearing to consider the relief requested in the Application is scheduled to be held on September 4, 2019 at 11:00 a.m. (ET) before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

---

[1] The Debtors and the last four digits of their taxpayer identification numbers include:  Fuse Media, Inc. (9721); Fuse Media, LLC (0560); Fuse, LLC (1888); JAAM Productions, LLC (5499); SCN Distribution, LLC (9656); Latino Events LLC (8204); Fuse Holdings LLC (5673) Fuse Finance, Inc. (8683); and FM Networks LLC (6500). The Debtors' headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 28, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Sean T. Greecher*<br>Sean M. Beach (No. 4070)<br>Sean T. Greecher (No. 4484)<br>Jordan E. Sazant (No. 6515)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253<br><br>-and-<br><br>GIBSON, DUNN & CRUTCHER LLP<br>David M. Feldman, Esq. (admitted *pro hac vice*)<br>Shireen A. Barday, Esq. (admitted *pro hac vice*)<br>Matthew P. Porcelli, Esq. (admitted *pro hac vice*)<br>John Conte, Esq. (admitted *pro hac vice*)<br>Christina M. Brown, Esq. (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:  (212) 351-4000<br>Facsimile:   (212) 351-4035<br><br>*Counsel to the Official Committee of Unsecured Creditors* |