# EXHIBIT A TO OMNIBUS ORDER

| APPLICANT | FEE PERIOD/ APPLICATION | TOTAL FEES & EXPENSES ALLOWED |
|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP** (Counsel to the Debtors) | 4/22/19-7/1/19 <br><br> Docket No. 314 | $1,278,798.75 (fees) <br> $59,531.19 (expenses) <br> $1,338,329.94 (Total) |
| **FTI Consulting, Inc.** (Financial Advisors to the Debtors) | 4/22/19-7/1/19 <br><br> Docket No. 318 | $1,998,011.00 (fees) <br> $45,415.00 (expenses) <br> $2,043,426.00 (Total) |
| **Ernst & Young LLP** (Tax Services Provider to the Debtors) | 4/22/19-7/1/19 <br><br> Docket No. 312 | $13,173.04 (fees) <br> $6,715.50 (expenses) <br> $19,888.54 (Total) |
| **Kurtzman Carson Consultants LLC** (Administrative Advisor to the Debtors) | 4/22/19-7/1/19 <br><br> Docket No. 311 | $24,066.81 (fees) <br> $0.00 (expenses) <br> $24,066.81 (Total) |
| **Gibson, Dunn & Crutcher LLP** (Lead Counsel to the Official Committee of Unsecured Creditors) | 5/10/19-7/1/19 <br><br> Docket No. 315 | $736,330.65 (fees) <br> $595.84 (expenses) <br> $736,926.49 (Total) |
| **Young Conaway Stargatt & Taylor, LLP** (Local Counsel to the Official Committee of Unsecured Creditors) | 5/14/19-7/1/19 <br><br> Docket No. 316 | $152,054.00 (fees) <br> $1,911.16 (expenses) <br> $153,965.16 (Total) |
| **Dundon Advisors LLC** (Financial Advisor to the Official Committee of Unsecured Creditors) | 5/15/19-7/1/19 <br><br> Docket No. 317 | $115,965.00 (fees) <br> $464.38 (expenses) <br> $116,429.38 (Total) |
| **TOTALS** | | **$4,318,399.25 (fees)** <br> **$114,633.07 (expenses)** <br> **$4,433,032.32 (total)** |